*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 3

Thursday, October 12, 2023 at 21:42:36 Eastern Daylight Time

**Subject:** RE: Response to Coalition for Good Governance's 3/4/2022 Open Records Request to Coffee County
**Date:** Thursday, March 10, 2022 at 4:52:03 PM Eastern Standard Time
**From:** Jennifer Dorminey Herzog
**To:** marilyn@uscgg.org
**CC:** Vickers, Tracie, Rachel Roberts, Anthony A. Rowell, Vickers, Wesley
**Attachments:** twitter.png, facebook.png, linkedin.png, HBS_Email_Signature_1.19.22.jpg, image001.png, image002.png, image003.png, image004.jpg

Ms. Marks,

In supplement to our response to #4 below, it has been confirmed by IT support that the former Election Supervisor Misty Hampton and former Elections Clerk Jill Riddlehoover's email accounts are no longer accessible. However, we are able to access former Election Supervisor James Barnes' email account. We expect there may be a number of documents potentially responsive to your request contained in Mr. Barnes' account. As provided by O.C.G.A. § 50-18-71, the estimated cost to search, retrieve, copy, redact, and/or supervise access to the requested document is $60.00. This fee includes a charge of $21.83 per hour to cover the administrative costs of assisting you with your request (e.g., staff time searching for, retrieving, copying, etc.) to access county records as authorized by O.C.G.A. § 50-18-71. This fee represents the hourly rate of the lowest-paid, full-time employee with the necessary skill and training to respond to your request. There is no charge for the first 15 minutes. Should you need copies of any of the requested records, the charge is generally 10¢ per page for letter or legal sized documents. Please advise if you desire to obtain these records at the above estimated cost and we will move forward with necessary legwork to locate and produce same.

Thank you,

Jennifer Herzog

**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.



O: 229.382.0515
D: 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Sent:** Wednesday, March 9, 2022 4:20 PM
**To:** marilyn@uscgg.org
**Cc:** Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>; Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>; Anthony A. Rowell <ARowell@hallboothsmith.com>; Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
**Subject:** Response to Coalition for Good Governance's 3/4/2022 Open Records Request to Coffee County

Ms. Marks,

My name is Jennifer Herzog and I serve as Assistant County Attorney for Coffee County. Please accept the following as Coffee County's response to your open records request dated and received Friday March 4, 2022.

1) Security video recordings for the period 8 am November 16, 2020 through 6 pm November 20, 2020 for the following areas:
   a. Elections office (including the server room)
   b. Election equipment storage area
   c. Election office parking lot

The video may be sent by removable media, dropbox or ftp site.

**Response:** Because of data storage limitations, security video recordings are copied over in the regular course of county business and therefore because of the passage of time there are no records in existence responsive to this request.

2) Election Office visitors logs for the period November 16, 2020 through November 20, 2020.

**Response:** There are no documents in existence of which current Elections' staff is aware responsive to this request.

3) All documents, including communications, relating to requested, alleged or actual imaging or copying of electronic files of Dominion Voting System equipment conducted by individuals who are not authorized Coffee County officials. (Records to include those created beginning November 1, 2020 through the date of response to this request.)

**Response:** Although this request is vague and somewhat confusing, based on our understanding

of what you are seeking, there are no documents in existence of which current Elections' staff is aware responsive to this request.

4) All communications with Georgia Secretary of State's office beginning November 1, 2020 through the date of your response to this request regarding investigations of Coffee County by the Secretary of State.

**Response:** We object to certain documents responsive to this request under the authority of O.C.G.A 50-18-72(40) and (41). Subject to said objection and without waiving same, please find attached letter responsive to this request. We are communicating with IT to determine whether there are any further documents responsive to this request in existence and able to be accessed. The former Election Supervisor Misty Hampton and Elections Clerk Jill Riddlehoover who were employed during the November 2020 election are no longer employed with Coffee County Board of Elections and Registration. After Ms. Hampton, James Barnes was briefly employed as the Election Supervisor with Coffee County and he likewise is no longer employed with the County. As a result, we have communicated with IT to determine ability to access these former employee's county email accounts as they would have contained emails during the time period requested. It is our belief that once the users were removed the emails are now no longer able to accessed; however, we are taking all steps to confirm whether there is any way to access those emails at this time. You may also seek to obtain the requested correspondence from the Secretary of State's office.

There is no charge for responding to this request. Thank you,

Jennifer

**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.



O: 229.382.0515
D: 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Marilyn Marks <Marilyn@USCGG.org>
**Sent:** Friday, March 4, 2022 12:43 AM
**To:** openrecordsrequest <openrecordsrequest@coffeecounty-ga.gov>
**Cc:** Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
**Subject:** Public records request

This is a public records request filed under Georgia Code Section 21-2-72 and Article 4 of Chapter 18 of Title 50. I am making this request in my individual capacity and on behalf or Coalition for Good Governance, a 501(c)(3) organization.

Please supply the following records:

1) Security video recordings for the period 8 am November 16, 2020 through 6 pm November 20, 2020 for the following areas:
    d. Elections office (including the server room)
    e. Election equipment storage area
    f. Election office parking lot

The video may be sent by removable media, dropbox or ftp site.

2) Election Office visitors logs for the period November 16, 2020 through November 20, 2020.

3) All documents, including communications, relating to requested, alleged or actual imaging or copying of electronic files of Dominion Voting System equipment conducted by individuals who are not authorized Coffee County officials. (Records to include those created beginning November 1, 2020 through the date of response to this request.)

4) All communications with Georgia Secretary of State's office beginning November 1, 2020 through the date of your response to this request regarding investigations of Coffee County by the Secretary of State.

If any records are withheld or denied, please cite the legal authority on which you rely to deny the records request.

Please contact me if you have questions. Thank you for your assistance.

Marilyn Marks
Executive Director
Coalition for Good Governance
Cell: 970 404 2225
Marilyn@USCGG.org
Follow me @MarilynRMarks1