*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 8

Message # 3

| | |
|---|---|
| Message Key: | 000007E5C1136B0408797308F0800075593BD0AF225287B1421F1FE3F2BB6B3707711FC4 |
| From: | "Vickers, Wesley" <Wesley.Vickers@coffeecounty-ga.gov> |
| To: | James Barnes <james.barnes@coffeecounty-ga.gov> |
| Addressed To: | james.barnes@coffeecounty-ga.gov |
| Subject: | RE: IT and maintenance |
| Date: | Wednesday, May 19, 2021 19:50 GMT |

James

Please leave your PC and your assistant's PC turned on over the next week. Charles will need to log in at night, don't know what day.

Thanks
Wesley

---

From: James Barnes <james.barnes@coffeecounty-ga.gov>
Sent: Wednesday, May 19, 2021 1:50 PM
To: Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
Subject: IT and maintenance

Wesley,

I wanted to remind you that having Charles give Tony access to Misty's email account is on the to do list. Also, it would be helpful if Jonathan could check that light switch connection problem. It could be as simple as a new light switch. Thank you for the budget explanation. I made notes and highlighted the extra line items.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

---------------------- End Of Message ----------------------