*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 13

## Jennifer Dorminey Herzog

**From:** Jennifer Dorminey Herzog
**Sent:** Wednesday, May 24, 2023 10:49 AM
**To:** Baldwin, Chris
**Cc:** Anthony A. Rowell; Vickers, Wesley; Vickers, Tracie
**Subject:** RE: Hayes Laptop

**FilingDate:** 5/24/2023 1:37:00 PM

Agent Baldwin,

Approximately ten years ago, Coffee County began tagging county issued laptops, a list of which is maintained by the Records Custodian. There is no record of Misty Hayes/Hampton ever being issued a county laptop. However, I believe the computer you are referencing is an old black Toshiba laptop that was found in the Elections office after Misty's departure – I am advised it is very old and not sure if it was or was not used by Misty and the County has not accessed it as far as I understand. We are not sure of the origination of that laptop – I could have been issued by the state rather than the county, but the County and its counsel were then (at the time the phone was turned over) and are now willing to turn the laptop over to the custody of the GBI.

Please advise as to how you would like to obtain possession and we can coordinate with the County Manager and Records Custodian for production. Please also provide the Records Custodian with paperwork evidencing chain of custody for her records.

Thanks,

Jennifer

**From:** Jennifer Dorminey Herzog
**Sent:** Tuesday, May 23, 2023 12:12 PM
**To:** 'Baldwin, Chris' <chris.baldwin@gbi.ga.gov>
**Cc:** Anthony A. Rowell <ARowell@hallboothsmith.com>; Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
**Subject:** RE: Hayes Laptop

Agent Baldwin, confirming receipt of your communication below. The Coffee County Manager is currently out of the state but once he returns I will communicate with him with regard to this request and the current location of the laptop referenced and will respond asap. Thank you,

Jennifer

**From:** Baldwin, Chris <chris.baldwin@gbi.ga.gov>
**Sent:** Monday, May 22, 2023 3:45 PM
**To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Subject:** Hayes Laptop

Good Afternoon Ms. Herzog,

On September 9, 2022 I took into evidence a black iPhone from Attorney Tony Rowell that was purportedly Misty Hayes' while she worked at the Coffee County Elections and Registration Office. At that time, there was also a laptop that Rowell advised was the one Hayes used; however, at that time was not prepared to produce it. I am writing to inform

1

you that the GBI would now like to take possession of the laptop, transport it to the GBI HQ in Decatur, GA and get a search warrant on that item there. Please advise on how Coffee County would like to proceed. Thank you.

God bless.



Chris S. Baldwin
Special Agent III
Georgia Bureau of Investigation
Office of Special Investigations
3121 Panthersville Rd
Decatur, GA 30034
(770) 602-2864 (o)
(770) 918-6698 (f)
~~(478) 230-0278 (m)~~