*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 14

Exhibit A

### GEORGIA BUREAU OF INVESTIGATION
### OFFICE OF SPECIAL INVESTIGATIONS
### INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Thursday, August 3, 2023, Special Agent CHRIS BALDWIN began reviewing data that had been downloaded from the Coffee County Elections and Registration Office Desktop PC by GBI Digital Forensic Investigator GARRETT MORTON.   The data included historical work emails for the subject in this current computer trespass investigation, MISTY HAYES (misty.hampton@coffeecounty-ga.gov).

During the search, SA BALDWIN located an email sent to HAYES from PRESTON HALIBURTON (Atlanta-based attorney, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) on December 31, 2020 at approximately 8:19 p.m.  The email had an Open Records Request attached to it.  Below is a list of what was being requested by HALIBURTON:

"- All original, paper absentee mail-in ballots as well as the scanned/electronic copies that were counted towards the 2020 Presidential Election vote totals which were scanned; and
- All original, paper absentee mail-in ballots as well as the scanned/electronic copies for the 2020 Presidential Election that were discarded or otherwise not counted for the 2020 Presidential Election.
- The originals of the spoiled absentee mail-in ballots"

HAYES responded to HALIBURTON (and CC'd ERNESTINE THOMAS-CLARK, ▓▓▓▓▓▓▓▓▓▓▓▓▓), via email, on December 31, 2020, at approximately 10:20 p.m.  Below is a copy of that response:

"We have received your open record request, and I will be speaking with my board, and

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___83___

**46-0001-42-23**

per the Ga law I do not see any problem assisting you with anything yall need accordance to Ga. Law.   Yall are welcome in our office anytime.    Coffee County is willing to work with anyone with accordance to the Georgia law."

SA BALDWIN believed that the excerpt "Yall are welcome in our office anytime" could be the "written invitation" referred to by KATHERINE FRIESS (previously documented in this case file).   FRIESS was an Election Integrity Attorney for President DONALD TRUMP from November 2020 to January of 2021.   FRIESS forwarded the information to JENNIFER JACKSON, a member of the SullivanStrickler team who were in Coffee County, Georgia on January 7, 2021.   JACKSON then shared that FRIESS message with the other members of SullivanStrickler (PAUL MAGGIO, GREG FREEMYER, and KARUNA NAIK) in a group chat.   Below is a copy of the text message JACKSON sent to the group, which included the forwarded message from FRIESS:

"Hi!   Just handed [sic] back in DC with the Mayor.   Huge things starting to come together!   Most immediately, we were just granted access -by written invitation! - to the Coffee County Systens [sic].   Yay!   Putting details together now with Phil, Preston, Jovan etc.   Want to give you a heads up for your team.   Will be either Sat or Sun this weekend.   More soon! :)).   This was from Katherine this am, of course not the official word but wanted to share as a potential heads up."

The message was shared by JACKSON to her team on January 1, 2021, at approximately 2:18 p.m., the day after HAYES sent that email response to HALIBURTON.   This message was located by SA BALDWIN in a batch of group chat messages that had been provided to him by MARILYN MARKS.   The messages appear to have been given to MARKS by KARUNA NAIK during the discovery phase of

**PROPERTY OF GBI**

Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT _____ 83 _____

**46-0001-42-23**

the Curling v. Raffensperger federal lawsuit.

On January 2, 2021, at approximately 1:11 p.m., JACKSON wrote to the group chat "Who is Preston Haliburton?   I got a strange email from this guy asking me to call him about the hearing on Monday????".   NAIK then replied at 1:13 p.m. the same date, "Preston was mentioned in the message from Katherine.   Maybe she gave him your Email?".   JACKSON replied back at 1:30 p.m. the same date, "You're correct- he wants us for Monday in Fulton".

Copies of the ORR, HAYES email response to HALIBURTON, and the SulivanStrickler group chat messages have been attached to this summary.

Investigative act concluded.

**ATTACHMENTS**

| | |
|---|---|
| E-MAIL(S)  HALIBURTON  ORR to HAYES | (Attachments) |
| E-MAIL(S)  HAYES  Email to HALIBURTON | (Attachments) |
| COPY OF LETTER(S) SullivanStrickler  Group Chat Messages | (Attachments) |

**PROPERTY OF GBI**
Further  dissemination  is  prohibited
without written approval of a GBI Supervisor

EXHIBIT ___ 83 ___

Exhibit B

## GEORGIA BUREAU OF INVESTIGATION
## OFFICE OF SPECIAL INVESTIGATIONS
## INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Thursday, August 3, 2023, at approximately 1:36 p.m., Special Agent CHRIS BALDWIN received from Special Agent in Charge BRIAN WHIDBY a thumb drive which contained data downloaded from a Desktop PC belonging to the Coffee County Election and Registration Office.   The Desktop PC was used by MISTY HAYES, the subject in this computer trespass investigation, at the CCERO in 2021 when the incident occurred. The Desktop PC was previously taken into evidence by Special Agent MICHAEL PEARSON and handed over custody to Digital Forensic Investigator GARRETT MORTON with the GBI Cyber Unit.

