*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 15

## IN THE SUPERIOR COURT OF COFFEE COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| IN THE MATTER OF SEALED DOCUMENTS | § § § § | GBI Case Number: 46-0001-42-23<br>Docket Number: 061223-66-COF |

### ORDER TO SEAL SEARCH WARRANT, SEARCH WARRANT AFFIDAVIT AND SEARCH WARRANT RETURN

Having considered the request to Motion to Seal Search Warrant, Search Warrant Affidavit and Search Warrant Return the court finds a compelling interest in protecting the ongoing investigation into possible criminal computer trespass is sufficient to just the sealing of the search warrant materials. *See* United States v. Valenti, 987 F.2d 708, 714 (11th Cir. 1993); In re Four Search Warrants, 945 F. Supp. 1563 (N.D. Ga. 1996).

THEREFORE, for the good cause shown, unless otherwise directed by the undersigned judge, the Clerk of Superior Court shall ensure that there is no public access, either in paper or electronic form, to the aforementioned materials.

The search warrant materials shall remain sealed until otherwise ordered by the Court, although a party to a criminal case lawfully possessing a sealed document relevant to that criminal case may disclose it to any opposing parties under the law and rules applicable to criminal discovery without further order of the Court.

**IT IS HEREBY ORDERED** that the attached search warrant, search warrant affidavit, and search warrant return (and attachments thereto) be sealed pending further order of the court.

SO ORDERED this 12 day of June, 2023.

_____
JUDGE OF THE SUPERIOR COURT
COFFEE COUNTY, GEORGIA

IN THE SUPERIOR COURT OF COFFEE COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| IN THE MATTER OF SEALED DOCUMENTS | § § § § | GBI Case Number: 46-0001-42-23<br>Docket Number: 062923-67-CoF |

### ORDER TO SEAL SEARCH WARRANT, SEARCH WARRANT AFFIDAVIT AND SEARCH WARRANT RETURN

Having considered the request to Motion to Seal Search Warrant, Search Warrant Affidavit and Search Warrant Return the court finds a compelling interest in protecting the ongoing investigation into possible criminal computer trespass is sufficient to justify the sealing of the search warrant materials. *See* United States v. Valenti, 987 F.2d 708, 714 (11th Cir. 1993); In re Four Search Warrants, 945 F. Supp. 1563 (N.D. Ga. 1996).

THEREFORE, for the good cause shown, unless otherwise directed by the undersigned judge, the Clerk of Superior Court shall ensure that there is no public access, either in paper or electronic form, to the aforementioned materials.

The search warrant materials shall remain sealed until otherwise ordered by the Court, although a party to a criminal case lawfully possessing a sealed document relevant to that criminal case may disclose it to any opposing parties under the law and rules applicable to criminal discovery without further order of the Court.

**IT IS HEREBY ORDERED** that the attached search warrant, search warrant affidavit, and search warrant return (and attachments thereto) be sealed pending further order of the court.

SO ORDERED this 29 day of June, 2023.

_____
JUDGE OF THE SUPERIOR COURT
COFFEE COUNTY, GEORGIA

## Jennifer Dorminey Herzog

**From:** Pearson, Michael <michael.pearson@gbi.ga.gov>
**Sent:** Tuesday, June 13, 2023 2:57 PM
**To:** Jennifer Dorminey Herzog
**Subject:** Order To Seal
**Attachments:** Order to Seal - SW Materials.pdf

**FilingDate:** 6/16/2023 9:46:00 AM

*Michael W. Pearson, Special Agent*
*Georgia Bureau of Investigation*
*Office of Special Investigations*
*3121 Panthersville Road*
*Decatur, GA 30034*
*Office: (770) 602-2864*

1