*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 16

# GEORGIA BUREAU OF INVESTIGATION
## RECEIPT FOR PROPERTY

E- 558412

CASE NO. 46-0001-42-23

NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED: Rachel Roberts (OTHER ✓)

ADDRESS: Coffee Co. Bd of Elections, 224 West Ashley St., Douglas, GA

LOCATION WHERE PROPERTY WAS OBTAINED: Elections Supervisor Office

DATE: 6/12/2023   TIME: 11:30 AM

| ITEM NO. | QUANTITY | FILE NO. | DESCRIPTION OF PROPERTY |
|---|---|---|---|
| 1 | 1 | | Dell Optiplex 3060 Micro Desktop Computer bearing Service tag 8JJ2BW2; Coffee Co. Tag 001599 (w/ power chord) |

LAST ITEM

NAME AND BADGE NUMBER OF AGENT OBTAINING PROPERTY: S/A M.W. Pearson, #103

CASE AGENT: S/A Chris Baldwin

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY (INCLUDE LAB CASE #) |
|---|---|---|---|---|
| | | | | |

GBI Form No. 020 (Revised 5/91)
White Copy-Keep With Evidence
Yellow Copy-Case File
Green Copy-Evidence Room
Pink Copy-Owner/Other

E- 558412