*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 24

Friday, October 20, 2023 at 01:13:01 Eastern Daylight Time

**Subject:** Fwd: RE: Coffee County Response to Nakamura 10.13.23 Open Records Request #5
**Date:** Thursday, October 19, 2023 at 11:39:28 PM Eastern Daylight Time
**From:** Aileen Nakamura
**To:** Marilyn Marks

----- Original message -----
From: Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
To: Aileen Nakamura <​ >
Cc: Debra Nipper <debra.nipper@coffeecounty-ga.gov>, Tracie Vickers <Tracie.Vickers@coffeecounty-ga.gov>, "Anthony A. Rowell" <ARowell@hallboothsmith.com>, "Vickers, Wesley" <Wesley.Vickers@coffeecounty-ga.gov>
Subject: RE: Coffee County Response to Nakamura 10.13.23 Open Records Request #5
Date: Thursday, October 19, 2023 9:31 AM

Good morning,

We respond to these requests in good faith but also expressly reserve the right to object to the validity of an open records request to the extent it requests our firms communications with regard to legal services to a county in Georgia, including the argument that HBS and its attorneys and staff do not perform a government function that Coffee County would otherwise be required to perform under the law; therefore, that HBS does not prepare, maintain or receive any records, or hold records "on behalf of" the County that would be defined as public records of Coffee County under the Georgia Open Records Act, OCGA 50-18-70 et seq. We further object in that all records held in HBS' possession are arguably privileged as either attorney client communication and/or attorney work product in accordance with O.C.G.A. 50-18-72(a)(41) and (42).

Specific to your request below, I have communicated with the Records Custodian and Coffee County IT with regard to same, and please find Coffee County's response as follows:

Any responsive documents are objected to under the authority of OCGA 50-18-72(a)(41) and (42).

There is no charge for this response.

Sincerely,

Jennifer Herzog


**Jennifer Dorminey Herzog**

Attorney at Law | Hall Booth Smith, P.C.

O: 229.382.0515
D: 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Aileen Nakamura
**Sent:** Friday, October 13, 2023 10:43 AM
**To:** Debra Nipper <debra.nipper@coffeecounty-ga.gov>; Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>
**Cc:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Subject:** Open Records Request #5

Hello,

Please consider the amended request I sent on 10/10/23 to Ms. Herzog, with CC: to Ms. Nipper and Ms. Vickers, as my ORR #4, so this will be my 5th request.

Under the Georgia Open Records Law, I am requesting the following records from Coffee County, to be supplied in electronic format within 3 business days:

**1. All communications with IT contractors since October 5, 2023, concerning the potential for recovery of the emails from Ms. Hampton's former desktop computer or from copies of electronic files prior to GBI seizing of the desktop.**

Please let me know if there are any fees for searching or copying these records, and inform me if the cost will exceed $20.

If you deny any or all of this request, please describe each record withheld, and cite each specific exemption on which you base your denial of the information.

Thank you very much for your continued assistance.
Aileen Nakamura