*Plaintiffs' Motion to Compel Compliance with Subpoena to Produce Documents*

# EXHIBIT 26

```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION


DONNA CURLING, ET AL.,         :
                               :
        PLAINTIFFS,            :
vs.                            :  DOCKET NUMBER
                               :  1:17-CV-2989-AT
BRAD RAFFENSPERGER, ET AL.,    :
                               :
        DEFENDANTS.            :
```

TRANSCRIPT OF TELEPHONE CONFERENCE PROCEEDINGS

BEFORE THE HONORABLE AMY TOTENBERG

UNITED STATES DISTRICT SENIOR JUDGE

JUNE 7, 2022

5:17 P.M.

*MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

*TRANSCRIPT PRODUCED BY:*

OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
                                2394 UNITED STATES COURTHOUSE
                                75 TED TURNER DRIVE, SOUTHWEST
                                ATLANTA, GEORGIA  30303
                                (404) 215-1383

```
 1            A P P E A R A N C E S   O F   C O U N S E L
 2

 3   FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY
     SCHOENBERG:
 4

 5        DAVID D. CROSS
          MORRISON & FOERSTER, LLP
 6
          ADAM M. SPARKS
 7        HALSEY G. KNAPP
          KREVOLIN & HORST, LLC
 8

 9

10   FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES,
     WILLIAM DIGGES, III, AND RICARDO DAVIS:
11

12        ROBERT ALEXANDER McGUIRE, III
          ROBERT McGUIRE LAW FIRM
13
          RUSSELL T. ABNEY
14        WATTS GUERRA LLP

15

16   FOR THE STATE OF GEORGIA DEFENDANTS:

17
          VINCENT ROBERT RUSSO, JR.
18        CAREY A. MILLER
          JOSHUA B. BELINFANTE
19        ALEXANDER F. DENTON
          JAVIER PICO-PRATS
20        ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC

21
          BRYAN P. TYSON
22        BRYAN JACOUTOT
          DIANE F. LAROSS
23        TAYLOR ENGLISH DUMA

24

25
```

1  sort of prosecuting or taking action or that there is some
2  formal litigation-type proceeding.
3       But oftentimes these complaints are -- can be as
4  simple as an email of an allegation from a voter that is then
5  turned over to the elections division to investigate.  So it is
6  not as though the complainant then is prosecuting the matter or
7  that there is a complaint that is active throughout the
8  entirety of it.
9       THE COURT:  All right.  Well, I understand that
10 the -- as a whole that the State has a process here.  And I'm
11 not trying to jump into the middle of that process.
12      At the same time, the results of some of these or the
13 nature of them are relevant.  So I'm trying to take it bit by
14 bit.  But I don't think, you know -- when the whole business
15 about Coffee County first came up, I was bewildered by what it
16 was about.  It has become a lot more clear over time.
17      And, you know, just relative to the plaintiffs, I
18 will say that if you are having -- if there is something you
19 want to bring out you still -- because of the way the State
20 has, you know, proceeded on this in a confidential manner and
21 that it is not ready to be disclosed yet -- I mean, I'm
22 expecting I am going to get and you are going to get the dates
23 of any original filing, any amendment, anything like that
24 because that should not be -- that should be completely
25 accessible.

1    But, you know, you are, of course, welcome to take
2  the deposition of anyone you want who has knowledge as to
3  Coffee County. And I am not trying to encourage you to go too
4  far afield because it still is -- you know, we've got lots of
5  wildcat situations all over the place.
6    And I'm not sure the great relevance other than
7  ultimately also what was done by the State to deal with the
8  possibility that the software was shared in some other way with
9  other people, which was, of course, of great concern. But --
10    MR. TYSON: Your Honor, this is Bryan Tyson. Let me
11  add one point.
12    I think it is also probably relevant for the Court to
13  be aware: This isn't the only allegation Mr. Hall has made
14  regarding the 2020 election. He has made allegations about
15  Fulton County votes. He has made allegations about other areas
16  in the state too. Some of that is in his testimony to the
17  state senate committee in December of 2020.
18    So, again, I think that's the allegations we have
19  right now.
20    THE COURT: Yeah.
21    MR. CROSS: Your Honor, this is David Cross.
22    If I could, I will say the allegations on Coffee
23  County go well beyond Mr. Hall. I don't know if you ever saw
24  the article by Daily Beast or have actually seen the text
25  messages.

```
 1                      C E R T I F I C A T E
 2
 3   UNITED STATES OF AMERICA
 4   NORTHERN DISTRICT OF GEORGIA
 5
 6         I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of
 7   the United States District Court, for the Northern District of
 8   Georgia, Atlanta Division, do hereby certify that the foregoing
 9   64 pages constitute a true transcript of proceedings had before
10   the said Court, held in the City of Atlanta, Georgia, in the
11   matter therein stated.
12         In testimony whereof, I hereunto set my hand on this, the
13   8th day of June, 2022.
14
15
16
17                           _____
                             SHANNON R. WELCH, RMR, CRR
18                           OFFICIAL COURT REPORTER
                             UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
```