FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2023 OCT 24  A 8: 56
CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>**Defendant.** | **Civil Action No. MC523-001**<br><br>**In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT** |

**PLAINTIFFS' EMERGENCY MOTION TO EXPEDITE
CONSIDERATION OF MOTION TO
COMPEL COMPLAINCE WITH SUBPOENAS TO
PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

Plaintiffs and Movants Coalition for Good Governance ("CGG") and

Donna Curling hereby respectfully move the Court on an emergency basis

to expedite consideration of Plaintiffs' Motion to Compel Compliance with

Subpoenas to Produce Documents, Information, or Objects (the "Motion"),

submitted contemporaneously herewith, showing the Court as follows:

1. Movants bring this action to enforce two Subpoenas to Produce

   Documents, Information, or Objects and to Permit Inspection of

1

Premises in a Civil Action (the "Subpoenas") issued by the United States District Court for the Northern District of Georgia, Atlanta Division in *Curling, et al. v. Raffensperger, et al.*, No. 1:17-CV-2989-AT ("*Curling*"). One document subpoena was served by the "Coalition Plaintiffs," including CGG, on July 25, 2022. (Motion, Exhibit 1). A related document subpoena was served by the "Curling Plaintiffs," including Donna Curling, on June 15, 2022. (Motion, Exhibit 2). Both Subpoenas were served on the Coffee County Board of Elections and Registration (CCBOER) in the Southern District of Georgia, and counsel for all parties began frequent negotiations and conferrals.

2. Movants are Plaintiffs in the *Curling* case. In *Curling*, the Plaintiffs seek, among other relief, to enjoin the Defendants (state and county election officials) from "forcing in-person voters to use ballot marking devices ('BMDs') and instead cause voters to use hand-marked paper ballots as the standard method for in-person voting." (*Curling*, Doc. 964 at 2). Plaintiffs allege that the BMD system, manufactured by Dominion Voting Systems, including its software design, "undermine the integrity, security, and functionality of the voting system and in

turn, adversely impact whether citizens' votes will be counted as intended or counted at all." (*Id.*, at 29).

3. The trial in *Curling* is currently set for January 9, 2024, and an Order establishing a pretrial schedule and a schedule of tasks that must be completed by the parties before trial was issued by the Court on October 23, 2023. (*Curling*, Doc. 1700). A true and correct copy of said Order is attached hereto as **Exhibit "A."**

4. The *Curling* parties are required to exchange proposed exhibit lists on November 3, 2023, and finalize exhibit lists on December 1, 2023.

5. While it seems unlikely that Movants will have access to the documents and electronically stored information (ESI) they seek through the Motion before exchanging proposed exhibit lists, counsel expects that, given their diligence in seeking these highly relevant materials and CCBOER's repeated refusals to search for or produce them, *see generally* Motion to Compel Compliance, the *Curling* Court will accommodate Movants with respect to documents produced through this process.

6. Nonetheless, it is imperative that Movants move as swiftly as possible in gathering relevant and responsive documents, necessitating this Motion.

WHEREFORE, Movants CGG and Curling pray that this Court grant their Emergency Motion to Expedite and require Defendant CCBOER to file a response to the same within seven (7) days of service of the same and that the Motion to Compel be granted as soon as possible.

Respectfully submitted this 23rd day of October, 2023.

> */s/ Cary Ichter*
> CARY ICHTER
> Georgia Bar No. 382515
> cichter@ichterdavis.com
> **ICHTER DAVIS LLC**
> 400 Interstate Parkway North, SE
> Suite 860
> Atlanta, Georgia 30339
> (404) 869-7600
>
> and
>
> */s/ Bruce P. Brown*
> BRUCE P. BROWN
> Georgia Bar No. 064460
> bbrown@brucepbrownlaw.com
> **BRUCE P. BROWN LAW LLC**
> 1123 Zonolite Rd. NE
> Suite 6

4

Atlanta, Georgia 30306
(404) 881-0700

*Attorneys for Coalition for Good Governance*

and

*/s/ Halsey G. Knapp, Jr.*
HALSEY G. KNAPP, JR.
Georgia Bar No. 425320
hknapp@khlawfirm.com
**KREVOLIN & HORST, LLC**
1201 West Peachtree Street, NW
Suite 3250
Atlanta, Georgia 30309
(404) 888-9700

