IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>Plaintiffs,<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

## ACKNOWLEDGMENT AND PROOF OF SERVICE

The undersigned, counsel for Defendant Coffee County Board of Elections and Registration, hereby acknowledges due and legal service of *Plaintiffs' Motion to Compel Compliance with Subpoenas to Produce Documents, Information, or Objects* and *Plaintiffs' Emergency Motion to Expedite Consideration of Motion to Compel Compliance with Subpoenas to Produce Documents, Information, or Objects* (collectively, "Motions") filed in the above-styled matter. Defendant expressly waives all other service of the Motions. Service is deemed complete as of October 24, 2023.

1

| | **OLIVER MANER LLP** |
|---|---|
| | */s/ Benjamin M. Perkins* |
| Oliver Maner LLP | BENJAMIN M. PERKINS |
| 218 West State Street | Georgia Bar No. 140997 |
| P.O. Box 10186 | WES P. RAHN |
| Savannah, GA 31412 | Georgia Bar No. 609391 |
| (912) 236-3311 | |
| bperkins@olivermaner.com | *Attorneys for Defendant Coffee County Board of Elections and Registration* |
| wrahn@olivermaner.com | |

| | **HALL BOOTH SMITH, P.C.** |
|---|---|
| | */s/ Jennifer D. Herzog* |
| | JENNIFER D. HERZOG |
| | Georgia Bar No. 109696 |
| | TONY ROWELL |
| | Georgia Bar No. 616930 |
| | NICHOLAS A. KINSLEY |
| | Georgia Bar No.: 273862 |
| | |
| | *Counsel for Coffee County Board of Elections & Registration* |
| 1564 King Road | |
| Tifton Georgia 31793 | |
| (229) 382-0515 | |
| Email: jherzog@hallboothsmith.com | |
| Email: nkinsley@hallboothsmith.com | |