IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, and DONNA CURLING, <br><br> Plaintiffs, <br><br> v. <br><br> COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION, <br><br> Defendant. | CASE NO.: 5:23-mc-1 |

**O R D E R**

Plaintiffs filed an Emergency Motion to Expedite Consideration of Motion to Compel Compliance With Subpoenas to Produce Documents, Information, or Objects. Doc. 2. Plaintiffs ask the Court to expedite its consideration of Plaintiffs' motion to compel compliance with subpoenas to produce documents, information, or objects and to permit inspection, doc. 1, issued by the District Court for the Northern District of Georgia. Doc. 2 at 1–2. Plaintiffs note that court has set the underlying civil action for trial on January 9, 2024, and has issued a pretrial tasks schedule. Id. at 3.

Upon review, the Court **GRANTS** Plaintiffs' Motion to Expedite. The Court directs Defendant to respond to Plaintiffs' motion to compel **on or before November 2, 2023**. Upon receipt of Defendant's response, I will consider Plaintiffs' motion in due course.

**SO ORDERED**, this 26th day of October, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA