IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>**Defendant.** | **Civil Action No. 5:23-mc-00001-LGW-BWC**<br><br>**In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT** |

## NOTICE OF APPEARANCE OF WILLIAM DANIEL DAVIS

William Daniel Davis of the law firm Ichter Davis LLC, located at 400 Interstate N. Pkwy, SE, Suite 860, Atlanta, Georgia 30326 hereby makes an entry of appearance in the above-styled action on behalf of the Plaintiff, Coalition for Good Governance. The Clerk of this Court and all other counsel of record are requested to serve the undersigned counsel with any further notices, pleadings, or other documents concerning this case.

Respectfully submitted this 27th day of October, 2023.

/s/ William Daniel Davis
WILLIAM DANIEL DAVIS
Georgia Bar No. 746811
ddavis@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate Parkway North, SE
Suite 860
Atlanta, Georgia 30339
(404) 869-7600

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 27, 2023, I caused notification of the filing and service of the foregoing to be made on counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

Respectfully submitted,

*/s/ William Daniel Davis*
William Daniel Davis
Georgia Bar No. 746811
**ICHTER DAVIS LLC**

*Counsel for Plaintiff Coalition for Good Governance*