# United States District Court
## Southern District of Georgia

Coalition for Good Governance and Donna Curling,
Plaintiff

v. Coffee County Board of Elections and Registration,
Defendant

Case No. 5:23-mc-00001

Appearing on behalf of: _____

Coalition for Good Governance

(Plaintiff/~~Defendant~~)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, **Cary Ichter** hereby requests permission to appear pro hac vice in the subject case filed in the **Waycross** Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, **Northern District of Georgia**. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates **William Daniel Davis** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This **27th** day of **October**, **2023**.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **William Daniel Davis**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This **27th** day of **October**, **2023**.

| | |
|---|---|
| 746811 | _____ |
| Georgia Bar Number | Signature of Local Counsel |
| (404) 869-7600 | Ichter Davis LLC (Law Firm) |
| Business Telephone | 400 Interstate N. Pkwy, SE, Suite 860 (Business Address) |
| | Atlanta, Georgia 30326 (City, State, Zip) |
| | (Mailing Address) |
| | ddavis@ichterdavis.com (Email Address) |