

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
                               } ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **CARY ICHTER, State Bar No. 382515,** was duly admitted to practice in said Court on October 15, 1984, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of October, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: *Stephanie Wilson-Bynum*
Stephanie Wilson-Bynum
Deputy Clerk