**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>Plaintiffs,<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE:
LIST OF CASES IN WHICH CARY ICHTER HAS PREVIOUSLY
APPEARED BEFORE THE COURT**

1. *Paschall et al v. Salem Nursing & Rehav Center of Augusta, Inc. et al.*
   1:15-cv-00167-JRH
   Appeared as Court Appointed Settlement Administrator

2. *Adrian Jenkins v. Officer Davis*
   1:18-cv-00140-JRH-BKE
   Appeared as Counsel for Plaintiff

Respectfully submitted this 27th day of October, 2023.

                                        */s/ Cary Ichter*
                                        CARY ICHTER
                                        Pro Hac Vice Pending
                                        Georgia Bar No. 382515

cichter@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate Parkway North, SE
Suite 860
Atlanta, Georgia 30339
(404) 869-7600