# United States District Court
## Southern District of Georgia

Coalition for Good Governance and Donna Curling,

_____
Plaintiff

v.

Coffee County Board of Elections and Registration,

_____
Defendant

Case No. _____5:23-mc-00001_____

Appearing on behalf of

_____Coalition for Good Governance_____
(Plaintiff/~~Defendant~~)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Cary Ichter |
| Business Address: | Ichter Davis LLC — Firm/Business Name |
| | 400 Interstate N. Pkwy, SE, Suite 860 — Street Address |
| | Street Address (con't) |
| | Atlanta / GA / 30326 — City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (404) 869-7600 — Telephone Number (w/ area code) |
| | 382515 — Georgia Bar Number |
| Email Address: | cichter@ichterdavis.com |