# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| Coalition for Good Governance and Donna Curling | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:23-mc-00001 |
| Coffee County Board of Elections and Registration | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Georgia Bureau of Investigations

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Please see attached Exhibit A

| Place: Oliver Maner LLP<br>218 West State Street<br>Savannah, GA 31401 | Date and Time:<br><br>11/30/2023 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/30/2023

_____  OR  _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*
CLERK OF COURT

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Coffee County Board of Elections and Registration
Benjamin M. Perkins, Oliver Maner LLP, 218 West State Street, Savannah GA 31401, bperkins@olivermaner.com 912-236-3311

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Exhibit A

1. The content of the thumb drive containing Georgia Bureau of Investigation data folder 41-0046-39-23_CC57146.E01 which is referenced in Special Agent Christopher Baldwin's Investigative Summary dated August 4, 2023 (reference GBI case file 46-0001-42-23 at document reference number 956715).

2. All records of Coffee County, Georgia in your possession, including all emails sent to or from Misty Hampton.

3. All records of the Coffee County, Georgia Board of Elections and Registration, including all emails sent to or from Misty Hampton.

4. The content of the computer obtained by the Georgia Bureau of Investigation from Coffee County, Georgia and/or the Coffee County, Georgia Board of Elections and Registration on or about June 12, 2023.

5. The content of any computer obtained by the Georgia Bureau of Investigation from Misty Hampton.