IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division,<br>Civil Action File No. 1:17-CV-2989-AT |

### NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS IN A CIVIL ACTION ON NON-PARTY FULTON COUNTY DISTRICT ATTORNEY'S OFFICE

YOU are hereby notified, pursuant to Rule 45 of the Federal Rules of Civil Procedure that Defendant Coffee County Board of Elections and Registration will proceed to serve on the Fulton County Attorney's Office, a subpoena commanding the production of documents, information or objects on a non-party. A copy of said subpoena is attached hereto as Exhibit "A".

This 30th day of October, 2023.

OLIVER MANER LLP

 */s/ Benjamin M. Perkins*

Oliver Maner LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
bperkins@olivermaner.com
wrahn@olivermaner.com

BENJAMIN M. PERKINS
Georgia Bar No. 140997
WES P. RAHN
Georgia Bar No. 60391

*Attorneys for Defendant Coffee County Board of Elections and Registration*

1

        **HALL BOOTH SMITH, P.C.**
        JENNIFER D. HERZOG
        Georgia Bar No. 109696
        TONY ROWELL
        Georgia Bar No. 616930
        NICHOLAS A. KINSLEY
        Georgia Bar No.: 273862

        *Counsel for Coffee County*
        *Board of Elections & Registration*

1564 King Road
Tifton Georgia 31793
(229) 382-0515
Email: jherzog@hallboothsmith.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused electronic notification of filing and service of the foregoing to be made upon counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

This 30th day of October, 2023.

|  |  |
|---|---|
| | **OLIVER MANER LLP** |
| | /s/ Benjamin M. Perkins |
| Oliver Maner LLP | BENJAMIN M. PERKINS |
| 218 West State Street | Georgia Bar No. 140997 |
| P.O. Box 10186 | WES P. RAHN |
| Savannah, GA 31412 | Georgia Bar No. 60391 |
| (912) 236-3311 | |
| bperkins@olivermaner.com | *Attorneys for Defendant Coffee* |
| wrahn@olivermaner.com | *County Board of Elections and Registration* |
| | |
| | **HALL BOOTH SMITH, P.C.** |
| | JENNIFER D. HERZOG |
| | Georgia Bar No. 109696 |
| | TONY ROWELL |
| | Georgia Bar No. 616930 |
| | NICHOLAS A. KINSLEY |
| | Georgia Bar No.: 273862 |
| | |
| | *Counsel for Coffee County Board of Elections & Registration* |
| 1564 King Road | |
| Tifton Georgia 31793 | |
| (229) 382-0515 | |
| Email: jherzog@hallboothsmith.com | |