# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Coalition for Good Governance and Donna Curling )
               *Plaintiff* )
               v. )   Civil Action No. 5:23-mc-00001
Coffee County Board of Elections and Registration )
             *Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Fulton County District Attorney's Office

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Please see attached Exhibit A

| Place: Oliver Maner LLP<br>218 West State Street<br>Savannah, GA 31401 | Date and Time:<br>11/30/2023 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/30/2023

CLERK OF COURT

                           OR  */s/ Benjamin Perkins*

*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Coffee County Board of Elections and Registration , who issues or requests this subpoena, are:
Benjamin M. Perkins, Oliver Maner LLP, 218 West State Street, Savannah GA 31401, bperkins@olivermaner.com 912-236-3311

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Exhibit A

1. All records of Coffee County, Georgia in your possession, including all emails sent to or from Misty Hampton.

2. All records of the Coffee County, Georgia Board of Elections and Registration, including all emails sent to or from Misty Hampton.

3. The content of any computer obtained by the Georgia Bureau of Investigation from Coffee County, Georgia and/or the Coffee County, Georgia Board of Elections and Registration.

4. The content of any computer obtained by the Georgia Bureau of Investigation from Misty Hampton. For reference, these records have been referenced by the media in connection with reporting on State v Donald Trump et al 23SC188947. The records were also referenced in a brief filed on behalf of Sidney Powell in that litigation.