# United States District Court
## Southern District of Georgia

Coalition for Good Governance and Donna Curling,

Plaintiff

v. Coffee County Board of Elections and Registration,

Defendant

Case No. 5:23-mc-00001

Appearing on behalf of: Coalition for Good Governance

(Plaintiff/~~Defendant~~)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Bruce Perrin Brown__ hereby requests permission to appear pro hac vice in the subject case filed in the __Waycross__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Northern District of Georgia__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __William Daniel Davis__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __27th__ day of __October__, 2023.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __William Daniel Davis__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __31st__ day of __October__, 2023.

__746811__
Georgia Bar Number

__(404) 869-7600__
Business Telephone

_____
Signature of Local Counsel

Ichter Davis LLC (Law Firm)
400 Interstate N. Pkwy, SE, Suite 860 (Business Address)
Atlanta, Georgia 30339 (City, State, Zip)
_____ (Mailing Address)
ddavis@ichterdavis.com (Email Address)