

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA           }
                                                } ss.

NORTHERN DISTRICT OF GEORGIA     }

        I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

        **DO HEREBY CERTIFY** that **BRUCE P. BROWN, State Bar No. 064460,** was duly admitted to practice in said Court on February 23, 1987, and is in good standing as a member of the bar of said Court.

        Dated at Atlanta, Georgia, this 27th day of October, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: _Stephanie WB_

Stephanie Wilson-Bynum
Deputy Clerk