**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>Plaintiffs,<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE:**
**LIST OF CASES IN WHICH BRUCE P. BROWN HAS PREVIOUSLY**
**APPEARED BEFORE THE COURT**

1. *Thompson Building Wrecking Company, Inc., et al. v. Augusta, Georgia*
   1:07-cv-00019-BAE-WLB
   Appeared as counsel for Defendant

2. *Thompson Building Wrecking Company, Inc. v. Augusta, Georgia*
   1:09-cv-00115-JRH-WLB
   Appeared as counsel for Defendant

3. *High Point, LLLP v. The United States Park Service, et al.*
   2:12-cv-00095-LGW-RSB
   Appeared as counsel for Plaintiff

4. *First American of GA, et al. v. Intl. Business*
   2:93-cv-00143-AAA
   Appeared as counsel for Counter Claimant

5. *Pembroke Telephone v. Wireless Comm., et al.*
   4:91-cv-00306-BAE
   Appeared as counsel for Intervenor Plaintiff