# United States District Court
## *Southern District of Georgia*

Coalition for Good Governance and
Donna Curling,

_____

Plaintiff

**v.**

Coffee County Board of Elections
and Registration,

_____

Defendant

Case No. _____5:23-mc-00001_____

Appearing on behalf of

Coalition for Good Governance
_____

(Plaintiff/~~Defendant~~)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission
*pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in
the United States District Court for the Southern District of Georgia in the
subject case is **GRANTED**.

This _____ day of _____ , _____ .



_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:     Bruce Perrin Brown
_____

Business Address:       Bruce P. Brown Law LLC
_____
Firm/Business Name

1123 Zonolite Road NE
_____
Street Address

| Suite 6 | Atlanta | GA | 30306 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (404) 386-6856 | | 064460 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:     bbrown@brucepbrownlaw.com
_____