# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANACE and DONNA CURLING, <br> Plaintiffs, <br><br> v. <br><br> COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, <br><br> Defendant. | Civil Action No. 5:23-mc-0001-LGW-BWC |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, **ANTHONY A. ROWELL**, of the law firm Hall Booth Smith, P.C., 1564 King Road, Tifton, Georgia 31793, pursuant to L.R. 83.6(c), S.D. GA, and advises the Court and Plaintiffs of his appearance as counsel on behalf of Defendant Coffee County Board of Elections and Registration and that he is a member in good standing with the State Bar of Georgia and admitted to practice in the United States District Court for the Southern District of Georgia. The undersigned counsel requests that notice of court appearances, motions, pleadings, and filings be served upon the undersigned.

Respectfully submitted this 1st day of NOVEMBER, 2023.

        **HALL BOOTH SMITH, P.C.**

        */s/ Anthony A. Rowell*
        ANTHONY A. ROWELL
        Georgia Bar No. 616930
        JENNIFER D. HERZOG
        Georgia Bar No. 109696
        NICHOLAS A. KINSLEY
        Georgia Bar No.: 273862

        *Counsel for Coffee County*
        *Board of Elections & Registration*

1564 King Road
Tifton Georgia 31793
(229) 382-0515
Email: jherzog@hallboothsmith.com
Email: nkinsley@hallboothsmith.com
Email: arowell@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| COALITION FOR GOOD GOVERNANACE and DONNA CURLING, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5:23-mc-0001-LGW-BWC |
| v. | ) ) | |
| COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 1st day of NOVEMBER, 2023, served a copy of the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** upon all Counsel of Record via CM/ECF, via statutory electronic service and by placing a copy of same in the United States Mail, in an envelope with adequate postage affixed thereon to ensure delivery, as follows:

Halsey G. Knapp, Jr., Esq.
Krevolin & Horst, LLC
One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
hknapp@khlawfirm.com

Cary Ichter, Esq.
Ichter Davis, LLC
400 Interstate Parkway North, SE
Suite 860
Atlanta, GA 30339
cichter@ichterdavis.com

3

Bruce P. Brown, Esq.
Bruce P. Brown Law, LLC
1123 Zonolite Rd., NE
Suite 6
Atlanta, GA 30306
bbrown@brucepbrownlaw.com

1564 King Road
Tifton Georgia 31793
(229) 382-0515
Email: jherzog@hallboothsmith.com
Email: nkinsley@hallboothsmith.com
Email: arowell@hallboothsmith.com

**HALL BOOTH SMITH, P.C.**

/s/ *Anthony A. Rowell*
ANTHONY A. ROWELL
Georgia Bar No. 616930
JENNIFER D. HERZOG
Georgia Bar No. 109696
NICHOLAS A. KINSLEY
Georgia Bar No.: 273862

*Counsel for Coffee County*
*Board of Elections & Registration*