# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA
### John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

### NOTICE of FILING DEFICIENCY

To: Jennifer D. Herzog                     Date: 11/1/2023

Case: 5:23-mc-001                          Party: Coffee County Board of Elections a

Your pleading,  Notice of Appearance (doc. 13)                                    ,

was filed on  11/01/23        , but remains deficient in the area(s) checked below:


[ ☐ ] No actions required (Informative Only)       or       [ ☒ ] Corrective Actions Required

☐   1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐   2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐   3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☒   4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐   5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐   6. Motion is not in compliance with Local Rules.

     ☐   a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)

     ☐   b. No good faith document was submitted. (L.R. 26.5)

     ☐   c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)

     ☐   d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐   7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐   8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☐   9. Other:


If action is required, after 14 days of noncompliance a notice will be
submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  /s/Candy Asbell

Deputy Clerk