**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | | |
|---|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING, | ) ) ) ) | |
| | ) | Civil Action No. 5:23-mc-00001-LGW-BWC |
| Plaintiffs, | ) | |
| | ) | In RE Subpoenas issued by the United States |
| v. | ) | District Court For the Northern District of |
| | ) | Georgia, Atlanta Division, Civil Action No. |
| COFFEE COUNTY BOARD OF | ) | 1:17-CV-2989-AT |
| ELECTIONS AND REGISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Wes P. Rahn of the law firm Oliver Maner LLP and hereby enters his appearance as counsel of record on behalf of Defendant Coffee County Board of Elections and Registration in the above-styled case. The Clerk of this Court and all other counsel of record are requested to serve the undersigned counsel with any further notices, pleadings, or other documents concerning this case.

This 1st day of November, 2023.

Respectfully submitted,

OLIVER MANER LLP

*/s/ Wes P. Rahn*

Oliver Maner LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
wrahn@olivermaner.com

WES P. RAHN
Georgia Bar No. 609391

*Attorneys for Defendant Coffee County
Board of Elections and Registration*

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused electronic notification of filing and service of the foregoing to be made upon counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

This 1st day of November, 2023.

Respectfully submitted,

OLIVER MANER LLP

*/s/ Wes P. Rahn*
WES R. RAHN
Georgia Bar No. 609391

Oliver Maner LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
wrahn@olivermaner.com

*Attorneys for Defendant Coffee County*
*Board of Elections and Registration*