# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANACE and DONNA CURLING,<br>    Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br>    Defendant. | Civil Action No. 5:23-mc-0001-LGW-BWC |

## NOTICE OF FILING CORRECTED SIGNATURE PAGE

COMES NOW, **JENNIFER D. HERZOG**, of the law firm Hall Booth Smith, P.C., 1564 King Road, Tifton, Georgia 31793, and files this Notice of Filing Corrected Signature Page to correct the Notice of Appearance filed previously.

Respectfully submitted this 1st day of NOVEMBER, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/Jannifer D. Herzog*
JENNIFER D. HERZOG
Georgia Bar No. 109696
NICHOLAS A. KINSLEY
Georgia Bar No.: 273862
ANTHONY A. ROWELL
Georgia Bar No. 616930

1

1564 King Road
Tifton Georgia 31793
(229) 382-0515
Email: jherzog@hallboothsmith.com
Email: nkinsley@hallboothsmith.com
Email: arowell@hallboothsmith.com

*Counsel for Coffee County*
*Board of Elections & Registration*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>    Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>    Defendant. | Civil Action No. 5:23-mc-0001-LGW-BWC |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this 1st day of NOVEMBER, 2023, served a copy of the within and foregoing **NOTICE OF FILING CORRECTED SIGNATURE PAGE** upon all Counsel of Record via CM/ECF, via statutory electronic service and by placing a copy of same in the United States Mail, in an envelope with adequate postage affixed thereon to ensure delivery, as follows:

Halsey G. Knapp, Jr., Esq.
Krevolin & Horst, LLC
One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
hknapp@khlawfirm.com

Cary Ichter, Esq.
Ichter Davis, LLC
400 Interstate Parkway North, SE
Suite 860
Atlanta, GA 30339
cichter@ichterdavis.com

Bruce P. Brown, Esq.
Bruce P. Brown Law, LLC
1123 Zonolite Rd., NE
Suite 6
Atlanta, GA 30306
bbrown@brucepbrownlaw.com

 

**HALL BOOTH SMITH, P.C.**

*/s/Jennifer D. Herzog*
JENNIFER D. HERZOG
Georgia Bar No.: 109696

*Counsel for Coffee County*
*Board of Elections & Registration*

1564 King Road
Tifton Georgia 31793
(229) 382-0515
Email: jherzog@hallboothsmith.com
Email: nkinsley@hallboothsmith.com
Email: arowell@hallboothsmith.com