# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERK'S MINUTES

**CASE NO. 5:23-mc-1**                               **DATE:  11/1/2023**

**TITLE: Coalition for Good Governance, et al. v. Coffee County Board of Elections and Registration**

**HONORABLE BENJAMIN W. CHEESBRO**     **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWK-CHAMBERS**     **TIME: 3:30--4:15**     **TOTAL: 45 min.**

| **MOVING PARTY:** | **COUNSEL:** |
|---|---|
| Coalition for Good Governance | Cary Ichter |
| Donna Curling | Halsey G. Knapp, Jr. |

| **RESPONDING PARTY:** | **COUNSEL:** |
|---|---|
| Coffee County Board of Elections and Registration | Benjamin Mason Perkins |
| | Jennifer Dorminey Herzog |
| | Nicholas A. Kinsley |
| | Wes Parker Rahn |

**TELEPHONIC STATUS CONFERENCE**

**Telephonic status conference held pursuant to request from counsel for the responding party, Mr. Perkins.**
**Court reviews current motion and response deadline (11/2/2023).**
**Court hears from parties.**
**The dispute concerns information on responding party's desktop computer, currently in possession of the GBI; information stored on a silver laptop, possibly owned by the former Coffee County Election Supervisor, Misty Hampton; other items Plaintiffs subpoenaed from responding party; and a privilege log from responding party.**
**Responding party has served a subpoena on the GBI for information on desktop computer.**
**Responding party has no concerns about issuing a subpoena to Misty Hampton for any documents owned by the Board of Elections.**
**Plaintiffs are willing to make a list of other subpoena items they are concerned about.**
**Court lays out conferral step process on the discovery issue topics and orders parties to file a joint status report on the disputes with the Court by 11/8/2023.**
**Court stays the response deadline on Motion to Compel at this time to allow additional conferral.**