UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

CASE NO. 5:23-mc-1                                                              DATE: 11/15/2023

TITLE: Coalition for Good Governance, et al. v. Coffee County Board of Elections and Registration

HONORABLE BENJAMIN W. CHEESBRO     COURTROOM DEPUTY: KIM MIXON

COURT REPORTER: BWC-CHAMBERS    TIME: 1:30-2:33    TOTAL: 1 hr./3 min.

| MOVING PARTY: | COUNSEL: |
|---|---|
| Coalition for Good Governance | Bruce P Brown |
|  | Cary Ichter |
| Donna Curling | Halsey G. Knapp, Jr. |

| RESPONDING PARTY: | COUNSEL: |
|---|---|
| Coffee County Board of Elections and Registration | Benjamin Mason Perkins |
|  | Jennifer Dorminey Herzog |
|  | Wes Parker Rahn |

TELEPHONIC STATUS CONFERENCE

Telephonic status conference held to discuss ongoing discovery dispute.
The dispute concerns information on responding party's desktop computer, currently in possession of the GBI; information stored on a silver laptop, possibly owned by the former Coffee County Election Supervisor, Misty Hampton; other items Plaintiffs subpoenaed from responding party; and a privilege log from responding party.
Responding party has served a subpoena on the GBI for information on desktop computer.
Court has received the parties' Joint Status Report.
Court hears from parties.
Mr. Ichter states subpoena has been served on Ms. Hampton. Mr. Ichter contends that the laptop in question is not the personal laptop of Ms. Hampton.
Mr. Perkins states there is no evidence that the laptop was assigned to Ms. Hampton by the County, i.e., no tagging, evidence of inventory assignment, etc.
Mr. Ichter states Ms. Hampton does not have the laptop that the defense is looking for.
Responding party claims there is video of Ms. Hampton using a silver laptop.
Responding party still exploring the renewing search effort of the laptop.

**Parties are to confer on the possibility of proposed declarations by county officials regarding the laptop.**

**As to privilege log, this matter remains unresolved and not ripe for a ruling by the Court at this time. Parties are to continue to confer on any objections to the privilege log.  Court directs counsel for Responding Party to respond to the portion of the Motion to Compel regarding the privilege log within 14 days. Movement's counsel will have 7 days to file reply.**

**As to the request for records/request to search documents, it is unclear to Court precisely what is being asked by Board of Elections.  Mr. Ichter for Moveant agrees search terms should be more defined.  Mr. Ichter indicated he furnished preliminary search terms to defense counsel.  Court instructs parties to continue to confer.**

**Court will set follow up status call for Friday, November 17, 2023.**