# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court<br>For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

## NOTICE OF FILING EXHIBITS TO JOINT STATUS REPORT

Please take notice of the filing of Exhibits 1 through 3 to the Joint Status Report, Docket Entry No. 24, filed on November 22, 2023, in the above-styled action.

Respectfully submitted this 27th day of November 2023.

*/s/ William Daniel Davis*
WILLIAM DANIEL DAVIS
Georgia Bar No. 746811
CARY ICHTER, *Pro Hac Vice*
Georgia Bar No. 382515
ddavis@ichterdaivs.com
cichter@ichterdavis.com

1

**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE, Suite 860
Atlanta, Georgia 30339
(404) 869-7600

*Attorneys for Coalition for Good Governance*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, a copy of the foregoing Notice of Filing Exhibits to Joint Status Report was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

*/s/ William Daniel Davis*
William Danile Davis
Georgia Bar No. 382515
ddavis@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
Tel.: 404.869.7600
Fax: 404.602-0037

*Counsel for Plaintiff Coalition for Good Governance*