UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

CASE NO. 5:23-mc-1     DATE: 11/17/2023

TITLE: Coalition for Good Governance, et al. v. Coffee County Board of Elections and Registration

---

**HONORABLE BENJAMIN W. CHEESBRO     COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS    TIME: 3:00-3:49    TOTAL: 49 MINUTES**

---

| MOVING PARTY: | COUNSEL: |
|---|---|
| Coalition for Good Governance | Cary Ichter |
| Donna Curling | Halsey G. Knapp, Jr. |

| RESPONDING PARTY: | COUNSEL: |
|---|---|
| Coffee County Board of Elections and Registration | Benjamin Mason Perkins<br>Jennifer Dorminey Herzog<br>Wes Parker Rahn |

**TELEPHONIC STATUS CONFERENCE**

---

Telephonic Status Conference held regarding discovery issues including: to the forensic imaging on desktop in possession of GBI; location, custody and control of a silver laptop; and the request by Plaintiff for Board of Elections to conduct additional searches.
Court hears from parties.
Court directs parties to continue to confer.
Court will set a follow up call for Wednesday, November 22, 2023 to hear from parties on any unresolved issues.