IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, and DONNA CURLING,<br><br>  Plaintiffs,<br><br>  v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION,<br><br>  Defendant. | CASE NO.: 5:23-mc-1 |

**O R D E R**

Plaintiffs filed a motion to compel on October 24, 2023. Doc. 1. I stayed the response deadline to allow time for additional conferral. See Doc. 22. The parties recently informed the Court they have reached an impasse on two issues: (1) Plaintiffs' request for declarations from three individuals about their knowledge of a certain silver laptop; and (2) Plaintiffs' request Defendant have third parties (including a law firm, Hall Booth Smith, and an information technology contractor, Charles Dial) search for documents responsive to Plaintiffs' subpoena. Defendant has relayed the declaration requests but opposes taking further action on these issues.

These issues require more briefing. Defendant shall file a response brief on these two issues **on or before December 6, 2023**. Plaintiffs shall file a reply **on or before December 13, 2023**.

**SO ORDERED**, this 28th day of November, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA