**EXHIBIT 1**

| | |
|---|---|
| From: | James Barnes |
| Sent: | Tuesday, August 24, 2021 10:17 AM |
| To: | jblanchard@sos.ga.gov |
| Subject: | Statement |
| Attachments: | barnes.pdf |

Good morning,

I have attached a detailed statement on the state in which I found the Coffee elections office in April.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

# COFFEE CO BOARD OF ELECTIONS & REGISTRATION

**224 W Ashley St**
**DOUGLAS, GA 31533**

Ernestine Thomas-Clark, Chairman    (912) 384-7018    James Barnes, Election Supervisor
Andy Thomas, Board    FAX (912) 384-1343    Wendell Stone, Board
Eric Chaney, Board    Matthew McCullough, Board

To whom it may concern,

I took over operations at the Coffee County Board of Elections & Registration on April 1st 2021. The office had been closed, and locked, since February 2021. Election materials that should have been turned over to the Clerk of Court dating from 2019 were scattered throughout the office. Documents dating as far back as 2010 were stored in a room with a leaking roof, walls and no environmental controls. Confirmation cards, precinct cards, and a large number of drivers licenses were found that had not been mailed to voters.

Coffee ICPs were stored in a room with an unlocked door to the outside of the building, a leaking roof, and walls with sunlight streaming through crevices. Pollen and dust coated the equipment and there was evidence of water accumulation. Back-up battery UPSs were stacked two, three, and four high. The faces of units were detached, and all units were tied to carts using their power cord. Memory cards from the previous voting equipment had not been turned over to CES.

Cast ballots from multiple elections were mixed together in stacks and piles throughout the office. Absentee by mail envelopes from multiple elections were similarly strewn about the office in scattered piles. Most of the BMDs, printers, and UPSs had never been unboxed or inventoried. The routine maintenance, and charging, of equipment had not been performed and documented. There was also no color printer, camera, blue back drop, or TVIC sheets for the Voter ID system.

Regards
James A Barnes, Jr.
Coffee County
Board of Elections & Registration

*[signature]*