**EXHIBIT 2**



"James Barnes"
Statement
To: Deb Cox

Good morning,

Investigator Blanchard has asked me for a statement concerning the improper storage of election equipment/files and other things I observed when I took office. Is this sufficient?

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

---

**COFFEE CO BOARD OF
ELECTIONS & REGISTRATION**
224 W Ashley St
DOUGLAS, GA 31533

Ernestine Thomas-Clark, Chairman    (912) 384-7018    James Barnes, Election Supervisor
Andy Thomas, Board    FAX (912) 384-1343    Wendell Stone, Board
Eric Chaney, Board      Matthew McCullough, Board

To whom it may concern,

I took over operations at the Coffee County Board of Elections & Registration on April 1st 2021. It had been vacated by Misty Hampton and Jil Riddlehoover since late February 2021. I observed elections materials from a wide range of years that had never been properly transferred to the Clerk of Court. Documents dating as far back as 2010 had never been properly shredded and were stored in a damp room lacking any central air. Thousands of precinct cards were found unmailed dating back as far as 2019. All, save one, of the Coffee ICPs were stored beside an unsecure exterior access door that was not weatherproof. ICPs were observed with a thick coat of pollen and dust that had blown in from outside. Battery UPS units were stored with 2 and 3 units stacked on top of one another. Multiple pre-2020 CF cards and DRE voter cards were located and turned over to CES. CES also brought a new server because Ms. Hampton had changed the server password.

Regards,
James A Barnes, Jr.
Coffee County
Board of Elections & Registration