# EXHIBIT 3

**From:** Deb Cox dcox@lowndescounty.com
**Subject:** RE: Statement Suggestions and additions
**Date:** August 24, 2021 at 9:50 AM
**To:** James Barnes james.barnes@coffeecounty-ga.gov



"It had been vacated…" The office had been closed and locked since Feb 2021.
"I observed…" Election materials that should have been turned over to the Clerk of Court dating from 2019 were scattered throughout the office.
"Documents dating as far back…" stored in a room with a leaking roof and walls with no environmental controls.
"Thousands" ? Is this accurate? Make sure you are not over-estimating. Credibility is important.
"All, save one of the Coffee ICPs…" ICPs were stored in a room with an unlocked door to the outside of the building, a leaking roof and plank walls with sunlight streaming through them. Pollen and dust coated the equipment and there was evidence of water accumulation.
"Battery UPS units…" Back-up battery UPSs were stacked two, three and four high, with the faces of the units detached, and all units stacked on a cart tied with the power cord to the cart.
"Multiple pre-2020…" memory cards from the previous voting equipment had not been turned over to CES.
"CES also brought a new server…" Not correct – delete this line. They took it, but not because the password had changed…

Additional items:
Voting equipment, UPSs, etc. had not been inventoried or taken out of the shipping boxes, Equipment had not been charged or routine re-occurring maintenance performed or documented. Most of the equipment was not sealed.
Confirmation cards, precinct cards, and a large number of drivers licenses were found, that had not been mailed to voters.
Voted ballots from multiple elections were mixed together

and scattered in stacks and piles throughout the office.
AB Envelopes from multiple elections, were mixed together in piles throughout the office.
Voter ID system – no blue backdrop, no TVICs, no camera.
Voter registration forms were scattered all over the office, mixed with junk, clothing and other debris.
Rat droppings were on top of the equipment.
Memory cards from the Nov election were in a scanner (ICP), with a Nov tape hanging out of the scanner, and the scanner was plugged into an outlet and on. The unit was not sealed or secured.
Lots of documents requested through official Open Records Requests, that should have been in the office, were not found.

---

**From:** James Barnes <james.barnes@coffeecounty-ga.gov>
**Sent:** Tuesday, August 24, 2021 9:14 AM
**To:** Deb Cox <dcox@lowndescounty.com>
**Subject:** Statement

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning,

Investigator Blanchard has asked me for a statement concerning the improper storage of election equipment/files and other things I observed when I took office. Is this sufficient?

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018