**EXHIBIT 5**

**From:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Sent:** Friday, October 21, 2022 2:38 PM EDT
**To:** joterry1949@gmail.com <joterry1949@gmail.com>
**CC:** Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>; Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>; Anthony A. Rowell <ARowell@hallboothsmith.com>; Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
**Subject:** Coffee Response to ORR re: Videos of elections office, 1/7/2021

Good afternoon,

My name is Jennifer Herzog and my firm serves as County Attorney for Coffee County. The below link contains video footage from 3 cameras during the period of 11/15/2020 – 2/26/2021 from inside the Coffee County Board of Elections and Registration's office. The shot you have requested should be contained therein. There is also an outside security camera view which will be produced to you upon the Clerk's return to the office next week.

There is a 4th camera angle that show the rooms for advanced voting that has not previously been produced to news outlets and will not be produced without a court order under the authority of OCGA § 21-2-568.2 which preventsphotographic or other electronic monitoring or recording devices of electronic ballot marker, voted ballot, etc. The 4th video angle may contain footage of the advance voting room and thereby contain footage of voters voting which is why it cannot be produced without a court order. However, I am in the process of working with IT to determine if he can successfully isolate and pull out only the date of January 7, 2021, which should not contain any voters in the act of voting and therefore should be able to be produced to you. He has advised this will take some time and there will be a cost associated with same. Therefore, once received, we can provide the estimate to you, and once approved by you, can provide the link.

I have also included directions provided to me by IT as to how to access.

[Elections Cams nov15 0_00 - feb26 11_59](#)

1. Click the link
2. Click the round radio button to the left of the file and then click download button in top left corner
3. Open the downloaded file
4. Double click the smartclient-player.exe
5. Questions on how to use it the software google milestone xprotect client.

This link is provided at no cost to you. If you desire to obtain a copy of the video on a hard drive, please so advise and we will provide you with an estimated cost for the hard drive, copying and mailing in accordance with Georgia's Open Records Act.

Thank you,

Jennifer Herzog


**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

O: ...
D: ...

1784 King Road
Tifton, GA 31793
hallboothsmith.com



CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** John Terry <...>
**Sent:** Tuesday, October 18, 2022 5:24 PM
**To:** openrecordsrequest <openrecordsrequest@coffeecounty-ga.gov>
**Subject:** Videos of elections office, 1/7/2021

This is an open records request for the videos of the exterior and interior of the Coffee County, GA, Elections Office on January 7, 2021. I should appreciate your emailing me the estimated cost of such videos and identity of their format.

Thank you.

John Terry
...
email: ...