# EXHIBIT 8

From: "James Barnes"
Subject: Misty
Date: May 13, 2021 at 11:52:40 AM EDT
To: "arowell@hallboothsmith.com" <arowell@hallboothsmith.com>

Tony,

Here is a copy of the manifesto Misty sent off to the state. I figured you might like a copy of the signed letter.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

## Declaration of Misty Martin

Pursuant to 28 U.S.C Section 1746, I, (Misty Martin), make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. Detail background and qualifications. I have worked for Coffee County Board of Elections since January 9, 2012. I have been Supervisor of Elections since 2015.

3. I reside at 6658 Sinkhole Rd, Ambrose, Ga. 31512

4. My affidavit highlights that during the ballot scanning on January 5, 2020 that the ICC was stopping on some ballots that had all Republican votes, and would give us an error of QR error, or could not read the QR code.

5. During Advance Voting on December 23, 2020 at approximately 2:00pm the ICP (ICP 1), gave an error that the memory cards had been ejected, which they had not, the two compartments were still sealed. At this time, I had to get another ICP (ICP 2) and program 2 new cards so that Advance voting could continue, and the voters could continue to scan their voted ballots. At this time, I sealed ICP 1 and locked it, so that the approximately 5000 ballots would be secured.

6. On January 5, 2021 we unsealed ICP 1 and began to scan the ballots on the ICC. I would scan a batch of 30 to 50 ballots at one time. The

ICC would stop scanning and give me an error of QR error, problem reading the QR code. I began noticing, that the ballots that the ICC was stopping on would be ballots that had all Republican votes. This issue happened at least 30 times. I had 3 Dominion techs in my office assisting me with the scanning of the ballots. I would not allow the Dominion Techs to touch any of the equipment. Every time it would stop one of the techs named Sam, he told look at the error code on the screen, at this time, I would take the ballots that would not scan and place them to the side, and run them at the end. Finally, Eric Chaney, one of my board members, had Gary one of the Techs to Call Scott Tucker with Dominion. At this time I witnessed Eric tell Scott Tucker, he had 30 mins to either get us a new scanner or fix our scanner, or Eric was going to call every news station within an hour and half from Coffee County, and ask the news station to come to Coffee County a record the problem with Dominion Scanner. Eric then disconnected the phone call. At this time, Gary received a text or phone call, walked outside for approx. 30 mins or so. Gary came back in and asked if I would like to try to begin scanning the ballots again, He said "I really think it is going to work this time". So, the board decided to give it one more tries. From this point forward, we did not have any more trouble with the ICC Scanner, which was very strange. The scanner even scanned the absentee by mail ballots GREAT.

7. The poll manager of Broxton, my second largest precinct in Coffee County, noticed that sometimes when the voter would try to scan

their ballot in the ICP, the ballot would go through the scanner and the scanner would then return the ballot back out, the voter would turn the ballot a different direction, and then the ICP would accept the ballot. The poll manager noticed that the voters that this happen to all appeared to be white voters.

*Misty Martin*

Misty Martin

January 8, 2021

Douglas, Georgia