**EXHIBIT C**

## Mavis C. Williams-Little

**From:** Jennifer Dorminey Herzog
**Sent:** Friday, April 28, 2023 11:06 AM
**To:** Mavis C. Williams-Little



CGG Annotation
Text messages between Ryan Germany and Jennifer Herzog
4/11/22





Sent from my iPhone

**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

O: 229.382.0515
D: 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

3