**EXHIBIT E**

**From:** **Jennifer Dorminey Herzog** jherzog@hallboothsmith.com 📎
**Subject:** Coffee County Response to Bruce Brown re: Curling - Chaney Subpoena
**Date:** April 14, 2023 at 4:36 PM
**To:** Bruce Brown bbrown@brucepbrownlaw.com
**Cc:** Marilyn Marks ███████████ marilyn@uscgg.org, Cross, David D. DCross@mofo.com, Conaway, Jenna B.
JConaway@mofo.com, Cary Ichter CIchter@IchterDavis.com, Anthony A. Rowell ARowell@hallboothsmith.com, Stephen Delk
SDelk@hallboothsmith.com, Vickers, Wesley Wesley.Vickers@coffeecounty-ga.gov, Vickers, Tracie
Tracie.Vickers@coffeecounty-ga.gov

Mr. Brown,

I am writing in response to your attached letter. As counsel for Coffee County and the
Coffee County Board of Elections, our firm no longer represents Mr. Chaney. Therefore,
you should direct your request directly to Mr. Chaney and his current counsel. We request a
copy of any documents produced by Mr. Chaney be also produced to our office.

As counsel for Coffee County and the Coffee County Board of Elections, we have reviewed
your correspondence and the attached exhibits and believe the core premise of your email is
inaccurate – nothing of Ms. Brown's 5.2.22 email referenced appears responsive to any of
the paragraphs referenced in your communications. Likewise, we are unaware of any further
documents that were generated after the email referenced.

Lastly, and as I am sure you are well aware, a significantly lengthy time has passed since the
issuance of and response to the referenced subpoena, and it further appears based on the
attached documents that discovery in the case referenced has long expired. If you would
like to submit an Open Records Request to Coffee County, Ms. Marks can advise as to the
appropriate process for directing any requests to the Coffee County Records Custodian.

Sincerely,

Jennifer Herzog


**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 229.382.0515               1564 King Road
**D:** 229.339.8856               Tifton, GA 31793
                                  hallboothsmith.com

 ALABAMA | ARKANSAS | COLORADO  FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the
intended recipient(s) and may contain confidential and privileged information. Any
unauthorized review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy the
original message and any copies.

**From:** Bruce Brown <bbrown@brucepbrownlaw.com>
**Sent:** Thursday, April 13, 2023 2:32 PM

**To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>; Anthony A. Rowell <ARowell@hallboothsmith.com>; Stephen Delk <SDelk@hallboothsmith.com>
**Cc:** Marilyn Marks (Marilyn@USCGG.org) <marilyn@uscgg.org>; Cross, David D. <DCross@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Cary Ichter <CIchter@IchterDavis.com>
**Subject:** Curling - Chaney Subpoena

Ms. Herzog, Mr. Rowell and Mr. Delk –

Please see the attached letter.

Thanks,

Bruce

Bruce P. Brown Law LLC
1123 Zonolite Rd. NE
Atlanta, Georgia 30306
(404) 386-6856

2275_001.pdf   20230413 CGG
1.4 MB         BPB Le...ad.pdf
               2.4 MB