**EXHIBIT F**



**From:** "Rachel Roberts"
**Subject:** FW: Voting Machines
**Date:** July 22, 2022 at 2:51 PM
**To:** Jennifer Dorminey Herzog jherzog@hallboothsmith.com

SEE BELOW

### *Rachel Roberts*
*Coffee County Georgia*
*Elections Supervisor*
*912-384-7018*
*rachel.roberts@coffeecounty-ga.gov*

**From:** Rachel Roberts
**Sent:** Wednesday, July 20, 2022 9:37 AM
**To:** Harris, Jesse <jharris@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>;
Evans, Blake <bevans@sos.ga.gov>
**Subject:** FW: Voting Machines

Just following up on my email below.

Thanks

### *Rachel Roberts*
*Coffee County Georgia*
*Elections Supervisor*
*912-384-7018*
*rachel.roberts@coffeecounty-ga.gov*

**From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Sent:** Friday, July 15, 2022 12:52 PM
**To:** Harris, Jesse <jharris@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>;
Evans, Blake <bevans@sos.ga.gov>
**Subject:** Re: Voting Machines

Jesse,Blake and Michael,

I wanted to clarify my below email — I am just trying to do anything and everything to be sure we have all i's dotted and t's crossed for
the upcoming election(s). I do not have anything that would suggest that the former election supervisor gave improper access to any
voting machines and understand that has only been alleged by others outside the county, and further that Coffee County nor SOS has
any information at this time as far as I am aware that would support that such an access happened.

Thanks,

Rachel

Get Outlook for iOS

**From:** Harris, Jesse <jharris@sos.ga.gov>
**Sent:** Thursday, July 14, 2022 3:20 PM
**To:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>; Barnes, Michael
<mbarnes@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>

**Subject:** RE: Voting Machines

Looping in @Barnes, Michael. Both Michael and Blake will be available on Monday, July 18.

**Jesse A. Harris, PhD, MPA**
Deputy Director
Georgia Secretary of State l Elections Division
Main Office: 404-656-2871
Direct: 470-312-2742
Cell: ███████████
sos.ga.gov



This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Sent:** Thursday, July 14, 2022 8:53 AM
**To:** Harris, Jesse <jharris@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>
**Subject:** Voting Machines

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Since it's been published that the former Election Supervisor gave access to the voting machines do they need to be recertified?

Thanks

*Rachel Roberts*
*Coffee County Georgia*
*Elections Supervisor*
*912-384-7018*
*rachel.roberts@coffeecounty-ga.gov*