# EXHIBIT G

## Jennifer Dorminey Herzog

**From:** Jennifer Dorminey Herzog
**Sent:** Friday, July 15, 2022 8:24 AM
**To:** Germany, Ryan
**Subject:** Re: Voting Machines

**FilingDate:** 7/15/2022 12:10:00 PM

Bless. Not accurate obviously. I will speak with her.

Sent from my iPhone

> On Jul 15, 2022, at 6:40 AM, Germany, Ryan <rgermany@sos.ga.gov> wrote:
>
> FYI.
>
> —
> Ryan Germany
> 
>
> **From:** Evans, Blake <bevans@sos.ga.gov>
> **Sent:** Friday, July 15, 2022 5:51:45 AM
> **To:** Germany, Ryan <rgermany@sos.ga.gov>; Sterling, Gabriel <gsterling@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>
> **Cc:** Harris, Jesse <jharris@sos.ga.gov>
> **Subject:** FW: Voting Machines
>
> **Blake Evans**
> *Elections Director*
> Georgia Secretary of State
> **Direct: 470-312-2777**
> **Cell:**
>
> 
>
> **From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
> **Sent:** Thursday, July 14, 2022 8:53 AM
> **To:** Harris, Jesse <jharris@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>
> **Subject:** Voting Machines

1

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the conte safe.

Since it's been published that the former Election Supervisor gave access to the voting machines do they need to be recertified?

Thanks

**Rachel Roberts**
*Coffee County Georgia*
*Elections Supervisor*
*912-384-7018*
*rachel.roberts@coffeecounty-ga.gov*

2