**EXHIBIT H**

**From:** Jennifer Dorminey Herzog jherzog@hallboothsmith.com
**Subject:** RE: Voting Machines
**Date:** July 18, 2022 at 10:59 AM
**To:** Rachel Roberts Rachel.Roberts@coffeecounty-ga.gov



You are fine and don't stress about it – we are all doing our best!!

### Jennifer Dorminey Herzog

Attorney at Law | Hall Booth Smith, P.C.

**O:** 229.382.0515
**D:** 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Sent:** Friday, July 15, 2022 12:36 PM
**To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Subject:** Re: Voting Machines

Okay Will do
Sorry for the email

Get Outlook for iOS

**From:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Sent:** Friday, July 15, 2022 12:17:22 PM
**To:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Subject:** FW: Voting Machines

Rachel,

I understand your intent in sending the below email, but please be very cautious when putting things in writing to the SOS or anyone else other than our office as those will have to be produced in response to discovery requests to the SOS as part of litigation and produced in response to an open records request to the county – this reads as if the former election supervisor gave improper access to the voting machines, when that has only been alleged and there is no evidence at this time that would support that such an access happened.

Please send this to them in follow up if you think it is accurate:

Jesse and Blake,

I wanted to clarify my below email – I am just trying to do anything and everything to be sure we have all i's dotted and t's crossed for the upcoming election(s). I do not have anything that would suggest that the former election supervisor gave improper access to any voting machines and understand that has only been alleged by others outside the county, and further that Coffee County nor SOS has any information at this time as far as I am aware that would support that such an access happened.

Thanks,

Rachel


**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

O: 229.382.0515
D: 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Sent:** Thursday, July 14, 2022 8:53 AM
**To:** Harris, Jesse <jharris@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>
**Subject:** Voting Machines

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Since it's been published that the former Election Supervisor gave access to the voting machines do they need to be recertified?

Thanks

**Rachel Roberts**
*Coffee County Georgia*
*Elections Supervisor*
*912-384-7018*
*rachel.roberts@coffeecounty-ga.gov*