# EXHIBIT I

**Partial Log -- Tony Rowell Meetings at Elections Office**
(based on preliminary review of security video)

| Date | Tony Rowell in Office Time range | Clients present | Non-clients present/Notes | County time billed per ORR files. (includes all county time, not just BOER time) |
|---|---|---|---|---|
| 12-3-20 | 830am to 1100am | Misty Hampton | Ed Voyles | Not billed |
| 12-4-20 | 901am to 931am | Misty Hampton | None | 2.5 hours  for day |
|  | 931am to 1014am | Misty Hampton | Ed Voyles |  |
|  | 1130am to 1234pm | Ernestine Clark Matt McCullough Misty Hampton Andy Thomas | Ed Voyles |  |
|  | 224pm to 302pm | Jill, Misty, Deanna | Dyanna's Boyfriend |  |
| 12-7-20 | 958am to 1200pm | Jill, Misty | Ed Voyles, Kitchens (County Commissioner) | yes ? |
| 12-9-20 .5 hour billed | 923am to 1206pm | Misty, Deanna, Jill, Ms Ernestine, Wendell, Matt, Eric | None | .5 hour billed for day |
|  | 327pm to 409pm | Misty, Deanna | None |  |
|  | 409pm to 510pm | Misty, Deanna, Eric Chaney | Cathy Latham |  |

| Date | Time | People | Others | Billing |
|---|---|---|---|---|
|  | 510pm to 529pm | Misty, Deanna, Eric Chaney | None |  |
|  | 529pm to 747pm | Misty, Deanna, Eric Chaney | Ed Voyles |  |
| 12-10-20 | 916am to 131pm | Jill, Misty, Eric, Ms Ernestine Deanna | Ed, Ed-friend James Dom. Tech | 1 hour for day |
|  | 441pm to 822pm | Jill, Misty, Deanna, Eric, | James Dom. Tech Unknown man, Ed Voyles |  |
| 12-11-20 | 847am to 446pm | Jill, Misty | James Dom. Tech, SOS agents, Kids | 12 hours billed to county |
| 12-14-20 | 916am to 943am | Misty, Jill | James Dom. Tech, Roger Martin Prisoners | Yes |
| 12-15-20 | 918am to 948am | Jill, Misty, Ms Ernestine | James Dom. Tech | Yes? |
|  | 1208pm to 129pm | Jill, Misty Ms Ernestine | James Dom. Tech |  |
| 12-28-20 | 1023am to 1248pm | Jill, Misty Ms Ernestine, Matt, Eric, Wendell, Dyanna | James Dom. Tech, Roger Martin, Dyanna Boyfriend (at times) | 6.80 hours |
| 12-29-20 | 1232pm to 320pm | Jill, Misty, Dyanna Ms Ernestine Eric, Matt |  | 8.5 hours billed |
|  | 320pm to 556pm | Board Meeting |  |  |

| Date | Time | Names | Details | Not billed |
|---|---|---|---|---|
| 1-5-21 Runoff | 951pm to 108am | Jill, Misty, DyAnna, Ms Ernestine, Matt, Eric, Wendell, Andy | Dominion Tech, Volunteers, Cathy Latham Note: Rowell is mostly out of sight, back in the break room area during this three hours in the office. | Not billed |
| 1-28-21 | 225pm to 241pm | Jill, Misty | DBoyfriend | |
| 11-20-20 | 841am to 911am | Jill, Misty | Unidentified man, Unidentified man 2, Prisoners | no |