**EXHIBIT J**

11:46



Rowell, >

Dec 3, 2020, 5:32 PM

BREAKING: Trump team now has a Dominion machine from Ware County, #Georgia with EVIDENCE of Trump votes being switched to Biden.

Source: John Fredericks on Steve Bannon War Room

 James¹⁷ 🇺🇸
twitter.com

Don't know? You have anyone to verify through?

Dec 3, 2020, 7:23 PM

I will verify

Dec 5, 2020, 1:14 PM

iMessage

307

11:45



Rowell, >

**ware-county-confirmation.jpg**
**1,630×684 pixels**

CALL ME. T

Hi Ed! This is Melissa. Do you happen to be hunting with Bob Schermer from FL? If so, tell him I said hello! Good luck!

Yes it is Bob! So you know him!!

OMG that's crazy. When Tony and I were talking

  iMessage 

308