# EXHIBIT K

11:36

Rowell, >

twitter.com



> SOS knows Supervisor there did check signatures and will use Cobb to say whole state did but that is erroneous extrapolation. Check every county

Dec 15, 2020, 12:21 PM

Ed
Pls see if you can review the Dominion CEO testimony before a committee in WI today. I'm given to believe he said you can't change votes during adjudication, contra to video. I am covered up. If he said that then my point to SOS in the investigation is, so

  iMessage 

325



Rowell, >

...what.

> Ok I'll start looking

Dec 15, 2020, 1:33 PM

> They're on break. If stops in scanning only way to know if dup scans is to hand count total paper votes! That's insane in today's world. I have 4 index cards of notes so far. I'll go back and watch earlier because he was on your topic when I started

Where do I find it?

> I'll do it but I suspect it's on MI senate website like it was on Ga

K

  iMessage 

11:35



Rowell, >

K

I'm still live

Ok

Watch LIVE: #Dominion Voting CEO Testifies Before Michigan Senate Oversight Committee
https://t.co/z1388yQqjA

RSBN 🇺🇸
twitter.com

Dec 15, 2020, 2:55 PM

Go to link above on RSBN and listen from 25:31 to 28 for adjudication digitally. I'm still going further on replay

Boarding plane in a bit so prob finish tomorrow

iMessage

**327**