# EXHIBIT A

(Declaration of Benjamin Perkins)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING, <br><br> Plaintiffs, <br><br> v. <br><br> COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 5:23-mc-00001-LGW-BWC <br> ) <br> ) In RE Subpoenas issued by the United States <br> ) District Court For the Northern District of <br> ) Georgia, Atlanta Division, Civil Action No. <br> ) 1:17-CV-2989-AT <br> ) <br> ) <br> ) |

## DECLARATION OF BENJAMIN M. PERKINS

I, Benjamin M. Perkins, hereby provide the following declaration pursuant to 28 U.S.C.A. § 1746:

1.

My name is Benjamin M. Perkins. I am over the age of 18 years and am otherwise competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein through my representation of the Coffee County Board of Elections and Registration (the "CCBOE") in the above captioned matter.

2.

I have engaged in efforts to ascertain the current location of a silver laptop depicted in CCBOE video recordings that were recorded on or about February 22, 2021 (the "Silver Laptop").

3.

In November 2023, I contacted current CCBOE members, including Andy Thomas, Matthew McCullough, Paula Scott, Ernestine Thomas-Clark, and Ron Tanner, and requested

1

information on the ownership and current whereabouts of the Silver Laptop.

4.

In November 2023, I contacted current Coffee County attorneys Anthony Rowell and Jennifer Herzog and current Coffee County Elections Supervisor Debra "Christy" Nipper and requested information on the ownership and current location of the Silver Laptop.

5.

In November 2023, CCBOE information technology contractors Charles Dial and Brad Herrin were contacted and requested to provide information on the ownership and current whereabouts of the Silver Laptop.

6.

In November 2023, Coffee County employees Wesley Vickers and Tracie Vickers were contacted and requested to provide information on the ownership and current whereabouts of the Silver Laptop.

7.

In November 2023, I contacted former CCBOE member Wendell Stone and requested information on the ownership and current whereabouts of the Silver Laptop.

8.

In November 2023, I contacted Jonathan Miller, who serves as legal counsel for Misty Hampton, and requested information on the ownership and current whereabouts of the Silver Laptop.

9.

In November 2023, I contacted Philip Curtis, who serves as the managing attorney for the Georgia Bureau of Investigation, and requested information on the current whereabouts of the Silver Laptop.

10.

In November 2023, Coffee County was asked to search its work order technology logs and inventory for the Silver Laptop.

11.

On November 20, 2023, I requested that Anthony Rowell, Charles Dial, and Wesley Vickers provide declarations as to their knowledge of the ownership and current location of the Silver Laptop.

12.

Despite each of these actions, I have been unable to locate the laptop or determine its current custodian.

13.

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2023.

Benjamin M. Perkins
*Attorney for Coffee County Board of Elections and Registration*