# EXHIBIT B

(Declaration of Wes Rahn)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>    Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>    Defendant. | ) ) ) ) ) ) Civil Action No. 5:23-mc-00001-LGW-BWC<br>) <br>) In RE Subpoenas issued by the United States<br>) District Court For the Northern District of<br>) Georgia, Atlanta Division, Civil Action No.<br>) 1:17-CV-2989-AT<br>) ) ) ) |

## DECLARATION OF WES P. RAHN

I, Wes P. Rahn, hereby provide the following declaration pursuant to 28 U.S.C.A. § 1746:

1.

My name is Wes P. Rahn. I am over the age of 18 years and am otherwise competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein through my representation of the Coffee County Board of Elections and Registration (the "CCBOE") in the above captioned matter.

2.

I have engaged in efforts to ascertain the current location of a silver laptop depicted in CCBOE video recordings that were recorded on or about February 22, 2021 (the "Silver Laptop").

3.

In November 2023, I contacted Lon P. Kemeness, who serves as legal counsel for former CCBOE member Eric Chaney, and requested information on the ownership and current whereabouts of the Silver Laptop.

1

4.

In November 2023, I contacted Clint Lott, who serves as legal counsel for former CCBOE employee Jill Riddlehoover, and requested information on the ownership and current whereabouts of the Silver Laptop.

5.

In November 2023, I contacted former CCBOE employee Sandy Grantham and requested information on the ownership and current whereabouts of the Silver Laptop.

6.

In November 2023, I contacted former CCBOE Elections Supervisor Rachel Roberts and requested information on the ownership and current whereabouts of the Silver Laptop.

7.

In November 2023, I attempted to contact former CCBOE Elections Supervisor James Barnes and request information on the ownership and current whereabouts of the Silver Laptop.

8.

Despite each of these actions, I have been unable to locate the laptop or determine its current custodian.

9.

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2023.

_____
Wes P. Rahn
*Attorney for Coffee County Board of Elections and Registration*

2