# Exhibit 1

Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION
 3
 4            Civil Action No. 1:17-cv-02989-AT
 5  _____
 6  DONNA CURLING, et al.,
 7           Plaintiffs,
 8       vs.
 9  BRAD RAFFENSPERGER, et al.,
10           Defendants.
    _____
11
12
13
14
15          REMOTE VIDEOTAPED DEPOSITION OF
                   JAMES A. BARNES, JR.
16
17               Lakeland, Georgia
18             Wednesday, July 20, 2022
19
20
21
22
23
24
25  Court Reporter:  Michelle M. Boudreaux-Phillips, RPR
```

```
 1       A    No.  We always met in the conference room.
 2       Q    In the conference room, not sitting in your
 3   office where your desktop was, right?
 4       A    No.
 5       Q    Okay.  So when you would go to, like, polling
 6   sites, for example, or you'd have meetings with the
 7   Board in a conference room, you didn't have a laptop
 8   with you?
 9       A    No.
10       Q    The laptop that you found for Ms. Hampton,
11   can you just describe that in as much detail as you
12   can, like what color was it, how big was it, what make
13   or model was it?
14       A    It was just a gray laptop, maybe 17-inch
15   screen.
16       Q    Do you remember the maker?
17       A    No.
18       Q    Did you power it on?
19       A    I did power it on just to see, but like I
20   said, it didn't have any access to it.  It didn't
21   really seem relevant either because it was an older
22   model, like I said.  I don't think anybody had used it
23   in a long time.
24       Q    When you powered it on, was there a log-in
25   screen that came up?
```

```
 1        A    Yes.
 2        Q    Was it running Windows?  Was it like --
 3        A    Yes.
 4        Q    -- a typical Window --
 5        A    Yeah.
 6        Q    Okay.  The Outlook email that you used at
 7   Coffee County, was that -- did you click on an icon
 8   that opened an app, or did you log in to like a
 9   webpage?
10        A    No, I clicked on an icon.
11        Q    So this wasn't like a web-based email, this
12   was something that -- it was an app that was locally on
13   your computer?
14        A    Yes, that's correct.
15        Q    All right, pull up Exhibit Share if you
16   would.  I'm going to give you a document here.  Let me
17   just move it over.
18             All right, so if you click on -- are you in
19   the folder for your deposition?
20        A    Yes.
21             (Exhibit 1 marked for identification.)
22        Q    (By Mr. Cross)  Okay, if you refresh your
23   screen, you should see a document pop up.  It's going
24   to be labeled Exhibit 1.
25        A    Is it supposed to be under "Marked Exhibits"?
```