# Exhibit 2

**From:** jonathan miller <jrmilleratty@gmail.com>
**Date:** November 13, 2023 at 2:41:42 PM EST
**To:** Bruce Brown <bbrown@brucepbrownlaw.com>
**Subject: Re: Misty Hampton Silver Laptop**

MIsty has confirmed that it was a County computer used for identity purposes during elections.

On Wed, Nov 8, 2023 at 11:22 AM Bruce Brown <bbrown@brucepbrownlaw.com> wrote:

Jonathan,

.
As you may know, CGG has filed a motion in the Southern District to compel the Coffee County Board to produce documents it failed to produce under our Curling case subpoena. One of the several issues in play is the silver laptop that Misty Hampton used in her work, as seen in the photos attached. We are trying to determine whether that was Ms. Hampton's personal laptop or one owned by the county. We are under the impression that she used it extensively in her duties and that it was left in the office after her tenure and that Mr. Barnes, her successor, kept it in his office, although he did not use it.

Could you check with her to see whether this was a county laptop or her own, and what she did with it when she left?

Thanks, hope you are doing ok.

Bruce

Bruce P. Brown Law LLC

1123 Zonolite Road NE

Suite 6

Atlanta, Georgia 30306

(404) 386-6856

--
Jonathan R. Miller, III
Attorney At Law
Georgia Bar no.: 141908
PMB173
5420 New Jesup Hwy
Brunswick, GA 31523
Brunswick, GA 31520
Phone ▮▮▮▮▮▮▮▮▮▮
jrmilleratty@gmail.com

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.