Exhibit 3

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Monday, January 30, 2023, at approximately 11:36 a.m., Special Agent CHRIS BALDWIN received an email from Google, LLC. reference email records for account CruceAlex41@ from November 1, 2020 to March 1, 2021. The account belonged to the subject in this computer trespass investigation, ALEX CRUCE. The email contained production for a previously submitted search warrant. The records were downloaded into the OSI Data Drive.

SA BALDWIN had difficulty accessing the production due to the size. SA BALDWIN contacted GBI CEACC Digital Forensic Investigator MEGAN ENGLAND for assistance with accessing the records. DFI ENGLAND was able to transport the Google records into a program called Magnet Axiom. SA BALDWIN reviewed the production and learned the following information:

The production consisted of two (2) zip files (K:Google SW Results - CruceAlex41@            \29208448-20230130-1.zip and K:Google SW Results - CruceAlex41@                       .826345847765.GooglePay.BillingInformation_001.zip). SA BALDWIN believed that the inclusion of the second zip file was a mistake by Google, due to the fact that the same file was included in the first zip file. Between the zip files, there were 14,961 emails, 2,217 email attachments, 31 text documents, and four (4) miscellaneous files that were transmitted to/from the Google account between November 1, 2020 and March 1, 2021. The 31 text documents were Google generated reports overviewing the Google account. The four (4) miscellaneous files appeared to be file system information. Among the miscellaneous files was item ID #19298. This file contained a recovery email (aacruce@c            ) and

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___72___

recovery phone number (17062965197) for the Google account. It should be noted that the production produced by Google included preserved records as well as a copy of current records. The Magnet Axiom program included both sets of records when processing. Therefore, the amount of files were largely duplicated. The numbers documented below will only include unique communications.

CRUCE communicated most frequently with JACK MAGAN (jmagan@earthlink.net) and ELIZABETH MAZZIO (e                    ) about their research into voter records for the 2020 United States Presidential Election. MAGAN would refer to the them as "TEAM MAGAn". It appeared to SA BALDWIN, that "TEAM MAGAn" was solely focused on discovering evidence of voter fraud during the 2020 Presidential Election. MAGAN nor MAZZIO had any connections to the computer trespass incidents at the Coffee County Elections and Registration Office in January, 2021. Other CRUCE contacts of interest were documented below.

SCOTT HALL (                    ) - 43 emails
Two (2) emails were sent from this account to CRUCE.
Seven (7) emails were sent from CRUCE to this account.

HALL (                    ) - 93 emails
27 emails were sent from this account to CRUCE.
66 emails were sent from CRUCE to this account.

HALL (scottg              ) - four (4) emails
Three (3) emails were sent from this account to CRUCE.

**PROPERTY OF GBI**
Further dissemination is prohibited without written approval of a GBI Supervisor

EXHIBIT ___72___

One (1) email was sent from CRUCE to this account.

All 140 emails between HALL and CRUCE pertain to efforts to assist one another in the analyzation of the 2020 Presidential Election results.

MISTY HAYES (misty.martin76           ) - two (2) emails

Two (2) emails were sent from CRUCE to HAYES. The emails contained an excel spreadsheet which CRUCE was requesting HAYES complete by inserting voter history data. This email had previously been discussed during the interview with CRUCE (Summary ID #917427).

HAYES (mistyhampton            ) - one (1) email

One (1) email was sent from this account to CRUCE. The email contained the completed excel spreadsheet previously sent to HAYES from CRUCE.

PAUL MAGGIO (pmaggio                )

No emails were sent directly between CRUCE and MAGGIO; however, there were 14 emails in which both were CC'd together on emails. Those emails were all associated with mass emails sent by GARLAND FAVORITO. FAVORITO was a well known critic of the Georgia Digital Election Systems.

GREG FREEMYER (                )

No emails were sent directly between CRUCE and FREEMYER; however, there were

Page 3 of 7

927772

FCDA00139144

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___72___