Exhibit 4

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Wednesday, January 11, 2023, at approximately 12:46 p.m., Special Agent CHRIS BALDWIN received an email from Yahoo, Inc. reference email records for account Misty.M▮▮▮▮▮▮▮o.com. The account belonged to the subject in this computer trespass investigation, MISTY HAYES. The email contained production for a previously submitted search warrant. SA BALDWIN reviewed the production and learned the following information:

In the document "SUMMARY.HTML", the recovery phone number for the account was ▮▮▮▮▮▮▮. The registration date was September 4, 2020 and the date the account was last active was August 11, 2022.

In the folder "MISTY.MARTIN7▮▮▮▮▮▮▮COM_YAHOOMAIL_001_2021.03.01_2020.11.12_638_538927.ZIP", SA BALDWIN located a sub-folder labeled "Inbox". Inside the "Inbox" folder, SA BALDWIN located the following:

An email from JIM PENROSE (jim@▮▮▮▮▮▮▮) to SHARON MANSELL and HAYES on January 8, 2021 at 11:01 a.m. In the email, PENROSE introduced HAYES to MANSELL. PENROSE advised that MANSELL would "walk you through the process of making a declaration regarding the details [of] what occurred in Coffee County on election day for the Senate runoff."

At 1:32 p.m., HAYES responded to MANSELL stating "Hope this helps, I am about to send you Eric's as well."

At 3:35 p.m., MANSELL sent an email to HAYES stating "Misty, I haven't received Eric or Cathy's declarations yet."

Page 1 of 3

927778

FCDA00139134

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___70___

46-0001-42-23

In the folder "MISTY.MARTIN████████M_YAHOOMAIL_001_2021.03.01_2020.11.12_638_538927.ZIP", SA BALDWIN located a sub-folder labeled "Sent". Inside the "Sent" folder, SA Baldwin located the following:

Four (4) emails labeled as "001.610_20210106_.eml", "001.609_20210106_Happy_Day.eml", "001.608_20210106_Thank_YOU.eml", and "001.607_20210106_Wonderful.eml". The emails were sent to magnolia6█████████ on January 6, 2021, between 5:38 p.m. and 5:50 p.m. The emails contained Coffee County Official Ballots from the November 3, 2020 general and special elections.

Five (5) emails labeled as "001.606_20210106_RO1.eml", "001.605_20210106_RO2.eml", "001.604_20210106_ro4.eml", "001.603_20210106_RO.eml", and "001.602_20210106_RO.eml". The emails were sent to magnolia6█████████m on January 6, 2021, between 5:54 p.m. to 6:04 p.m. The emails contained Coffee County Official Ballots from the January 5, 2021 general and special election runoff.

One (1) email labeled as "001.601_20210107_log.eml". The email was sent to magnolia64█████████ on January 6, 2021, at approximately 7:03 p.m. The email contained two (2) attachments labeled as "slog.txt" and "ICC LOG.txt". The documents appeared to be directly related to ballot machines.

One (1) email labeled as ""001.600_20210107_TIFF_RO.eml". The email was sent to █████████ on January 6, 2021, at approximately 7:33 p.m. The email contained 26 .tif images of January 5, 2021 Coffee County general and special election runoff official ballots.

One (1) email labeled as

PROPERTY OF GBI
Further dissemination is prohibited without written approval of a GBI Supervisor

EXHIBIT 70

**46-0001-42-23**

"001.593_20210108_Cathy_Latham_and_Eric_Chaney.eml". The email was sent to smansel████████w on January 8, 2021, at approximately 11:53 a.m. The email stated "Cathy email is c████████@gmail.com. Eric Chaney email is ████████@gmail.com."

A copy of the search warrant production has been attached to this summary.

Investigative act concluded.

**ATTACHMENTS**

OTHER Cell Phone Records (Attachments)

SPECIAL AGENT CHRISTOPHER BALDWIN: 2/1/2023
cb: 2/1/2023

Page 3 of 3

927778

FCDA00139136

**PROPERTY OF GBI**
Further dissemination is prohibited without written approval of a GBI Supervisor

EXHIBIT ___70___