# Exhibit 5

Messages - Eric Chaney

1/7/21, 7:24 PM

+186█████

Let's switch to Signal https://signal.org/install

1/8/21, 11:52 AM

Did you check signal?

Call you in just a minute

Tag

1/12/21, 2:56 PM



1/15/21, 5:08 PM

Do you have snap chat? Signal is down!

1/19/21, 10:35 AM

If you happen to be in town, the guys measuring my desk are still here

1/20/21, 6:47 PM

Do you have a high capacity scanner in your office?

1/22/21, 1:53 PM

Are you at your office

1/25/21, 7:31 PM

You busy

1/27/21, 9:23 AM

I took care of the people measuring my desk

2/5/21, 5:51 PM

I am looking for a dependable car with a low payment

2/9/21, 2:30 PM

Do you still have the 2007 Nissan Armada

2/9/21, 5:20 PM

https://www.bitchute.com/video/17ZUoNxKWACb/?fbclid=IwAR0kUYA_2y9kKYIQkqTkn-8Ah7kow1C3RGrkitWbC3GCWRmLkGksNX6RrXo