# Exhibit 7

# GEORGIA BUREAU OF INVESTIGATION
## OFFICE OF SPECIAL INVESTIGATIONS
## INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Wednesday, June 7, 2023, at approximately 11:17 a.m., Special Agent MICHAEL PEARSON attempted to contact JAMES BARNES via cellphone. According to investigative summaries previously submitted by Special Agent CHRIS BALDWIN, BARNES is a former Coffee County Elections Supervisor who served in that capacity from April 2021 through December 2021. No contact was made with BARNES and Agent PEARSON left a voice message requesting BARNES to return the phone call.

At approximately 11:37 a.m., Agent PEARSON received a return phone call from JAMES BARNES. The conversation with BARNES was audio recorded in its entirety in digital format. The audio recording was uploaded to the Georgia Bureau of Investigation Digital Case Management System and attached to this investigative summary.

BARNES confirmed he discovered a Toshiba laptop in the conference room of the Coffee County Elections Office shortly after he was hired as the Elections Supervisor. BARNES estimated it was probably May 2021 when he found the laptop. BARNES stated his predecessor, MISTY HAYES, essentially converted the conference room into a storage area. BARNES stated he was in the process of cleaning out the conference room when he discovered the laptop. According to BARNES, he did not locate a power chord to the laptop and did not attempt to power up the device. BARNES stated he did not discard any equipment or electronics while he organized the conference room. BARNES stated the Toshiba laptop remained in the conference room and was there at the time of BARNES' departure in December 2021. BARNES stated he did not turn the item over to anyone in Coffee County Government.

Page 1 of 2

948226

FCDA00139279

**PROPERTY OF GBI**
Further dissemination is prohibited without written approval of a GBI Supervisor

EXHIBIT ___135___

**46-0001-42-23**

BARNES identified two (2) keyholders to the Elections Office and described those individuals as WESLEY VICKERS, the County Manager, and ERNISTINE THOMAS CLARK, Board of Elections Chairperson.  BARNES informed Agent PEARSON that VICKERS and Coffee County Attorney TONY ROWELL were longtime friends and BARNES assumed VICKERS probably took possession of the laptop at some point after BARNES' departure.

The phone conversation with JAMES BARNES concluded at approximately 11:45 a.m.

**ATTACHMENTS**

AUDIO                                                                                                                    (Attachments)

**ID DATA:**

**BARNES, JAMES   JR**



SPECIAL AGENT MICHAEL PEARSON:   6/7/2023
mp:  6/7/2023

Page 2 of 2

948226

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___135___

FCDA00139280