# Exhibit 9

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Thursday, June 29, 2023, at approximately 10:30 a.m., Special Agent MICHAEL PEARSON and Digital Forensic Investigator (DFI) GARRETT MORTON were located at the Coffee County Board of Commissioner's Office located on the first floor of the Coffee County Courthouse, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. At this time, Agent PEARSON and DFI MORTON met with Coffee County Manager WESLEY VICKERS. VICKERS produced a Laptop computer (Toshiba Tecra A7; Model PTA70U-00J007; Serial Number: 26230061Q) that had been secured in VICKERS' office safe since 2021.

Agent PEARSON previously met with VICKERS on 6/12/2023 for the purpose of executing a Search Warrant for a Coffee County Government Desktop computer, and to take possession of the Toshiba Laptop computer that was discovered in the Coffee County Elections and Registration Office in 2021. During that previous meeting, it was agreed that rather than Agent PEARSON taking custody of the laptop, a subsequent date would be scheduled for Agent PEARSON to return to Coffee County with a GBI DFI, to examine the laptop onsite. For further details of Agent PEARSON'S actions in Coffee County on 6/12/2023, refer to Investigative Summaries 94855, 949056, and 949079.

Agent PEARSON reminded VICKERS of the previous agreement that a DFI would perform a cursory examination of the laptop in an attempt to determine ownership of the device. VICKERS agreed and signed a GBI Consent to Search (Electronic Device) form. The signed consent form was uploaded to the Georgia Bureau of Investigation Digital Case Management System and attached to this investigative summary.

Page 1 of 3

951546

FCDA00139233

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___108___

**46-0001-42-23**

It was determined by DFI MORTON that based on old files stored within the device's hard drive, the laptop had not been used since before 2015, and appeared to be property of the Coffee County Board of Education.  DFI MORTON stated that because personnel with Sullivan Strickler, LLC imaged a laptop computer in the Coffee County Elections Office on January 7, 2021, he suggested the Toshiba laptop be imaged in the event a comparison became necessary at a later date during future forensic examinations related to this investigation.

At approximately 11:50 a.m., Agent PEARSON contacted Coffee County Attorney JENNIFER HERZOG via cellphone and informed her of DFI MORTON'S findings related to the laptop.  When asked, Attorney HERZOG consented to DFI MORTON making an image of the laptop's hard drive and returning the device back to the custody and control of County Manager VICKERS.

The laptop was turned back over to WESLEY VICKERS at approximately 1:35 p.m.

For more technical information related to this investigative act, refer to summary(s) submitted by DFI GARRETT MORTON related to this investigation.

**ATTACHMENTS**

CONSENT FORM (Electronic Device)                                    (Attachments)

Page 2 of 3

951546

FCDA00139234

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___108___

**ID DATA:**

**VICKERS, WESLEY**



SPECIAL AGENT MICHAEL PEARSON:   6/30/2023
mp:   6/30/2023

Page 3 of 3

951546

FCDA00139235

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___108___