# Exhibit 11

From: "Wendell Stone" <█████████>
Subject: Re: Public Records Request 6.13.22
Date: June 13, 2022 at 6:13:24 PM EDT
To: "Matthew McCullough" <mwmccul@yahoo.com>
Cc: "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov>, "Jennifer Dorminey Herzog" <jherzog@hallboothsmith.com>, "Rachel Roberts" <Rachel.Roberts@coffeecounty-ga.gov>, "Andy Thomas" <█████████>, "Ernestine Thomas-Clark" <█████████>, "Ernestine ThomasClark" <ernestine.thomasclark@coffeecounty-ga.gov>, "ericchaney80@gmail.com" <█████████>

I have no records pertaining to any of this.

Sent from my iPhone

On Jun 13, 2022, at 5:27 PM, Matthew McCullough <█████████> wrote:

I have no records pertaining to any of this.

Sent from my iPhone

On Jun 13, 2022, at 4:51 PM, Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov> wrote:

**Good Afternoon,  Please carefully review the open records request below received today from Marilyn Marks.   Respond to Jennifer Herzog with any records responsive to this request.  If you have no records, please let her know.**

**Thanks
Tracie**

**From:** Marilyn Marks <█████████>    **Sent:** Monday, June 13, 2022 3:22 PM  **To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>  **Cc:** Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>; Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>  **Subject:** Public Records Request 6.13.22

This is a public records request seeking electronic copies of Coffee County records. This request includes records in the possession of members of the Coffee County Board of Elections. To the extent that our previous requests have resulted in searches of all responsive records, it is necessary only to update your search. Within three days of the receipt of this request, please provide the following documents:   1) All communications and related documents with Secretary of State investigators, including Pamela Jones and Frances Watson. This request is limited to documents transmitted after April 1, 2021 through the date of your response. The records are to include communications with county attorneys, and should include telephone notes and arrangement for phone calls related to Secretary of State investigations of Coffee County.

2) All documents regarding or related to Secretary of State investigation #20-250. [Please review the previous production to ensure that it is complete, particularly with respect to documents in the county attorney's files.]

3) All communications with any person (including all Coffee County officials) after April 1, 2022 through the date of your response related to or regarding the alleged breach or imaging components of the Coffee County voting system.

4) All communications and documents regarding the password for the EMS server beginning October 1, 2020 through the date of your response.

5) All communications between Coffee County (including its representatives) and the Secretary of State's office related to the ability to access the contents of former Coffee County server now in the possession of the Secretary of State.

If any documents are denied or withheld, please provide the specific legal authority with citation on which you rely to withhold the documents.     Thank you for your assistance.

  Marilyn Marks (request on behalf of Coalition for Good Governance, and  also as an individual.)
Executive Director
Coalition for Good Governance
Cell: ███████████
███████████████

Follow me @MarilynRMarks1