# Exhibit 12

Subject: Re: FW: Open Records Request  
Date: December 27, 2022 at 3:06:22 PM EST  
To: "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov>  
Cc: "Jennifer Dorminey Herzog" <jherzog@hallboothsmith.com>, "Wendell Stone" <■■■■■■■■■■■■■■■■■■■■>, "Rachel Roberts" <Rachel.Roberts@coffeecounty-ga.gov>, "Matthew McCullough" <■■■■■■■■■■■■■■■■■■■■>, "Ernestine Thomas-Clark" <■■■■■■■■■■■■■■■■■■■■>

I do not have any information pertaining to this request. I met with counsel and had a telephone interview but I was not a board member at the time in question so I had no information pertaining to any investigations.

Andy Thomas  
Boardmember

On Tue, Dec 27, 2022 at 8:34 AM Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov> wrote:  
Good Morning Board Members, Please see the attached open records request. Please respond to Attorney Jennifer Herzog as soon as possible with any records responsive to this request. Please cc me on any response.

Thank you,

Tracie

*Tracie Vickers*

*County Clerk*

*Coffee County Commissioners*

*101 South Peterson Avenue*

*Douglas, GA  31533*

*912-384-4799*

*912-393-7108  Direct Line*

**From:** Susan Greenhalgh <████████████████████████>
**Sent:** Thursday, December 22, 2022 11:42 AM
**To:** Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>
**Subject:** Open Records Request


Dear Ms. Vickers,

Please find attached our Open Records Request. If you have any questions please do not hesitate to contact us.

Happy Holidays,

Susan Greenhalgh

Senior Advisor on Election Security

Free Speech For People

████████████████████████

████████

she/her


--
**Andy Thomas**
*Godspeed*