# Exhibit 13

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Wednesday, September 21, 2022, at approximately 10:38 a.m., Special Agent MICHAEL PEARSON conducted a telephone interview with Coffee County Elections Board Member DAVID "ANDY" THOMAS. Agent PEARSON previously arranged the interview through THOMAS' lawyer, Attorney BRADLEY COLLINS of Waycross, Georgia. THOMAS was located at his lawyer's office in Waycross during the interview. When asked, Attorney COLLINS stated the parties present for the interview consisted of COLLINS and his client.

The interview was audio recorded in its entirety in digital format. The audio recording was uploaded to the Georgia Bureau of Investigation Digital Case Management System and attached to this investigative summary.

THOMAS stated he was appointed to the Coffee County Board of Elections on January 1, 2022 by County Commissioner JIMMY KITCHENS. COLLINS stated he replaced C.T. PEAVY as a board member. When asked, THOMAS stated he has had no conversations with current or former election board members or Elections Office employees concerning the investigation involving the January 7, 2021 incident currently under investigation.

When asked, THOMAS stated he was not personally acquainted with former Elections Board Member ERIC CHANEY. THOMAS clarified he was friends with CHANEY on Face Book. THOMAS stated he has never had any conversations with CHANEY concerning the events of January 7, 2021. THOMAS was aware that CHANEY resigned his position as board member because CHANEY moved out of the voting

Page 1 of 3

907908

FCDA00138997

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___36___

**46-0001-42-23**

district for which he represented.

When asked, THOMAS identified the current Coffee County Elections Supervisor as RACHEL ROBERTS, and the Assistant Elections Supervisor as CHRISTY NIPPER. THOMAS was familiar with both MISTY HAMPTON (former Elections Supervisor) and JIL RIDLEHOOVER (former Assistant Elections Supervisor). THOMAS stated he was not personally acquainted with either HAMPTON or RIDLEHOOVER, but was possibly Face Book friends with both. According to THOMAS, he has never spoken with either about the events that took place in the Coffee County Elections Office on January 7, 2021.

No further relevant information was obtained from THOMAS and the interview concluded at approximately 10:52 a.m.

**ATTACHMENTS**

AUDIO DAVID "ANDY" THOMAS phone interview  (Attachments)

Page 2 of 3

907908

FCDA00138998

**PROPERTY OF GBI**
Further dissemination is prohibited without written approval of a GBI Supervisor

EXHIBIT ___36___

**ID DATA:**

**THOMAS, DAVID ANTHONY**



**COLLINS, BRADLEY L.**   (ATTORNEY)



SPECIAL AGENT MICHAEL PEARSON:   9/23/2022

mp:   9/23/2022

Page 3 of 3

907908

FCDA00138999

**PROPERTY OF GBI**

Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___36___