# Exhibit 14

**From:** Misty Hampton MAILER-DAEMON
**Subject:** ORR
**Date:** January 1, 2021 at 2:06 AM
**To:** prestonhaliburton



Please see the attached and please let me know if you need anything else. My contact information is 912

Thanks and Happy New Year

Letter NOT
Certifyi...nt.docx
18 KB

**COFFEE COUNTY BOARD OF**
**ELECTIONS AND REGISTRATION**

| | | |
|---|---|---|
| **Ernestine Thomas-Clark, Chairman** | **224 West Ashley Street** | **Eric Chaney, Member** |
| **Wendell Stone, Vice-chairman** | **Douglas, GA 31533** | **Matthew McCullogh, Member** |
| **C.T. Peavy, Member** | **(912) 384-7018** | **Misty Martin**, **Election Supervisor** |
| | **FAX (912) 384-1343** | **Jil Ridlehoover Elections Assistant** |
| | E-Mail: misty.hampton@coffeecounty-ga.gov | |

12/31/2020


We have received your open record request, and I will be speaking with my board, and per Georgia Law I do not see any problem assisting you with anything y'all need accordance to Georgia Law. Y'all are welcome in our office any time. Coffee County Board of Elections and Registration and myself, are willing to work with anyone with accordance to the Georgia Law.


Misty Martin

Election Supervisor

Coffee County Board of Elections

224 West Ashley St

Douglas, Ga. 31533

912-384-7018 - Office

912-393-7181 - Direct