IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, and DONNA CURLING, <br><br> Plaintiffs, <br><br> v. <br><br> COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION, <br><br> Defendant. | CASE NO.: 5:23-mc-1 |

**O R D E R**

Plaintiffs moved to extend the January 21, 2024 deadline for filing a sanctions motion. Doc. 42. I **ORDER** Defendant to respond to Plaintiffs' Motion on or before **January 17, 2024**, to facilitate a ruling before the deadline. Failure to respond shall indicate there is no opposition to Plaintiffs' Motion. Local R. 7.5.

**SO ORDERED**, this 12th day of January, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA