IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

COALITION FOR GOOD GOVERNANCE,
and DONNA CURLING,

    Plaintiffs,

v.

COFFEE COUNTY BOARD OF
ELECTIONS & REGISTRATION,

    Defendant.

CASE NO.: 5:23-mc-1

# O R D E R

Plaintiffs filed a Motion for Extension of Time to File Sanctions Motion. Doc. 42. Defendant filed a Response in opposition. Doc. 44. For the reasons explained below, I **GRANT** Plaintiffs' Motion for Extension. Plaintiffs shall file any motion challenging Defendant's privilege assertions **on or before January 22, 2024.** Plaintiffs may file a motion for sanctions **on or before February 19, 2024.**

I ruled on Plaintiffs' motion to compel on December 22, 2023. Doc. 41. Plaintiffs motion to compel concerned two subpoenas issued by the Northern District of Georgia in Curling v. Raffensperger, No. 1:17-cv-2989 (N.D. Ga. filed Aug. 8, 2017). I granted in part and denied in part Plaintiffs' motion to compel, ordering Defendant to provide Plaintiffs an updated privilege log but denying Plaintiffs' request for other relief. Doc. 41 at 1. I also ordered Plaintiffs to file any motion for sanctions related to the subpoenas and Defendant's conduct related to the subpoenas within 30 days. Id. at 1 n.1.

Plaintiffs now request additional time to file a motion for sanctions. Doc. 42. Plaintiffs' request is based, in part, on the fact Defendant only recently provided its updated privilege log.

Defendant provided Plaintiffs an updated privilege log on January 3, 2024. Doc. 42 at 1. Plaintiffs argue they should have an opportunity to challenge Defendant's privilege assertions and litigate those issues before submitting any motion for sanctions. Id. at 2–4. Plaintiffs also argue they need more time to file their motions because they are preoccupied with trial in the underlying litigation, Curling v. Raffensperger. Id.

Plaintiffs ask for the Court to impose a January 22, 2024 deadline for any motion challenging Defendant's privilege assertions. Id. Plaintiffs ask the Court to set a deadline for any sanctions motion only after the Court has resolved any disputes over Defendant's privilege assertions. Id. If Plaintiffs do not file any such motion challenging Defendant's privilege assertions, Plaintiffs ask to be allowed to file their sanctions motion up to 14 days from the conclusion of the Curling trial. Id. Defendant opposes any extension, arguing Plaintiffs have not shown good cause. Doc. 44.

Having fully considered the parties' respective arguments, I **GRANT** Plaintiffs' request, but with some modification. I find Plaintiffs have established good cause for extending the deadline I established in my previous Order. Plaintiffs shall file any motion challenging Defendant's privilege assertions (which may include a motion to produce privileged documents or a motion requesting in camera review) **on or before January 22, 2024**. Plaintiffs shall file any motion seeking sanctions **on or before February 19, 2024**.

**SO ORDERED**, this 18th day of January, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA