IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

## PLAINTIFF'S NOTICE OF INTENT TO FILE REPLY BRIEF

Pursuant to Local Rule 7.6, Plaintiff Coalition for Good Governance hereby notifies the Court and the Clerk of Court of its intent to file a Reply in response to Defendant's Response to Plaintiffs' Motion for Further Extension of Time (Doc. 48).

Respectfully submitted this 23rd day of January 2024.

                                        */s/ William Daniel Davis*
                                        WILLIAM DANIEL DAVIS
                                        Georgia Bar No. 746811
                                        CARY ICHTER, *Pro Hac Vice*
                                        Georgia Bar No. 382515
                                        ddavis@ichterdaivs.com
                                        cichter@ichterdavis.com

**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE, Suite 860
Atlanta, Georgia 30339
(404) 869-7600

*Attorneys for Coalition for Good Governance*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, a copy of the foregoing Plaintiff's Notice of Intent to File Reply Brief was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

*/s/ William Daniel Davis*
William Daniel Davis
Georgia Bar No. 382515
ddavis@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
(404) 869-7600

*Attorneys for Coalition for Good Governance*