IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, and DONNA CURLING, <br><br> Plaintiffs, <br><br> v. <br><br> COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION, <br><br> Defendant. | CASE NO.: 5:23-mc-1 |

**O R D E R**

Plaintiffs filed a Motion for Further Extension of Time.  Doc. 47.  Defendant filed a Response in opposition.  Doc. 48.

Plaintiffs request more time to file a motion challenging Defendant's privilege assertions.  The deadline was set for January 22, 2024, based on Plaintiff's request.  Doc. 46.  Plaintiffs state they need more time because the trial in the underlying litigation, Curling v. Raffensperger, No. 1:17-cv-2989 (N.D. Ga. filed Aug. 8, 2017), has gone longer than anticipated.  This is the first time Plaintiffs have requested an extension of this deadline.  Plaintiffs' rationale for the extension is thin, but valid.  Defendant has not shown the short, requested extension will prejudice them in any way.  Accordingly, I **GRANT** Plaintiffs' request.  Plaintiffs may file a motion challenging Defendant's privilege assertions **on or before January 29, 2024**.  It is unlikely any additional extensions will be granted.  The parties are encouraged to continue their

conferral efforts about Defendant's privilege claims.

**SO ORDERED**, this 26th day of January, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA