# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 5:23-mc-00001-LGW-BWC ) |
| v. | ) In RE Subpoenas issued by the United States ) District Court For the Northern District of ) Georgia, Atlanta Division, Civil Action No. |
| COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | ) 1:17-CV-2989-AT ) ) |
| Defendant. | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW OF ITEMS DESIGNATED BY DEFENDANT AS PRIVILEGED

Defendant Coffee County Board of Elections and Registration (the "CCBOE") files this Response to Plaintiffs' Motion for *In Camera* Review, in which they request that the Court conduct an *in camera* review of 25 documents identified by Plaintiffs. (Doc. 51). Because the CCBOE has produced each of the documents identified in Plaintiffs' motion, the motion is moot.

On January 29, 2024, at 3:07 PM, Plaintiffs notified the CCBOE, for the first time, that they would be challenging the privilege designations of 25 communications listed on the CCBOE's privilege log. (Exhibit A, p. 1). Approximately three hours later, at 6:12 PM, Plaintiffs filed their Motion for *In Camera* Review. (Doc. 51). The sole relief Plaintiffs seek in their motion is an *in camera* review of the following 25 communications:

- xREL0000009758
- xREL0000009874

1

- xREL0000066837
- xREL0000069112
- xREL0000068638
- xREL0000068776
- xREL0000071219
- xREL0000072573
- xREL0000071323
- xREL0000074286
- xREL0000071786
- xREL0000074756.0002
- xREL0000080987
- xREL0000081601.0002
- xREL0000066859
- xREL0000068604
- xREL0000068642
- xREL0000071160
- xREL0000071225
- xREL0000072582
- xREL0000071492
- xREL0000071709
- xREL0000072218
- xREL0000081145
- xREL0000081419.0001

(Doc. 51, p. 3 n1).

On February 8, 2024, Plaintiffs agreed to withdraw their Motion for *In Camera* Review upon the production of the 25 communications. (Exhibit B, p. 2). On February 9, 2024, the CCBOE produced all 25 communications identified in Plaintiffs' motion. (Exhibit B, p. 1). Despite the CCBOE's production of all 25 communications, Plaintiffs have not withdrawn their motion. However, because the 25 communications have been produced to Plaintiffs, the sole relief sought in Plaintiffs' motion is moot.

For the foregoing reason, the Court should deny Plaintiffs' Motion for *In Camera* Review of Item Designated by Defendant as Privileged (Doc. 51).

This 12th day of February, 2024.

|  |  |
|---|---|
|  | **OLIVER MANER LLP** |
|  | */s/ Benjamin M. Perkins* |
| Oliver Maner LLP | BENJAMIN M. PERKINS |
| 218 West State Street | Georgia Bar No. 140997 |
| P.O. Box 10186 | WES P. RAHN |
| Savannah, GA 31412 | Georgia Bar No. 60391 |
| (912) 236-3311 |  |
| bperkins@olivermaner.com | *Attorneys for Defendant Coffee* |
| wrahn@olivermaner.com | *County Board of Elections &* |
|  | *Registration* |
|  | **HALL BOOTH SMITH, P.C.** |
|  | */s/ Jennifer D. Herzog* |
| 1564 King Road | JENNIFER D. HERZOG |
| Tifton Georgia 31793 | Georgia Bar No. 109606 |
| (229) 382-0515 | NICHOLAS A. KINSLEY |
| jherzog@hallboothsmith.com | Georgia Bar No. 273862 |
| nkinsley@hallboothsmith.com |  |
|  | *Attorneys for Defendant Coffee* |
|  | *County Board of Elections &* |
|  | *Registration* |

<u>CERTIFICATE OF SERVICE</u>

 This is to certify that I have this day caused electronic notification of filing and service of the foregoing to be made upon counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

 This 12th day of February, 2024.

| | |
|---|---|
| | **OLIVER MANER LLP** |
| | */s/ Benjamin M. Perkins* |
| Oliver Maner LLP | BENJAMIN M. PERKINS |
| 218 West State Street | Georgia Bar No. 140997 |
| P.O. Box 10186 | WES P. RAHN |
| Savannah, GA 31412 | Georgia Bar No. 60391 |
| (912) 236-3311 | |
| bperkins@olivermaner.com | *Attorneys for Defendant Coffee* |
| wrahn@olivermaner.com | *County Board of Elections &* |
| | *Registration* |
| | **HALL BOOTH SMITH, P.C.** |
| | */s/ Jennifer D. Herzog* |
| 1564 King Road | JENNIFER D. HERZOG |
| Tifton Georgia 31793 | Georgia Bar No. 109606 |
| (229) 382-0515 | NICHOLAS A. KINSLEY |
| jherzog@hallboothsmith.com | Georgia Bar No. 273862 |
| nkinsley@hallboothsmith.com | |
| | *Attorneys for Defendant Coffee* |
| | *County Board of Elections &* |
| | *Registration* |