IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW, Cary Ichter, Esq., lead counsel for Plaintiff Coalition for Good Governance in the above-referenced matter, and hereby moves this Court to grant him leave of absence from the practice of law on the following dates: February 23, 26, and 27, 2024; March 7, 8, 18, 19, 20, 21, 22, 25, 26, 27, 28, 29, 2024; and April 1, 2, 3, 4, and 5, 2024.

Counsel will be out of the country on February 23, 26, and 27 to attend a legal conference. On March 7 and 8, counsel will be out of state to attend

1

a legal conference. During the remaining above-listed, counsel will be undergoing back surgery and recovering therefrom.

A proposed order granting the requested leave is attached hereto as **Exhibit "A."**

Respectfully submitted this 14th day of February 2024.

>*/s/ William Daniel Davis*
>WILLIAM DANIEL DAVIS
>Georgia Bar No. 746811
>CARY ICHTER, *Pro Hac Vice*
>Georgia Bar No. 382515
>ddavis@ichterdaivs.com
>cichter@ichterdavis.com
>
>**ICHTER DAVIS LLC**
>400 Interstate N. Pkwy, SE, Suite 860
>Atlanta, Georgia 30339
>(404) 869-7600
>
>*Attorneys for Coalition for Good Governance*

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, a copy of the foregoing *Plaintiffs' Motion for Leave of Absence* was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

*/s/ William Daniel Davis*
William Daniel Davis
Georgia Bar No. 382515
ddavis@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
(404) 869-7600

*Attorneys for Coalition for Good Governance*
