# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

## [PROPOSED] ORDER GRANTING LEAVE OF ABSENCE

Application for Leave of Absence has been requested by counsels for Coalition for Good Governance, Cary Ichter, in the above-captioned case for the following dates: February 23, 26, and 27, 2024; March 7, 8, 18, 19, 20, 21, 22, 25, 26, 27, 28, 29, 2024; and April 1, 2, 3, 4, and 5, 2024. The above and foregoing request for Leave of Absence is hereby GRANTED.

SO ORDERED, this _____ day of _____, 2024.

_____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA