IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>Plaintiffs,<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW Halsey G. Knapp, Jr., counsel for Plaintiff Donna Curling and, pursuant to Local Rule 83.9, respectfully moves this Court to grant him leave of absence from this case for the following time periods:

- May 9-10, 2024;

- May 27, 2024 through June 3, 2024; and

- August 26, 2024 through September 9, 2024

Movant will be away from the practice of law for business and personal reasons. Movant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

A proposed order granting the requested leave is attached hereto as **Exhibit 1**.

Respectfully submitted, this 14th day of February, 2024.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
hknapp@khlawfirm.com
**KREVOLIN & HORST, LLC**
1201 West Peachtree Street, NW
Suite 3250
Atlanta, Georgia 30309
(404) 888-9700

*Counsel for Plaintiff Donna Curling*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

This 14th day of February, 2024.

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
*Counsel for Plaintiff Donna Curling*
