# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>Plaintiffs,<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC |

## [PROPOSED] ORDER

The Court, having reviewed and considered attorney Halsey G. Knapp, Jr.'s Motion for Leave of Absence in the above-styled action, it is hereby ORDERED that counsel's Motion is GRANTED. Attorney Halsey G. Knapp, Jr. shall be permitted a leave of absence for the following dates: May 9, 2024, May 10, 2024, May 27, 2024 through June 3, 2024, and August 26, 2024 through September 9, 2024.

SO ORDERED, this ____ day of _____, 2024.

_____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

KH806691.DOCX