IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR
*IN CAMERA* REVIEW OF ITEMS
DESIGNATED BY DEFENDANT AS PRIVILEGED (DOC. 51)**

On January 29, 2024, Plaintiffs filed a Motion for *In Camera* Review of Items Designated by Defendant as Privileged ("Motion"), (Doc. 51).  Since the filing of the Motion, Defendant Coffee County Board of Elections and Registration, through counsel, has represented to Plaintiffs' counsel that it has produced all documents identified in the Motion.  Based on said representation, Plaintiffs hereby withdraw their Motion (Doc. 51).

Respectfully submitted this 16th day of February, 2024.

*/s/ William Daniel Davis*
WILLIAM DANIEL DAVIS

1

Georgia Bar No. 746811
CARY ICHTER, *Pro Hac Vice*
Georgia Bar No. 382515
ddavis@ichterdaivs.com
cichter@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE, Suite 860
Atlanta, Georgia 30339
(404) 869-7600
*Attorneys for Coalition for Good Governance*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2024, a copy of the foregoing *Plaintiffs' Withdrawal of Motion for In Camera Review of Items Designated By Defendant As Privileged (Doc. 51)* was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

<u>*/s/ William Daniel Davis*</u>
William Daniel Davis
Georgia Bar No. 382515
ddavis@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
(404) 869-7600

*Attorneys for Coalition for Good Governance*