IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, and DONNA CURLING,<br><br>  Plaintiffs,<br><br>  v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION,<br><br>  Defendant. | CASE NO.: 5:23-mc-1 |

**O R D E R**

Plaintiffs filed a Motion for in Camera Review on January 29, 2024, asking the Court to review 25 documents for which Defendant claimed privileges.  Doc. 51.  Defendant filed a Response, stating it produced all 25 documents to Plaintiffs on February 9, 2024.  Doc. 52.  Plaintiffs then filed a Notice of Withdrawal, seeking to withdraw their Motion for in Camera Review based on Defendant's representation it had produced all documents Plaintiffs identified in the Motion.  Doc. 57.  Accordingly, I **GRANT** Plaintiffs' request to withdraw.  Doc. 57.  I **DIRECT** the Clerk of Court to **TERMINATE** Plaintiffs' Motion for in Camera Review.  Doc. 51.

**SO ORDERED**, this 20th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA