# EXHIBIT 1

# Letter from Preston Haliburton - 12/31/20

*PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANTS CCBOER AND COUNSEL*

<u>CGG, et al. v. Coffee Cty. Bd. of Elections and Registration</u>
United States District Court for the Southern District of Georgia
No: 5:23-mc-00001-LGW-BWC

**From:** Preston Haliburton <prestonhaliburton@icloud.com>
**Sent:** Thursday, December 31, 2020 3:19 PM EST
**To:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Subject:** Open Records:
**Attachment(s):** "FILE_8668.docx"


Sent from my iPhone



December 31, 2020+

Misty Martin
Coffee County Registrar
224 W. Ashley Street
Douglas, Georgia 31533

Eric Chaney
Coffee County Board of Elections
224 W. Ashley Street
Douglas, Georgia 31533
`

Re: Open Records Request Pursuant to O.C.G.A. § 50-17-70 et seq.

Dear Records Custodian:

On Friday January 1, 2021 at 1:00 p.m., or the following Saturday/Sunday, please make available the following documents and things for physical, non-destructive inspection for testing and scanning, in their original form:

· All original, paper absentee mail-in ballots as well as the scanned/electronic copies that were counted towards the 2020 Presidential Election vote totals which were scanned; and

3040 Peachtree Rd. Suite 1304 • Atlanta, GA 30305 | 310 Newman Street • Carrolton, GA 30117 | 3035 Watson Blvd • Warner Robbins GA 31093
Office: 404-CER-TAIN • 404-237-8246 • Cell: 404-217-9028 • PrestonHaliburton@gmail.com

· All original, paper absentee mail-in ballots as well as the scanned/electronic copies for the 2020 Presidential Election that were discarded or otherwise not counted for the 2020 Presidential Election.

· The originals of the spoiled absentee mail-in ballots.

This request is made pursuant to O.C.G.A. § 50-18-71(b)(1)(A). Please contact me personally at 404-217-9028 or by email at Preston Haliburton@gmail.com or Robert Cheeley at 770-861-4100 to coordinate the location for the inspection. The undersigned will have experts accompanying to analyze the originals and the electronic stored version of these ballots.

Thank you for your immediate attention to this matter

Sincerely,

Preston Lee Haliburton

3040 Peachtree Rd. Suite 1304 • Atlanta, GA 30305 | 310 Newman Street • Carrolton, GA 30117 | 3035 Watson Blvd • Warner Robbins GA 31093

Office: 404-CER-TAIN • 404-237-8246 • Cell: 404-217-9028 • PrestonHaliburton@gmail.com

CGGGBI0017507