# EXHIBIT 5

# 30(b)(6) Deposition of Wendell Stone - Excerpts

*PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANTS CCBOER AND COUNSEL*

<u>CGG, et al. v. Coffee Cty. Bd. of Elections and Registration</u>
United States District Court for the Southern District of Georgia
No: 5:23-mc-00001-LGW-BWC

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3
 4
       Donna Curling, et al.,
 5
                    Plaintiffs,
 6                                        CIVIL ACTION FILE
                 vs.
 7                                        NO. 1:17-cv-02989-AT
       Brad Raffensberger, et
 8     al.,
 9                  Defendants.
       ~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
12            VIDEO 30(b)(6) DEPOSITION OF
      COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION
13                          THROUGH
                        WENDELL STONE
14
15
                     September 1, 2022
16
                        9:07 a.m.
17
18
19       Suite 3250, One Atlantic Center
              1201 W. Peachtree Street
20                 Atlanta, Georgia
21
22
23
            S. Julie Friedman, CCR-B-1476
24
25
```

Case 5:23-cv-00089-GW-DWO Document 489-16 Filed 08/19/24 Page 3 of 7
Case 1:17-cv-02989-ATW-BWC Document 1160-5 Filed 08/19/20 Page Page 2 of 7

Page 2

```
 1              APPEARANCES OF COUNSEL
 2     On behalf of the Curling Plaintiffs:
 3         MORRISON & FOERSTER LLP
           DAVID D. CROSS, ESQ.
 4         VERONICA ASCARRUNZ, ESQ. (Via Zoom)
           JENNA CONAWAY, ESQ. (Via Zoom)
 5         WAIL JIHADI, ESQ. (Via Zoom)
           MARY KAISER, ESQ. (Via Zoom)
 6         CAROLINE MIDDLETON, ESQ. (Via Zoom)
           DONNA PRICE, ESQ. (Via Zoom)
 7         SONJA SWANBECk, ESQ. (Via Zoom)
           Suite 900
 8         2100 L Street, NW
           Washington, DC  20037
 9         202.887.8795
           dcross@mofo.com
10     AND
           KREVOLIN & HORST LLC
11         ADAM M. SPARKS, ESQ.
           JESSICA CINO, ESQ. (Via Zoom)
12         Suite 3250, One Atlantic Center
           1201 W. Peachtree Street NW
13         Atlanta, Georgia  30309
           404.835.8067
14         404.888.9577 Fax
           sparks@khlawfirm.com
15
       On behalf of the Coalition for Good Governance
16        Plaintiffs:
17         BRUCE P. BROWN LAW LLC
           BRUCE PERRIN BROWN, ESQ.  (Via Zoom)
18         MARILYN MARKS, ESQ. (Via Zoom)
           Suite 6
19         1123 Zonolite Road
           Atlanta, Georgia  30306
20         404.386.6856
           bbrown@brucepbrownlaw.com
21
22
23
24
25
```

Case 5:23-cv-00089-GW-BWC Document 160 Filed 08/19/24 Page 4 of 7
Case 1:17-cv-02989-AT Document 1489-16 Filed 09/22/22 Page 4 of 290

Page 3

```
 1              APPEARANCES OF COUNSEL (CONTINUED)
 2       On behalf of the State Defendants:
 3           ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
             CAREY A. MILLER, ESQ.
 4           VINCENT R. RUSSO, ESQ. (Via Zoom)
             500 14th Street NW
 5           Atlanta, GA  30318
             678.701.9381
 6           cmiller@robbinsfirm.com
         AND
 7           TAYLOR ENGLISH DUMA LLP
             DIANE F. LaROSS, ESQ.
 8           BRYAN TYSON, ESQ. (Via Zoom)
             Suite 200
 9           1600 Parkwood Circle
             Atlanta, Georgia  30339
10           678.336.7228
             dlaross@taylorenglish.com
11
         On behalf of the Deponent:
12
             HALL BOOTH SMITH PC
13           STEPHEN D. DELK, ESQ.
             1564 King Road
14           Tifton, Georgia  31793
             229.382.0515
15           229.382.1676 Fax
             sdelk@hallboothsmith.com
16
         Also Present:
17           Donna Curling
             Susan Greenhall
18           Joseph Oluwasegun
19           Kevin Skoglund
             Danielle Stucchi, Paralegal
20            Krevolin & Horst LLC
             Ernestine Thomas-Clark
21           Jesse Wiggins, Videographer
22
23
24
25
```

1        this.
2        Q.    (By Mr. Brown)  Do you know what that is?
3        A.    This, the Hand Recount Recap.
4        Q.    Do you know where -- where the plaintiffs
5    in that case would have gotten that recap from?
6              MR. DELK:  Object to the form.
7              THE WITNESS:  I --
8        Q.    (By Mr. Brown)  If you --
9        A.    I don't know.
10             Is this not a matter of public record?
11       Q.    I'm not sure.
12             MR. DELK:  Just answer the question, if
13       you know it.
14             THE WITNESS:  I don't know.
15       Q.    (By Mr. Brown)  You --  You may have been
16   asked some these, and I'll just try to sum up quick
17   on that.
18             Are you aware of any investigation of
19   Coffee County by the Secretary of State, the SEB, or
20   the GBI into the breach in January 2021 of Coffee
21   County's election system?
22       A.    I'm not aware.
23       Q.    Have you been contacted by the F -- by the
24   GBI?
25       A.    I have not.

1     MR. DELK: Object to the form to extent he
2  may not know about communications with counsel.
3     But subject to that he's welcome to
4  respond.
5     Q. (By Mr. Brown) Do you know if your lawyer
6  was contacted by the GB --
7     A. Contacted by who?
8     Q. GBI.
9     A. I don't know if my lawyer was contacted by
10 GBI.
11    Q. Do you know -- Do you know of anybody
12 being contacted by the GBI as of today?
13    MR. DELK: Same objection.
14    You can respond.
15    THE WITNESS: I don't know.
16    Q. (By Mr. Brown) And you -- you knew that
17 my client, Coalition for Governance, has informed
18 Coffee County many months ago of the suspicion of
19 this breach, right?
20    A. I'm not wind -- I'm not sure of when
21 Coffee County was informed of the breach. The real
22 concern came through the media presentations.
23    Q. You mean more recently?
24    A. Well, I mean, whenever they first came
25 out.

C E R T I F I C A T E

STATE OF GEORGIA:

County OF FULTON:

      I hereby certify the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 282 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

      This, the 6th day of September, 2022.

*S. Julie Friedman*

      S. JULIE FRIEDMAN, CCR-B-1476