# EXHIBIT 6

## GBI Investigative Reports

***Note** - Complete GBI Report can be found at the following link

https://s3.documentcloud.org/documents/24117807/gbi-report-redacted-1.pdf

*PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANTS CCBOER AND COUNSEL*

<u>CGG, et al. v. Coffee Cty. Bd. of Elections and Registration</u>
United States District Court for the Southern District of Georgia
No: 5:23-mc-00001-LGW-BWC

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Thursday, August 8, 2022, at approximately 1:08 p.m., Special Agent CHRIS BALDWIN was located at the Coffee County Board of Commissioner's meeting room in Douglas, Georgia for the purpose of conducting an interview with WENDALL STONE, current Coffee County Board of Elections member. STONE was accompanied in the interview by Coffee County Attorneys TONY ROWELL and STEPHEN DELK and STONE'S personal attorney ROB WALKER. The interview was in reference to the Coffee County computer trespass investigation. The interview with STONE was audio recorded. The recording has been attached to this summary. For a verbatim account of the interview, refer to the recording. STONE agreed to speak with the Agent and essentially stated the following:

As soon as the interview began, WALKER advised he demanded any questions that SA BALDWIN wanted to ask STONE, be provided to him prior to the interview for WALKER and STONE to review. WALKER also advised he did not find out about the interview until the day prior. SA BALDWIN advised WALKER that the GBI does not disburse predetermined questions to subjects in a criminal investigation. SA BALDWIN also advised WALKER that he received an email from Coffee County Attorney JENNIFER HERZOG listing him as STONE'S attorney for the GBI interview on Thursday, September 1, 2022. STONE then asked SA BALDWIN to step out while he spoke with his lawyers privately. A few minutes later, STONE asked SA BALDWIN to come back into the meeting room where WALKER again advised that his client was refusing to provide an interview.

Investigative act concluded.

Page 1 of 2

905046

FCDA00138993

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___34___

**ATTACHMENTS**

AUDIO

(Attachments)

**ID DATA:**

**STONE, WENDELL**



SPECIAL AGENT CHRISTOPHER BALDWIN:   9/8/2022
cb:   9/8/2022

Page 2 of 2

905046

FCDA00138994

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___34___

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Friday, August 9, 2022, at approximately 9:00 a.m., Special Agent CHRIS BALDWIN was located at the Coffee County Board of Commissioner's meeting room in Douglas, Georgia for the purpose of conducting an interview with MATTHEW MCCULLOUGH, current Coffee County Board of Elections member. MCCULLOUGH was accompanied in the interview by Coffee County Attorneys TONY ROWELL ███████ and STEPHEN DELK ███████ and MCCULLOUGH'S personal attorney JARED ROBERTS ███████. The interview was in reference to the Coffee County computer trespass investigation. The interview with MCCULLOUGH was audio recorded. The recording has been attached to this summary. For a verbatim account of the interview, refer to the recording. MCCULLOUGH agreed to speak with the Agent and essentially stated the following:

MCCULOUGH has been on the CCBOE for three (3) years. MCCULLOUGH represents the district that Coffee County Commissioner JOHNNY WAYNE JOWERS represents. MCCULLOUGH was not at the Coffee County Elections and Registration Office on January 7, 2021. MCCULLOUGH has no knowledge of anything that occurred that day. MCCULLOUGH has never seen anyone that did not belong in the GEMS room or the equipment room at the CCERO. MCCULLOUGH was present the day that former Coffee County Elections Supervisor MISTY HAYES and Assistant Elections Supervisor JIL RIDLEHOOVER signed their resignations. ROWELL was also present the day the resignations were signed.

Investigative act concluded at approximately 9:33 a.m.

Page 1 of 2

905353

FCDA00138995

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___35___

**ATTACHMENTS**

AUDIO (Attachments)

**ID DATA:**

**MCCULLOUGH, MATTHEW**



SPECIAL AGENT CHRISTOPHER BALDWIN:   9/10/2022

cb:   9/10/2022

Page 2 of 2

905353

FCDA00138996

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___35___

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Wednesday, September 21, 2022, at approximately 10:38 a.m., Special Agent MICHAEL PEARSON conducted a telephone interview with Coffee County Elections Board Member DAVID "ANDY" THOMAS. Agent PEARSON previously arranged the interview through THOMAS' lawyer, Attorney BRADLEY COLLINS of Waycross, Georgia. THOMAS was located at his lawyer's office in Waycross during the interview. When asked, Attorney COLLINS stated the parties present for the interview consisted of COLLINS and his client.

The interview was audio recorded in its entirety in digital format. The audio recording was uploaded to the Georgia Bureau of Investigation Digital Case Management System and attached to this investigative summary.

THOMAS stated he was appointed to the Coffee County Board of Elections on January 1, 2022 by County Commissioner JIMMY KITCHENS. COLLINS stated he replaced C.T. PEAVY as a board member. When asked, THOMAS stated he has had no conversations with current or former election board members or Elections Office employees concerning the investigation involving the January 7, 2021 incident currently under investigation.

When asked, THOMAS stated he was not personally acquainted with former Elections Board Member ERIC CHANEY. THOMAS clarified he was friends with CHANEY on Face Book. THOMAS stated he has never had any conversations with CHANEY concerning the events of January 7, 2021. THOMAS was aware that CHANEY resigned his position as board member because CHANEY moved out of the voting

Page 1 of 3

907908

FCDA00138997

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___36___

**46-0001-42-23**

district for which he represented.

When asked, THOMAS identified the current Coffee County Elections Supervisor as RACHEL ROBERTS, and the Assistant Elections Supervisor as CHRISTY NIPPER. THOMAS was familiar with both MISTY HAMPTON (former Elections Supervisor) and JIL RIDLEHOOVER (former Assistant Elections Supervisor). THOMAS stated he was not personally acquainted with either HAMPTON or RIDLEHOOVER, but was possibly Face Book friends with both. According to THOMAS, he has never spoken with either about the events that took place in the Coffee County Elections Office on January 7, 2021.

No further relevant information was obtained from THOMAS and the interview concluded at approximately 10:52 a.m.

**ATTACHMENTS**

AUDIO DAVID "ANDY" THOMAS phone interview                                      (Attachments)

Page 2 of 3

907908

FCDA00138998

**PROPERTY OF GBI**
Further dissemination is prohibited without written approval of a GBI Supervisor

EXHIBIT ___36___

**ID DATA:**

**THOMAS, DAVID ANTHONY**



**COLLINS, BRADLEY L.**   (ATTORNEY)



SPECIAL AGENT MICHAEL PEARSON:   9/23/2022

mp:   9/23/2022

Page 3 of 3

907908

FCDA00138999

**PROPERTY OF GBI**

Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___36___