# EXHIBIT 10

# Declaration of Philip B. Stark – 02/20/24

*PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANTS CCBOER AND COUNSEL*

CGG, et al. v. Coffee Cty. Bd. of Elections and Registration
United States District Court for the Southern District of Georgia
No: 5:23-mc-00001-LGW-BWC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>Plaintiffs,<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

**Declaration of Philip B. Stark**

**20 February 2024**

1

1. My name is Philip Bradford Stark. I am a testifying expert for Coalition for Good Governance (Coalition) in Curling v. Raffensperger.

2. I have been involved extensively in discovery efforts regarding Coffee County, GA, and in assessing the implications of the Coffee County security breach on the security of Georgia elections.

3. I assisted the Curling and Coalition legal team in preparing for the depositions of many of the Coffee County deponents, including reviewing relevant documents and helping to prepare questions.

4. I attended part or all of the depositions of Ben Cotton, Alex Cruce, Misty Hampton, Cathy Latham, Jeffrey Lenberg, Doug Logan, and SullivanStrickler.

5. I estimate my time specifically related to Coffee County discovery to be between 90 and 110 hours.

6. During the period in which I performed this work, my billing rate has been $1800 per hour for consulting, including litigation consulting. I have been paid at that rate by clients including individuals, law firms, corporations, and the U.S. Department of Justice since late 2020.

7. Thus, my time relating to Coffee County translates to fees between $162,000 and $198,000.

8. I anticipate working with counsel over the next few days to refine this estimate.

_____   20 February 2024
Philip B. Stark