IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

## PLAINTIFF CGG'S NOTICE OF INTENT TO FILE REPLY BRIEF

Pursuant to Local Rule 7.6, Plaintiff Coalition for Good Governance hereby notifies the Court and the Clerk of Court of its intent to file a Reply in response to Defendant's Response in Opposition to Plaintiff Coalition for Good Governance's Motion to Exceed Page Limit (Doc. 63).

Respectfully submitted this 21st day of February 2024.

                                          */s/ William Daniel Davis*
                                          WILLIAM DANIEL DAVIS
                                          Georgia Bar No. 746811
                                          CARY ICHTER, *Pro Hac Vice*
                                          Georgia Bar No. 382515

                                          ddavis@ichterdaivs.com

1

cichter@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE, Suite 860
Atlanta, Georgia 30339
(404) 869-7600

*Attorneys for Coalition for Good Governance*

and

*/s/ Bruce P. Brown*
BRUCE P. BROWN
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Attorneys for Coalition for Good Governance*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, a copy of the foregoing Plaintiff CGG's Notice of Intent to File Reply Brief was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

>*/s/ William Daniel Davis*
> William Daniel Davis
> Georgia Bar No. 382515
> ddavis@ichterdavis.com
> **ICHTER DAVIS LLC**
> 400 Interstate N. Pkwy, SE
> Suite 860
> Atlanta, Georgia 30339
> (404) 869-7600
>
> *Attorneys for Coalition for Good Governance*