# EXHIBIT A

(Email Correspondence between Mr. Ichter and
Deputy Clerk, February 16, 2024)

| From: | Gail Holt |
|---|---|
| To: | Cary Ichter |
| Subject: | RE: Monday |
| Date: | Friday, February 16, 2024 11:34:30 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |

Please see Fed.R.Civ.P. 6 or Fed.R.Cr.P. 45.

Thank you,
Gail

**From:** Cary Ichter <CIchter@IchterDavis.com>
**Sent:** Friday, February 16, 2024 11:20 AM
**To:** Gail Holt <Gail_Holt@gas.uscourts.gov>
**Subject:** RE: Monday

CAUTION - EXTERNAL:

I have a motion due on Monday. Would I be correct that my due date would roll over to Tuesday?

Cary Ichter, Partner
Ichter Davis, LLC
400 Interstate N Pkwy
Suite 860
Atlanta, GA 30339
phone 404.869.5243
fax 404.602.0037
cell 404.769.1353
cichter@IchterDavis.com



**From:** Gail Holt <Gail_Holt@gas.uscourts.gov>
**Sent:** Friday, February 16, 2024 11:19 AM
**To:** Cary Ichter <CIchter@IchterDavis.com>
**Subject:** RE: Monday

No, we'll be closed for President's Day. Thx-



**From:** Cary Ichter <CIchter@IchterDavis.com>
**Sent:** Friday, February 16, 2024 11:16 AM
**To:** Gail Holt <Gail_Holt@gas.uscourts.gov>
**Subject:** Monday

**CAUTION - EXTERNAL:**

Ms. Holt: Is the Court open on Monday?

Cary Ichter, Partner
Ichter Davis, LLC
400 Interstate N Pkwy
Suite 860
Atlanta, GA 30339
phone 404.869.5243
fax 404.602.0037
cell 404.769.1353
cichter@IchterDavis.com



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.