# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING, <br><br> Plaintiffs, <br><br> v. <br><br> COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, <br><br> Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC <br><br> In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action No. 1:17-CV-2989-AT |

## DEFENDANT COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION'S CONSENT MOTION FOR CLERK'S EXTENSION OF TIME TO FILE RESPONSE BRIEF

Coffee County Board of Elections and Registration, (the "CCBOER") Defendant herein, files this Consent Motion for Clerk's Extension of Time to File Response Brief pursuant to S.D. Ga. LR 6.1, showing this Honorable Court as follows:

CCBOER's Response to Plaintiff Coalition for Good Governance's Motion for Sanctions (Doc. 60) is presently due on March 5, 2024. Pursuant to S.D. Ga LR 6.1, the CCBOER respectfully requests that the Clerk grant a fourteen (14) day extension of time for the CCBOER to file its Response Brief, up through and including March 19, 2024.

Counsel for Plaintiff Coalition for Good Governance consents to this request. This is the first request for an extension with respect to the pleading at issue. For the Court's convenience, a proposed order is attached hereto.

1

This 28th day of February, 2024.

|  | **OLIVER MANER LLP** |
|---|---|
|  | */s/ Benjamin M. Perkins* |
| Oliver Maner LLP | BENJAMIN M. PERKINS |
| 218 West State Street | Georgia Bar No. 140997 |
| P.O. Box 10186 | WES P. RAHN |
| Savannah, GA 31412 | Georgia Bar No. 60391 |
| (912) 236-3311 |  |
| bperkins@olivermaner.com | *Attorneys for Defendant Coffee* |
| wrahn@olivermaner.com | *County Board of Elections &* |
|  | *Registration* |
|  | **HALL BOOTH SMITH, P.C.** |
|  | */s/ Jennifer D. Herzog* |
| 1564 King Road | JENNIFER D. HERZOG |
| Tifton Georgia 31793 | Georgia Bar No. 109606 |
| (229) 382-0515 | NICHOLAS A. KINSLEY |
| jherzog@hallboothsmith.com | Georgia Bar No. 273862 |
| nkinsley@hallboothsmith.com |  |
|  | *Attorneys for Defendant Coffee* |
|  | *County Board of Elections &* |
|  | *Registration* |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day caused electronic notification of filing and service of the foregoing to be made upon counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

This 28th day of February, 2024.

                                         **OLIVER MANER LLP**

                                         */s/ Benjamin M. Perkins*

| | |
|---|---|
| Oliver Maner LLP | BENJAMIN M. PERKINS |
| 218 West State Street | Georgia Bar No. 140997 |
| P.O. Box 10186 | WES P. RAHN |
| Savannah, GA 31412 | Georgia Bar No. 60391 |
| (912) 236-3311 | |
| bperkins@olivermaner.com | *Attorneys for Defendant Coffee* |
| wrahn@olivermaner.com | *County Board of Elections &* |
| | *Registration* |