# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 5:23-mc-00001-LGW-BWC ) ) In RE Subpoenas issued by the United States |
| v. | ) District Court For the Northern District of ) Georgia, Atlanta Division, Civil Action No. |
| COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | ) 1:17-CV-2989-AT ) ) |
| Defendant. | ) |

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to S.D. Ga LR 6.1 Defendant Coffee County Board of Elections and Registration has filed a Consent Motion to extend by fourteen (14) days the time within which to file a Response brief to Plaintiff Coalition for Good Governance's Motion for Sanctions (Doc. 60), and it appearing from the record that the time originally prescribed has not expired and that no previous extensions have been granted by the Clerk with respect to this pleading, and that Plaintiff Coalition for Good Governance consents to the extension, an extension of fourteen (14) days is GRANTED. Coffee County Board of Elections and Registration's Response Brief to Plaintiff Coalition for Good Governance's Motion for Sanctions may be filed up through and including March 19, 2024.

SO ORDERED this _____ day of February, 2024.

BY: _____
Deputy Clerk

1

2

Order Prepared By:

Benjamin M. Perkins
Oliver Maner LLP
P. O. Box 10186
Savannah, Georgia 31412

2