# EXHIBIT 1

## Curling Case Discovery Materials Referenced as Used in GBI Report [1]

|  | Deposition Date | Transcript Reference Exhibit # | Discovery Docs Exhibit # | Declarations Exhibit # |
|---|---|---|---|---|
| **Depositions** | | | | |
| James Barnes | 20-Jul-22 | | | |
| Cathy Latham | 8-Aug-22 | 55 | 61 | |
| Eric Chaney | 15-Aug-22 | 30 | | |
| Jill Ridlehoover | 16-Aug-22 | 24 | | |
| Ben Cotton | 25-Aug-22 26-Aug-22 | 149 | | |
| Wendell Stone | 1-Sep-22 | 128 | | |
| Sullivan Strickler | 2-Sep-22 16-Sep-22 | 65 | | |
| Robert Sinners | 28-Sep-22 | | | |
| Misty Hampton | 11-Nov-22 | 15 | | |
| Doug Logan | 18-Nov-22 | 72 | 76 | |
| Ed Voyles | 16-Sep-22 | 36 | | |
| Jeffrey Lenberg | 21-Nov-22 | 82 | 88 | |
| Alex Cruce | 22-Nov-22 | 45 | | |
| **Documents** | | | | |
| CGG Discovery materials | | | 112 | |
| Halderman declarations | | | | 136 |
| Skoglund declarations | | | | 140 |
| Persinger declarations | | | | 145 |
| Productions docs | | | 283 | |
| Productions docs | | | 291 | |

[1] The redacted GBI report may be found at
https://s3.documentcloud.org/documents/24117807/gbi-report-redacted-1.pdf
Plaintiffs will file a sealed unredacted copy at the Court's request.