# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA WAYCROSS DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>**Defendant.** | Civil Action No.: 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

### SUPPLEMENTAL DECLARATION OF KEVIN SKOGLUND

Pursuant to 28 U.S.C. § 1746, I, KEVIN SKOGLUND, declare under penalty of perjury that the following is true and correct:

1. This declaration supplements my declaration dated February 20, 2024. I hereby incorporate my previous declaration as if fully stated herein.

2. I previously reported 58 hours spent reviewing and filtering the contents of the GBI Image at a rate of $500 per hour for a subtotal of $29,000. As I declared, these were not all of my hours and expenses related to the Coffee County discovery problems.

1

3. The Plaintiffs' attorneys have determined that a reasonable estimate of the additional effort attributable to the Coffee County discovery problems includes all hours and expenses related to the GBI Image and to the depositions and document review for the deponents Jil Ridlehoover, Ben Cotton, Ed Voyles, and Alex Cruce. Accordingly, I am providing those hours and expenses to the Court.

4. I purchased an external hard drive at Target on November 21, 2023 to securely store the GBI Image at a cost of $97.78. (The GBI Image is as large as the original computer's entire hard drive.)

5. I spent 8.75 hours communicating and conferring with the Plaintiffs and attorneys regarding the contents of the GBI Image at a rate of $500 per hour for a subtotal of $4,375.

6. I spent 25.75 hours attending the depositions and reviewing the documents produced by Jil Ridlehoover (3 hours deposition), Ben Cotton (7 hours deposition, 1 hour documents), Ed Voyles (5.5 hours deposition, 2 hours documents), and Alex Cruce (6 hours deposition, 1.25 hours documents), at a rate of $500 per hour, for a subtotal of $12,875.

7. The total reasonable estimate of my additional hours and expenses attributable to the Coffee County discovery problems is $46,347.78.

8. This is only a fraction of the work that I performed related to the events in Coffee County. I performed over 400 *additional* hours. I examined, analyzed, and extracted data from 25 forensic-quality copies of the software and data on Coffee

2

County's election hardware; attended 15 depositions; reviewed thousands of documents, emails, text messages, and photos; watched three months of security video from four cameras; analyzed the 392-page GBI Report on Coffee County; and wrote a 75-page declaration which summarizes all of the evidence and provides an expert cybersecurity analysis of the risks and implications. Further details about this work are available upon request of the Court.

Executed on this date, March 4, 2024.

*Kevin Skoglund*
_____
Kevin Skoglund