# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE and DONNA CURLING,**<br><br>Plaintiffs,<br><br>v.<br><br>**COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,**<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

### DECLARATION OF MARILYN MARKS

**MARILYN MARKS** hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I am the Executive Director of Plaintiff Coalition for Good Governance ("CGG"), a plaintiff in this action and the underlying Curling v. Raffensperger litigation.

3. This declaration supplements my declaration of February 20, 2024. (Doc. 60-4)

1

4. Legal counsel has concluded that a reasonable estimate of the excess work directly attributable to identifiable specific instances of CCOBER's discovery misconduct includes depositions of Ed Voyles, Alex Cruce, Jil Ridlehoover, and Benjamin Cotton, and the efforts to recover, organize and review the contents of the CCBOER desktop image of obtained from the GBI.

5. In preparing this declaration, I have reviewed all my emails and documents from the period of time in which these depositions were taken. Exhibit 1 shows a portion of the hours that I spent – 87.5 hours; the actual amount of hours is undoubtedly much higher.   6. The nature of the this specific work involved extensive research of potential and planned discovery efforts for each witness, drafting rough outlines for subpoenas, reviewing and organizing documents, drafting lists of questions topics and follow-up questions. I also attended every deposition and participated in post-deposition follow up sessions with counsel, experts, and volunteers.

7. The extensive discovery work I did in relation to the GBI image containing thousands of documents from the CCBOER office desktop included the following. First, I originally discovered that the GBI had Ms. Hampton's emails and was heavily involved in communications

2

relating to obtaining the GBI with counsel and with our experts. Kevin Skoglund and I were the primary individuals who searched, reviewed, organized and prioritized the relevant communications and documents located on the GBI image. I determined the primary documents of interest that were covered by our subpoenas to CCBOER but never produced.

8. The hours do not include the litigation support work I undertook for the Motion to Compel and related filings.

9. In addition to the 87.5 hours of work directly attributable to the discrete projects listed above, as stated in my February 20, 2024 declaration, I averaged no less than 30 hours a week devoted to Coffee breach-related discovery, investigation, research, communication, and coordination with attorneys and experts from approximately March 1, 2022 until early December 2023. The litigation support value of such work would greatly exceed the $300,000 noted in my February 20, 2024 declaration.

This 4th day of March, 2024

_/s/ Marilyn Marks_____

Marilyn Marks

Marilyn Marks Incremental Discovery Litigation Support

| Incremental Discovery Efforts | Dates | Hours | Decription |
|---|---|---|---|
| **Ed Voyles Deposition** | 9/10/24 | 1 | plan subpoena, confer with legal team |
| | 9/11/22, 9/11/13 | 1 | draft subpoena, confer with legal team |
| | 9/13/2022; 9/14/22; 10/23/22; 10/31/22; 11/5/22; 11/12/22 | 1.75 | plan oganize subpoena service and depo location |
| | 9/19/22; 9/20/22; 10/31/22; 11/1/22; 11/3/22; | 1.5 | Manage process server with service difficulties |
| | 11/10/22 | 0.5 | Revise document requests list |
| | 11/9/22; 11/13/22; 11/15/22 | 1.75 | Document review preparing for Deposition |
| | 11/13/22; 11/14/22; 11/15/22; | 2 | Draft deposition questions, confer with Brown, experts |
| | 10/2/22; 11/12/22; 11/14/22; 11/15/22; | 5 | Document organization for depositoin |
| | 11/16/22 | 8 | Deposition monitoring, conferral with Brown |
| | 12/11/22 | 2 | Transcriot review |
| | | | |
| Ben Cotton Deposition | 7/19/22 | 0.5 | Review subpoena |
| | 6/10/22;6/16/22; 6/29/22; 7/12/22; 8/24/2022; 8/5/22 | 2.5 | Document review planning for deposition |
| | 8/24/22 | 1.5 | Rough draft deposition questions |
| | 8/25/22 | 7 | Deposition monitoring, conferral with Brown |
| | 9/8/22 | 2 | Transcript review |
| | | | |
| Jil Ridlehoover | 7/19/22 | | Review subpoena and communications |
| | 8/10/22 | 2.5 | Document review of deposition planning |

| | | | |
|---|---|---|---|
| | 8/15/22 | 1 | Review draft deposition questions |
| | 8/14/22 | 3 | (25%) |
| | 8/16/22 | 0.5 | Meet with team for planning depo |
| | 8/16/22 | 4 | Monitoring depoisition, conferral with counsel |
| | 9/3/22 | 1 | Review transcript |
| Alex Cruce | 10/21/2022; 10/23/22 | 2 | Draft Subpoena |
| | 10/24/22 | 1 | Organize service of subpoena |
| | 11/21/22 | 1 | efforts to obtain compliance with document production |
| | 11/21/22;11/22/22; 11/15/22 | 2 | draft deposition questions ,confer with Brown |
| | 11/23/22 | 6 | deposition monitoring, conferral with Brown |
| | 11/27/2022; 12/7/22 | 2 | follow up on obtainng documents |
| | 11/28/22 | 0.5 | transcript review |
| | hours | 64.5 | |

**GBI IMAGE**

| | | | |
|---|---|---|---|
| | 11/17/23 | 2 | organizing transfer obtaining GBI image |
| | 11/21/23 | 2 | reviewing email contents and comparing records |
| | 11/21/22; 11/23/22;11/25/23; 11/24/23; 11/23/23; 12/2/23; | 10 | preparing queries, searching records, organizing records, cross-referencing emails |
| | 2/5/24; 2/24/24;2/20/24; 12/3/23; 2/6/24 | 9 | researching emails on GBI image, cross referencing docs |
| | hours | 23 | |
| | Total | 87.5 | |
| | at $300 | $26,250 | |