During MORTON'S examination of the PC, he discovered there were emails/communications from MISTY HAYES stored on it.   MORTON downloaded the data so that SA BALDWIN could review the files for evidentiary value.   SA BALDWIN reviewed the data and learned the following information:

The thumb drive consisted of one (1) data folder (41-0046-39-23_CC57146.E01).   The folder contained 616,678 files.   Most notably, those files included 213,092 iOS (Apple) iMessages, 1,470 iOS call logs, 1,999 Apple contacts, 5,609 social networking files (Instagram, Tinder, Life360, and Pinterest), 4,552 documents, and 10,477 Outlook emails.

The iOS iMessages, call logs, contacts, and social networking files appeared to have been downloaded to the PC when it was connected to the iPhone on June 25, 2019. That would have been 1.5 years prior to the incident being investigated.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___112___

**46-0001-42-23**

Of the 4,552 documents, 1,986 were created between November 1, 2020 and March 1, 2021.   SA BALDWIN discovered one (1) Microsoft Word Document filename "BOARD%20MINUTES%20-%20January%2012((Autorecovered-308699603345371840 )).asd", listed as "Record 1" under the Microsoft Word Documents sub-header on the Axiom Report.   The document was the Coffee County Board of Elections and Registration Monthly Board Meeting Minutes for February 2, 2021.   SA BALDWIN had previously seen the February agenda document, but not the actual minutes from the meeting.   A copy of that Word Document has been attached to this summary.

Of the 10,477 Outlook emails, 3,029 were created between November 1, 2020 and March 1, 2021.   Of those 3,029 emails, 3,010 were associated with the email account misty.Hampton@coffeecounty-ga.gov.ost.   The other 19 emails were associated with the email account ███████████████████   It should be noted that ".ost" is the extension for a Microsoft Outlook data file.   The emails primarily consisted of HAYES working on Open Records Requests or conducting elections.

SA BALDWIN found seven (7) emails of particular interest.   Those emails were listed as "Record 1" through "Record 7" under the Outlook Emails sub-header on the Axiom Report.   Below is a description of the seven (7) Outlook Email Records (in chronological order):

Record 1
Email from PRESTON HALIBURTON (███████████████████) to MISTY HAMPTON "HAYES" (misty.hampton@coffeecounty-ga.gov) on December 31, 2020 at approximately 8:19 p.m.   Attached was an Open Records Request Word Document

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___112___

FCDA00139241

**46-0001-42-23**

titled "FILE_8668.docx" ("Record 1" under the Email Attachments sub-header on the Axiom Report). A copy of that Word Document has been attached to this summary.

Record 5

Email from HAYES to HALIBURTON, and CC'd ERNESTINE THOMAS-CLARK ( ▮▮▮▮▮▮▮▮▮▮▮ ) on December 31, 2020 at approximately 10:20 p.m. HAYES informed HALIBURTON of the receipt of his ORR. In the email, HAYES stated "Y'all are welcome in our office anytime. Coffee County is willing to work with anyone with accordance to the Georgia law". That email occurred one (1) week prior to the initial computer trespass incident.

Record 2/3

Record 3 was where HAYES forwarded her original response to the HALIBURTON ORR to another HALIBURTON email ( ▮▮▮▮▮▮▮▮▮▮▮ ) on January 1, 2021 at approximately 12:51 a.m. Record 2 was an email from Microsoft to HAYES advising her that the email address ' ▮▮▮▮▮▮▮▮▮▮ " did not exist.

Record 6

Email from HAYES to a third HALIBURTON email ( ▮▮▮▮▮▮▮▮▮▮▮ ) on January 1, 2021 at approximately 2:05 a.m. Attached to the email was a Word Document with an official response to HALIBURTON'S ORR on Coffee County Government letterhead. In that email, HAYES included her personal phone number (912-850-4823) whereas the previous communications only included her work phone numbers. The attached Word Document was titled "Letter NOT Certifying Recount.docx" and has been attached to this summary.

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___112___

**46-0001-42-23**

Record 7

Email from HAYES to ERIC CHANEY ███████████████) and ED VOYLES (███████████) on January 2, 2021 at 1:21 a.m.  The email was a forward of an original email from DAVID GREENWALT, Southeast Election Director of KNOWINK. KNOWINK has developed election poll pads and election management software.  In the email, GREENWALT was addressing the "patently false assertions" that there was "unauthorized access to our systems".  SA BALDWIN found this to be particularly notable due to the fact that HAYES, CHANEY, and VOYLES would be present at the CCERO five (5) days later while third-parties accessed those same machines.

Record 4

Email from WESLEY VICKERS, Coffee County Manager, to HAYES, THOMAS-CLARK (███████████████), and WENDELL STONE (███████████████) on January 4, 2021 at 8:31 p.m.  The email stated that the board of commissioners "appointed WENDELL (STONE) and MATTHEW(MCCULLOUGH) to the board this morning.  They also appointed ANDY THOMAS to take MR. PEAVY'S spot".  This confirmed what C.T. PEAVY had told SA BALDWIN during their interview, that PEAVY was no longer on the Board of Elections when the computer trespass incident occurred.

A copy of the Magnet Axiom Report has been attached to this summary.

Investigative act concluded.