*Attorneys for Donna Curling*

5

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, I caused a copy of the foregoing **PLAINTIFFS' EMERGENCY MOTION TO EXPEDITE CONSIDERATION OF MOTION TO COMPEL COMPLAINCE WITH SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** to be served on Defendant Coffee County Board of Elections and Registration by sending a PDF of same via electronic mail to its counsel as follows:

Jennifer Dorminey Herzog, Esq. (jherzog@hallboothsmith.com)

Benjamin M. Perkins, Esq. (bperkins@olivermaner.com)

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
cichter@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate Parkway North, SE
Suite 860
Atlanta, Georgia 30339
Tel.: 404.869.7600
Fax: 404.602-0037

*Counsel for Plaintiff Coalition for Good Governance*

6

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|                              |   |                    |
|------------------------------|---|--------------------|
|                              | : |                    |
|                              | : |                    |
| DONNA CURLING, *et al.*,     | : |                    |
|                              | : |                    |
|    Plaintiffs,| : |                    |
|                              | : | CIVIL ACTION NO.   |
| v.                           | : | 1:17-cv-2989-AT    |
|                              | : |                    |
| BRAD RAFFENSPERGER, *et al.*,| : |                    |
|                              | : |                    |
|    Defendants.| : |                    |

### ORDER

Before the Court is Plaintiffs' Motion for Entry of a Pretrial Schedule. [Doc. 1699]. Given the pressing timeline ahead for all counsel, as well as their own trial schedules, the Court provides this immediate response to the Plaintiffs' Motion, which is **GRANTED** in part and **DENIED** in part.

The Court **DIRECTS** the parties to follow the below schedule to complete their trial preparations, in the event the Court denies the pending motions for summary judgment. Adjustments may be made to the schedule, as necessary. In the event the Court grants summary judgment, the below schedule will be deemed moot.

Regarding the first Case Event on Plaintiffs' proposed schedule ("Status hearing regarding the pending DRE-related fee requests as well as pending summary judgment motions"), the Court declines to hold a hearing on those two

items at this juncture. Suffice it to say, the Court is focused on finalizing its Order

on the Motion for Summary Judgment.

| Case Event | Deadline |
|---|---|
| Parties to meet and confer regarding anticipated motions *in limine* | Tuesday, October 24, 2023 |
| Parties to exchange proposed detailed witness lists | Friday, October 27, 2023 |
| Parties to exchange proposed trial exhibit lists | Friday, November 3, 2023 |
| Parties to exchange deposition designations | Monday, November 13, 2023 |
| Parties to exchange lists of: (i) objections to exhibits, (ii) objections to deposition designations, (iii) deposition counter-designations, and (iv) counter- exhibits | Monday, November 20, 2023 |
| Parties to exchange objections to deposition counter-designations | Tuesday, November 28, 2023 (by noon) |
| Parties to meet and confer to narrow any objections to any pretrial submissions | Friday, December 1, 2023 |
| Parties to finalize joint witness list, joint exhibit list, and joint deposition designation list and provide any notice regarding witness availability | Friday, December 1, 2023 |
| Joint witness list, joint exhibit list, and joint deposition designation list filed with Court | Monday, December 4, 2023 |
| Motions *in limine* filed with Court | Monday, December 11, 2023 |

| Case Event | Deadline |
|---|---|
| Counsel should proceed to schedule a mutually acceptable date and time for a conference together for the purpose of working on a proposed pretrial order that shall be due no later than November 28, 2023. This conference (solely between counsel) | Tuesday, December 12, 2023 |
| Final meet and confer regarding settlement | Wednesday, December 13, 2023 |
| Pretrial Conference | Friday, December 15, 2023 – with follow-up conferences to occur, as necessary |
| Responses to motions *in limine* filed with Court | Monday, December 18, 2023 |
| Replies to motions *in limine* filed with Court | Friday, December 22, 2023 |
| Trial begins | Tuesday, January 9, 2024 |

**IT IS SO ORDERED** this 13th day of October 2023.

**Honorable Amy Totenberg**
**United States District Judge**

3