**PROPERTY OF GBI**

Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___112___

**ATTACHMENTS**

COPY OF NOTE(S) CCBOE 2/2/2021 Meeting Minutes                    (Attachments)

OTHER Magnet Axiom Reports                                        (Attachments)

E-MAIL(S) Attachments                                            (Attachments)

**EVIDENCE**

DELL OPTIPLEX 3060 MICRO DESKTOP COMPUTER;        CC57146-8E2D52A9-Evidenc
                                                  e.pdf

THUMB DRIVE CONTAINING DATA FROM COFFEE COUNTY    BB61195-Evidence.pdf


SPECIAL AGENT CHRISTOPHER BALDWIN:   8/4/2023
cb:  8/4/2023                                  ℬ              ﮞ

**PROPERTY OF GBI**

Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___112___

956715

FCDA00139244

Exhibit C

Email Attachments

Record 1

| | |
|---|---|
| Tags | Evidence |
| File Name | FILE_8668.docx |
| Artifact | Outlook Emails |
| Artifact ID | 1165474 |
| Subject | Open Records: |
| File Extension | .docx |
| File Size (Bytes) | 44085 |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2020 8:19:56 PM |
| Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2020 8:19:56 PM |
| MD5 Hash | 1b6e8e3fe016e15687f6531b05ef72b0 |
| SHA1 Hash | f0cac8d8533a55e013414e05dd0d6772deb61fe7 |
| To Address(es) | Misty Hampton <misty.hampton@coffeecounty-ga.gov> |
| From Address | Preston Haliburton ██████████████████ > |
| Email Timestamp Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2020 8:19:08 PM |
| Attachment | [Binary data] |
| Source | • 41-0046-39-23_CC57146.E01 - Partition 3 (Microsoft NTFS, 117.99 GB) OS\Users\misty.hampton \AppData\Local\Microsoft\Outlook\misty.hampton@coffeecounty-ga.gov.ost |
| Location | • File Offset 329474048 |
| | • n/a |
| Evidence number | • 41-0046-39-23_CC57146.F01 |
| Item ID | 1165491 |

Outlook Emails

Record 1

|  | |
|---|---|
| Tags | Evidence |
| Sender Name | Preston Haliburton <██████████████> |
| Recipients | Misty Hampton <misty.hampton@coffeecounty-ga.gov> |
| Subject | Open Records: |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2020 8:19:56 PM |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2020 8:19:08 PM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2020 8:19:56 PM |
| Body | |

Sent from my iPhone

| | |
|---|---|
| Folder Name | misty.hampton@coffeecounty-ga.gov.ost -> Inbox |
| Attachments | FILF_8668.docx |

Outlook Emails

**Headers**    Received: from MN2PR09MB5753.namprd09.prod.outlook.com (2603:10b6:208:218::13)
by SA0PR09ME7340.namprd09.prod.outlook.com with HTTPS, Thu, 31 Dec 2020
20:19:56 +0000
Received: from BN6PR09CA0024.namprd09.prod.outlook.com (2603:10b6:405::34) by
MN2PR09MB5753.namprd09.prod.outlook.com (2603:10b6:208:218::13) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3721.19, Thu, 31 Dec
2020 20:19:55 +0000
Received: from DM3GCC02FT004.eop-gcc02.prod.protection.outlook.com
(2a01:111:f400:7d04::204) by BN6PR09CA0024.outlook.office365.com
(2603:10b6:405::34) with Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3721.19 via Frontend
Transport; Thu, 31 Dec 2020 20:19:55 +0000
Authentication-Results: spf=softfail (sender IP is 69.40.10.45)
smtp.mailfrom=icloud.com; coffeecounty-ga.gov; dkim=pass (signature was
verified) header.d=icloud.com;coffeecounty-ga.gov; dmarc=pass action=none
header.from=icloud.com;compauth=pass reason=100
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
icloud.com discourages use of 69.40.10.45 as permitted sender)
Received: from spam.sgcce-inc.com (69.40.10.45) by
DM3GCC02FT004.mail.protection.outlook.com (10.97.8.158) with Microsoft SMTP
Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
15.20.3721.20 via Frontend Transport; Thu, 31 Dec 2020 20:19:54 -0000
X-ASG-Debug-ID: 1609445983-153ac55efd49ff0001-kmSbXB
Received: from st43p00im-ztfb10061701.me.com (st43p00im-ztfb10061701.me.com [17.58.63.172]
) by spam.sgcce-inc.com with ESMTP id 6wF9wn2pQyZojWkM (version=TLSv1.2 cipher=ECDHE-RSA-A
ES128-GCM-SHA256 bits=128 verify=NO) for <misty.hampton@coffeecounty-ga.gov>, Thu, 31 Dec
2020 15:19:43 -0500 (EST)
X-Barracuda-Envelope-From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
X-Barracuda-Effective-Source-IP: st43p00im-ztfb10061701.me.com[17.58.63.172]
X-Barracuda-Apparent-Source-IP: 17.58.63.172
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=icloud.com;
        s=1a1hai; t=1609445982;
        bh=zxlee+efMcJbR0QU97e/q1a=U7Ysn+aZRKqgyfGu1/0=;
        h=Content-Type:From:Mime-Version:Date:Subject:Message-Id:To;
        b=FDbxhr7:1I7LdEGIyI9HvKSJYHOFVavILFACQox5Kr1kclBZ+7df.0GJSBvC34849

Hv/W1ym48cXZ9XLmzGHTe+kniDOPU0rQPDC1OsVohE+SWd2Hv+F5zX+kM74MNxBIC

/KMcO5snXSEA+KDKV0Tbj30JFuiNXYETV3p4vv+tU/cKuAxLad15//qSInt8K95EPu

tVlBge5sOqppk.y:OzmEexRUOLPSPqcx6V4dbiMi86Uql1d2KzaPscV2q+P2Kivz+aP

OTw0rjPJda+Q50jwc2dfWnUgHGSvA/M5rnqI.7OzRPrkJTKkBDQTWuReVuiCnhcTzBwVm

EifL86OK+DNVw==
Received: from [100.64.176.144] (163.sub-174-218-135.myvzw.com [174.218.135.163])
        by st43p00im-ztfb10061701.me.com (Postfix) with ESMTPSA id 3633DAC0769
        for <misty.hampton@coffeecounty-ga.gov>, Thu, 31 Dec 2020 20:19:10 +0000 (UTC)
Content-Type: multipart/alternative; boundary=Apple-Mail-DF5F7137-C4EA-4AF7-AE20-77FDCE55E
F75
**Content-Transfer-Encoding: 7bit**
**From: Preston Haliburton <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>**
Mime-Version: 1.0 (1.0)
Date: Thu, 31 Dec 2020 15:19:08 -0500

Outlook Emails

Headers

Subject: Open Records
Message-Id: <£E28AA4AD-CCE1-43E7-B254-176020066AD1@icloud.com>
X-ASG-Orig-Subj: Open Records:
To: misty.hampton@coffeecounty-ga.gov
X-Mailer: iPhone Mail (17G68)
X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10434:6.0.343,18.0.737
definitions=2020-12-31_11:2020-12-31,2020-12-31 signatures=0
X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 suspectscore=0 malwarescore
=0
phishscore=0 bulkscore=0 spamscore=0 clxscore=1011 mlxscore=0
mlxlogscore=999 adultscore=0 classifier=spam adjust=0 reason=mlx
scancount=1 engine=8.0.1-2006250000 definitions=main-2012310122
X-Barracuda-Connect: st43p00im-ztfb10061701.me.com[17.58.63.172]
X-Barracuda-Start-Time: 1609445983
X-Barracuda-URL: https://spam.sgcce-inc.com:443/cgi-mod/mark.cgi
X-Barracuda-License: Expired
X-Barracuda-BRTS-Status: 1
X-Virus-Scanned: by bsmtpd at sgcce-inc.com
X-Barracuda-Scan-Msg-Size: 407
Return-Path: █████████████████████
X-MS-Exchange-Organization-ExpirationStartTime: 31 Dec 2020 20:19:54.8813
(UTC)
X-MS-Exchange-Organization-ExpirationStartTimeReason: OriginalSubmit
X-MS-Exchange-Organization-ExpirationInterval: 1:00:00:00.0000000
X-MS-Exchange-Organization-ExpirationIntervalReason: OriginalSubmit
X-MS-Exchange-Organization-Network-Message-Id:
7ab0237a-e82e-464c-4d67-08d8adc96fcf
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: b078ab68-6595-48cb-b760-3272606da07d:0
X-MS-Exchange-Organization-MessageDirectionality: Incoming
X-MS-PublicTrafficType: Email
X-MS-Exchange-Organization-AuthSource:
DM3GCC02FT004.eop-gcc02.prod.protection.outlook.com
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Office365-Filtering-Correlation-Id: 7ab0237a-e82e-464c-4d67-08d8adc96fcf
X-MS-TrafficTypeDiagnostic: MN2PR09MB5753:
X-MS-Oob-TLC-OOBClassifiers: OLM:9508;
X-MS-Exchange-Organization-SCL: 1
X-Microsoft-Antispam: BCL:0;
X-Forefront-Antispam-Report:
CIP:69.40.10.45;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:spam.sgcce-inc.com;PTR:spam
.sgcce-inc.com;CAT:NONE;SFS:(6266002)(6965001)(0290500003)(5660300002)(33656002)(9618925
003)(5880040000S)(36756003)(1096003)(3480700007)(82202003)(564344004)(356005)(26005)(95600
4)(2616005)(4743002)(2218603)(336012)(86362001)(716003)(6916009)(7596003)(8676002)(67060
04)(7636003)(43540500002);DIR:INB;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 31 Dec 2020 20:19:54.7194
(UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 7ab0237a-e82e-464c-4d67-08d8adc96fcf
X-MS-Exchange-CrossTenant-Id: b078ab68-6595-48cb-b760-3272606da07d
X-MS-Exchange-CrossTenant-AuthSource:

Outlook Emails

| | |
|---|---|
| Headers | DM3GCC025T004.eop-gcc02.prod.protection.outlook.com |
| | X-MS-Exchange-CrossTenant-AuthAs: Anonymous |
| | X-MS-Exchange-CrossTenant-FromEntityHeader: Internet |
| | X-MS-Exchange-Transport-CrossTenantHeadersStamped: MN2PR09MB5753 |
| | X-MS-Exchange-Transport-EndToEndLatency: 00:00:01.6483666 |
| | X-MS-Exchange-Processed-By-BccFoldering: 15.20.3700.031 |
| | X-Microsoft-Antispam-Mailbox-Delivery: |
| | ucf:0;jmr:0;auth:0;dest:I;ENG:(20160514016)(750128)(520011016)(944506458)(944626604); |
| | X-Microsoft-Antispam-Message-Info: |
| | =?us-ascii?Q?X1MONCTKJyfd80jg8+vo7257s~2FOs/KKU4quAzOBXGcHcFnSM0F8zWdGrzC?= |
| | =?us-ascii?Q?QlUicWbo4r7AU7fNlv01WTKXBeNJeybQRHKaLD89yM9Fpae42psdxn/Ze2iy6?= |
| | =?us-ascii?Q?7GjeB9s18YlvD7BAANwBpFwWz1rx93d56XU7+3SWTh7XV2Z/GGHU9WhjOq7s?= |
| | =?us-ascii?Q?DJBJ4M4oUy+XP2cwL3+eFmisvLe3e0RD9nLHA7yg9gUmQLw2a61PI6v0CIF?= |
| | =?us-ascii?Q?pW1N9JnwP4hZa1d9TP1NDyJPvfUhzDknJKIY7crWRabYpbxxuhW6vX9ha59G?= |
| | =?us-ascii?Q?/DeZsomLtkcqd18+y7KtfkDCvOz+xqzilmzedWI2b3CuXuH5U/VInNJJDm4V?= |
| | =?us-ascii?Q?1E501+y9OUHQJ/3qzqVjT+hCLMj6YSB8zDc0fLxPXyyQD8YXdF/7fJtckyDW?= |
| | =?us-ascii?Q?/e8/YOhsfgf2z/tsKS23yiccNtcsQxlGwvyUL97xecPSYZk/MiqaNaMgzH6I7?= |
| | =?us-ascii?Q?FhzE+UxH4TU1OwwbeNtxwMWnKZ9yI6IkekiMxImwD3Z7vdV5qr4+r3A0mjdI?= |
| | =?us-ascii?Q?wn3HokvSv2A/KScLrTa3A7ef5tnvHczlya8l1D/ZH8FNwxVvCPAwLXFDqSqJ?= |
| | =?us-ascii?Q?0W53kYnKx3PG225P/bxmqSAS00/otug4skFTqcoK31jG00LHM9EaC7O5PZ+i?= |
| | =?us-ascii?Q?MqF6VVHgsVLJeSG2f+J1gXuBgwS9P52fUDIT0xmqZz1LLuMPYYqg/92kLpLc?= |
| | =?us-ascii?Q?eFZLYeeXpcT1tjhOvHD/MGf/UJH6soencqCGX4JaWlNStFL9Z7qHvhYSD7zs?= |
| | =?us-ascii?Q?AWNOgzh3V9Aleb7w9beX/VGObUaQmZcT6wles/KrRzXoguGrskiKx77W8Aau?= |
| | =?us-ascii?Q?omHtBCn310kjxnczU9YCf-ebSmonl+zkzQkVmzYfsrUL4bGi6H/yv/QSmHo?= |
| | =?us-ascii?Q?iVu8gFV7JVEUrYTYZ9/1r3uFTJs4lQSl8e3gnjEPPmoYrfN3ainnoGcdPgY?= |
| | =?us-ascii?Q?G8qE8xbrMxXg3CYzoA0kr/7scFKhZk+Hz7JkIRBs3pLig+oV6jdXNQMV6pjqr?= |
| | =?us-ascii?Q?ldkuseG6CKqeAXDBIVozQVsARfiC2IdjxwHO/v5pCrdWIC+bf3/0qABUyPmy?= |
| | =?us-ascii?Q?4TabQ4MqSWyMeyKfu9qmksgzY0vvnt0fYa3Grnhcxv3/MXGgedHoEQMPavKX9?= |
| | =?us-ascii?Q?W7J/NBaFGj+VULKKowvxYc7PscJVEI20l qK4p3rMt6u3aF9WOV/Q07i4z8?= |
| | =?us-ascii?Q?YC/csixr2K1MnxpN1Sqn7vleG/IUZ1ghZi5u0+Lor7JI2UZkLQ6jbo2Ebu?= |
| | =?us-ascii?Q?SkvM++MfmzcfCZNqc8HQ33mSlnhobIneFg/hyWklhwv2CQMWalaAiDCdUe?= |
| | =?us-ascii?Q?bCJ81LV9Fz5z4Z6O+33q6rtfNpQEtEiNSnHAhLIUDO6lLjaw=3D~3D?= |
| Priority | Normal |
| Importance | Normal |
| Sensitivity | Normal |
| Source | • 41-0046-39-23_CC57146.E01 - Partition 3 (Microsoft NTFS, 117.99 GB) OS\Users\misty.hampton |
| | \AppData\Local\Microsoft\Outlook\misty.hampton@coffeecounty-ga.gov.ost |
| Location | • n/a |
| | • File Offset 329474048 |
| Evidence number | • 41-0046-39-23_CC57146.E01 |
| Recovery method | • Parsing |
| Item ID | 1165474 |

Record 2

| | |
|---|---|
| Tags | Evidence |
| Sender Name | Microsoft Outlook |
| Recipients | mprestonhalliburton@gmail.com < ▇▇▇▇▇ > |
| Subject | Undeliverable: Fwd: Open Records |
| Sender Exchange Account | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROS |
| | OFTEXCHANGE329E71EC88AE461588C36AB6CE41109F0C3FBAFF |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2021 12:51:42 AM |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2021 12:51:42 AM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2021 12:51:43 AM |

FCDA00158206

Exhibit D

Outlook Emails

| | |
|---|---|
| Sensitivity | Normal |
| Source | • 41-0046-39-23_CC57146.E01 - Partition 3 (Microsoft NTFS, 117.99 GB) OS\Users\misty.hampton \AppData\Local\Microsoft\Outlook\misty.hampton@coffeecounty-ga.gov.ost |
| Location | • n/a |
| Evidence number | • 41-0046-39-23_CC57146.E01 |
| Recovery method | • Parsing |
| Item ID | 1165484 |

Record 3

| | |
|---|---|
| Tags | Evidence |
| Sender Name | Misty Hampton |
| Recipients | mprestonhaliburton@gmail.com <████████████████████>. |
| Subject | Fwd: Open Records: |
| Sender Exchange Account | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F06378 D423F14A9588B890DB4A1E2363-MISTY HAMPT |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2021 12:51:42 AM |
| Submitted Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2021 12:51:40 AM |
| Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2021 12:51:40 AM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2021 12:51:42 AM |
| Body | |

Get Outlook for iOS
From: Misty Hampton
Sent: Thursday, December 31, 2020 5:20:18 PM
To: Preston Haliburton <████████████████████>
Cc: Ernestine Thomas-Clark <████████████████; Ernestine Thomas-Clark <████████████████>
Subject: RE: Open Records:

We have received your open record request, and I will be speaking with my board, and per the Ga law I do not see any problem assisting you with anything y'all need accordance to Ga. Law. Y'all are welcome in our office anytime. Coffee County is willing to work with anyone with accordance to the Georgia law.

Misty Martin
Election Supervisor
Coffee County Board of Elections
224 West Ashley St
Douglas, Ga. 31533
912-384-7018 - Office
912-393-7181 - Direct
misty.hampton@coffeecounty-ga.gov

From: Preston Haliburton <prestonhaliburton@icloud.com>
Sent: Thursday, December 31, 2020 3:19 PM
To: Misty Hampton <misty.hampton@coffeecounty-ga.gov>
Subject: Open Records:


Sent from my iPhone

| | |
|---|---|
| Folder Name | misty.hampton@coffeecounty-ga.gov.ost -> Inbox |

FCDA00158211
41-0046-33-23_CC57146 | DRI MORTON | Tuesday, August 15, 2023

13

Outlook Emails

Headers

ARC-Seal: i=1, a=rsa-sha256, s=arcselector9901, d=microsoft.com, cv=none;
b=GRXuPZqh/1ybvehNavenNs6LkSsQ/s5xhZnfmRhAnfyhoZwFhNSEO+xqekQ+sbpjxkwc4sG8fLz3yRUSKczy3aX0kindw
IikmhKiDKDQhPBRKZVPARANANJw=2La84e4VZ17BhlCkiXosiRemyjBG2D-ggtZFue24qjqibtsx4PwWASCQTrw+74yJli
130s4tk+ZJ+CUVL+RLDBsNUrT246KTYGR/VxpTOMDQjWh/OT4AOpA/vnbpalfmBiwMjbmmBYDar+PrqXIXkK7r045
BOIwwouJkKXrcwpbZ/BFPBAkFRdBRNSysXASOCLIwWM6IXVDZ7/AwMEf/JDTZ/AFZ9PNrhAxkWIQZHg==

ARC-Message-Signature: i=1, a=rsa-sha256, c=relaxed/relaxed, d=microsoft.com;
s=arcselector9901;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
bh=89lhA+7AAJ2OJqiyjUaGTqsKxvky6T5B0T1ZNZAswcEv=;
b=pA1nSN60SHT3gJGatNsaNvqu2eFsN8jRRicQfCQ0bGEdzewkL+ZNP4E8ARMYKd6FCYzOCHJCInE0TPDb5
BSxVJ8+9EtKQG9ySuENRbG7W3Pjca0txF2QuKskVjg4WhWA/pLAXS/D5z/CzesthdqP4-+eVKGiPpVGS854FgWd4s
INOvMlXkRBaLNWpmPvAimNrOAizv10+/XBLLQ/OGaII2Q1LvZFkXA3OXEZVnTiINXkVbW5z/XiYPBt=-IIXSK/rqVWX+oxP
ARC-Authentication-Results: i=1, mx.microsoft.com 1, spf=pass
smtp.mailfrom=coffeecounty-ga.gov, dmarc=pass action=none
header.from=coffeecounty-ga.gov, dkim=pass header.d=coffeecounty-ga.gov;
arc=none
DKIM-Signature: v=1, a=rsa-sha256, c=relaxed/relaxed;
d=coffeecounty.onmicrosoft.com, s=selector2-coffeecounty1-onmicrosoft-com;
h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
bh=89lhA+7AAJ2OJqiyjUaGTqsKxvky6T5B0T1ZNZAswcEv=;
b=EnclThmmhbwfdODWSl15S6RTGt50brzk+-76/y8BKDcDrrot18C2+GSzUHxNAWPE9M+HNXP0pwGcNNeoc9gsomcNv2VM0W/uF
6pYsMvZvF8Qb2BANe9R5B4Z3CK3A/3NyAvdwMiv/KxYGOJ8ebYdP+tkQsHpODw29mN+]ETQSUV9GDCI1E=
Received: from S10PR09MB7341.namprd09.prod.outlook.com (2603:10b6:303:3aF:10) with
by 8Y3PR09MB7842.namprd09.prod.outlook.com (2603:10b6:610:344:10) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3721.19; Fri, 1 Jan
2021 00:51:40 -0000
Received: from S10PR09MB7341.namprd09.prod.outlook.com
([fe80::d800:d67:6100:3107]) with mapi id 15.20.3700.031; Fri, 1 Jan 2021
([fe80::d800:d67:6100:3107]) by S10PR09MB7341.namprd09.prod.outlook.com
00:51:40 +0000

From: Misty Hampton <misty.hampton@coffeecounty-ga.gov>
To:
Subject: Fwd: Open Records
Thread-Topic: Open Records
Thread-Index: AQHW3ZJOyCcFWz10+IQH5xXvHuhGoRXtLlwgAAr0cA=
Date: Fri, 1 Jan 2021 00:51:40 +0000
Message-ID: <S10PR09MB73410960T7f66FC92573A1A2D5@S10PR09MB7341.namprd09.prod.outlook.co
References: <E28AA4AD-CC11-43E7-A054-17A62050960A01@icloud.com>, <S4ADPR09MB73410/D6FD08F61CCA8
C1A11J2O50@S4DPR09MB7340.namprd09.namprd09.prod.outlook.com>
In-Reply-To: <S4ADPR09MB73410Z7D7DEFD08F61CCA8C1A11J2A5D@S4DPR09MB73410.namprd09.prod.outlook.c
<us>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
authentication-results: gmail.com; dkim=none (message not signed)
header.d=none;dmarc=none action=none

Outlook Emails

| | |
|---|---|
| Headers | header.from=coffeecounty-ga.gov;<br>x-originating-ip: [2600:1005:b023:e5a:b828:7cfe:ccc3:5de4]<br>x-ms-publictraffictype: Email<br>x-ms-office365-filtering-correlation-id: dff76494-ded3-4da1-4fc6-08d8adef66a9<br>x-ms-traffictypediagnostic: BY3PR09MB7842:<br>x-microsoft-antispam-prvs: <BY3PR09MB78426A91078954F200952AC9A2D50@BY3PR09MB7842.namprd09.<br>prod.outlook.com><br>x-ms-oob-tlc-oobclassifiers: OLM:2043;<br>x-ms-exchange-senderadcheck: 1<br>x-microsoft-antispam: BCL:0;<br>x-microsoft-antispam-message-info: Uj6k/bEgWwOMkluEGIkSe1rntClobithLPxpNvi9oPM+SqXUJthH8llv<br>JNrsSopAMZc6Z6f8gQu5t3ZG+GgqsrvVh3a29NHiWCCJGxzFGzUeKxLbiSJnUfZldJvGg7H7/gwnzzW3blhv+Sn7TjJ<br>fvK7U/wSzDCircJXGeedYFkwQ01C5FQb6SCmARMxv6biHIfYkinKWKy5vDYZe9RZkbNvEmDQbsptdTdMbue7Rk9axD<br>PwE5S7rqWf//qbszKh8XaGaf1w8XH9TyGtof6GV4q25x9ApK+EH/pfHPP3JAXEMmP6zxEf5vxSaR6tbYkYOpbN1h0+<br>Ral/NOrHuXLGwcmCqxkfpLpqVXtMT3Lz/9mRnFtSvuhzMxSfh38vYe1vpiVplag9DC6l9gnT7mgMcKuCYOFTo0JaimrU<br>fZ+qi0pozOduQdpoGUiq/O//Qo6L5rC+F30Cvlb2LZP8Zgsc4MBSVnlg==<br>x-forefront-antispam-report: CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM<br>;H:SJ0PR09MB7341.namprd09.prod.outlook.com;PTR:;CAT:NONE;SFS:(366004)(39850400004)(376002)<br>(346002)(136003)(396003)(7696005)(6916009)(44832011)(64756008)(8936002)(66476007)(45080400<br>002)(66556008)(6506007)(66946007)(8676002)(91956017)(76116005)(478600001)(53546011)(711600<br>3)(166002)(55016002)(83380400001)(4744005)(86362001)(4/43002)(2906002)(186003)(5660300002)<br>(71200400001)(33656002)(316002)(52536014)(9686003)(66446008)(19627235002);DIR:OUT;SFP:1102<br>;<br>x-ms-exchange-antispam-messagedata: =?us-ascii?Q?dKYqypFvF7usqKD/k6OZq44MJJutHDwlrEfz/Ub78<br>LPLtndmRhsv+40JbRAB?=<br>=?us-ascii?Q?SjmM9qxHoLfr+dn0UOtJpTTml/vBm2gEI3W70ORklg/frMtZeI25K5Vae2r2G?=<br>=?us-ascii?Q?BQ+QM2SsXqoLaq/mg78ITGYxPmY8MeEgiCgGvcSTwLWuF4qnJLwhgNF0EMS?=<br>=?us-ascii?Q?/SHkXhKGMb8uNqQC/5a9OMSvRshmgxtcL7iwbvcoClhMGCCWtqIcNFAVHqnU?=<br>=?us-ascii?Q?ulY0Dcr7YBumrxVDf+uXDR8Wi54VEAu1wp6bmhA9WvccO?t(VJLWXQX)bMYz2tf=<br>=?us-ascii?Q?q2tVifUAtyKQQmh/ekwT88qokh3omAR8qxmjUFHT8X5dUyYqCVPHVQ8hGqwG?=<br>=?us-ascii?Q?6l0CjaSYWpaOg3n9cn5Qb/Zg/0krpxlbVRxSY2Vrd1XhOqNAvA6GGwwCRbfK?=<br>=?us-ascii?Q?UUnvjL97JchfvzHtn6H/qPdSzmSyQcIeXLxK7dBlxsof59GW6aAakEAmO25w?=<br>=?us-ascii?Q?bUFiMcbVd+ShFlGgt8NfqsjKv6yRjTZAxY188X/IX8b3ukFDVtJCIpL98mpS/?=<br>=?us-ascii?Q?GBwl9azro9s8QmlLGPtNblal99H1eCqgkw0ZdWkKNAGy4Ijt4+vgzh5/vwj?=<br>=?us-ascii?Q?4eqkMMDIqNf/1l8exk8w2gV+zZHOZRa7ahRM/8FjIxZ8NWqkAprnLBdoRmfSi?=<br>=?us-ascii?Q?13t3r9c22eJHjw+3bqbDdanwzGaIG+NOPOX0K+1dW//5T8NHzv8tZ+JsPqwb?=<br>=?us-ascii?Q?KSXBGPBZ0u6EJ7yP1RpVOA7l1Zo0q+ibtwnDIz5gbsIcyYEjW+QSZTPmXESh?=<br>=?us-ascii?Q?qn25BbCEDREbPtprz4vuFKcXnLWinQV4woNInSFOcCYwrtNN1FPDgl4o0IG?=<br>=?us-ascii?Q?2hxKelGig046rCgGUy4j/SgZP+nO//bGjJ0LkZn+mHi/Lf0sahuggEXhYnxDP?=<br>=?us-ascii?Q?Ekm0EOnVqu+uCQQXata2FRvTPnlqxoFrnh1RgbwcdE8aVgoVEOCAtkw21LNb0?=<br>=?us-ascii?Q?T1MNj8BILijeAzuhs+RRgZM+t659/ANUzr0yFhfHLxylrimmJ+g8jMBv4hr?=<br>=?us-ascii?Q?kp1gD4GD06FAlvXnKunahC0hMstWAxR4yZldfDHaz77BzDSP2CW10abfa9vy?=<br>=?us-ascii?Q?5LiQRq/HP4uDvuf30URvH+Myacl1rrw=3D=3D?=<br>x-ms-exchange-transport-forked: True<br>Content-Type: multipart/alternative;<br>    boundary=_000_SJ0PR09MB734129D0B617F66EC9257934A2D50SJ0PR09MB7341namp_<br>MIME-Version: 1.0<br>X-OriginatorOrg: coffeecounty-ga.gov |
| Headers | X-MS-Exchange-CrossTenant-AuthAs: Internal<br>X-MS-Exchange-CrossTenant-AuthSource: SJ0PR09MB7341.namprd09.prod.outlook.com<br>X-MS-Exchange-CrossTenant-Network-Message-id: dff76494-ded3-4da1-4fc6-08d8adef66a9<br>X-MS-Exchange-CrossTenant-originalarrivaltime: 01 Jan 2021 00:51:40.1816<br>(UTC)<br>X-MS-Exchange-CrossTenant-fromentityheader: Hosted<br>X-MS-Exchange-CrossTenant-id: b078ab68-6595-48cb-b760-3272606da07d<br>X-MS-Exchange-CrossTenant-mailboxtype: HOSTED<br>X-MS-Exchange-CrossTenant-userprincipalname: mVG/vgVaSepluDkmnM47V4pnbKo6/WHuDlColwz6JWkdZ<br>orCdZ2aRqPzehNGHOl6eTQ/bZNknINBTz8+hckLYOxnojrxaR+c/wQ20io3AjLlNby9ZkJtH5l0q4eXc2J7<br>X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY3PR09MB7842 |
| Priority | None |
| Importance | Normal |
| Sensitivity | Normal |
| Source | • 41-0046-39-23_CC57146.E01 - Partition 3 (Microsoft NTFS; 117.99 GB) OS\Users\misty.hampton<br>\AppData\Local\Microsoft\Outlook\misty.hampton@coffeecounty-ga.gov.ost |
| Location | • n/a |
| Evidence number | • 41-0046-39-23_CC57146.E01 |

FCDA00158212

Outlook Emails

Recovery method          • Parsing
Item ID    1165498