# EXHIBIT F

Message # 5

| | |
|---|---|
| Message Key: | 000007E5D6D2B714B8737768D2ECFA0CE857E65DB8AB105F51EE38183D130DDD8B2AC923 |
| From: | Charles Dial <cdial@sgcce-inc.com> |
| To: | "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov> |
| Cc: | Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>, James Barnes <james.barnes@coffeecounty-ga.gov> |
| Addressed To: | jherzog@hallboothsmith.com,tracie.vickers@coffeecounty-ga.gov,james.barnes@coffeecounty-ga.gov |
| Subject: | Re: Misty Hampton's emails |
| Date: | Wednesday, October 27, 2021 17:50 GMT |

Tracy at the time she left I was not told to persevere the emails so once we remove the office 365 License it removed her email. The county does not have a mail Archiver so there's no way to retrieve old emails once the mailbox is removed by o365.

Thanks

Charles Dial
SGCCE, INC

Sent from my iPhone

On Oct 27, 2021, at 1:46 PM, Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov> wrote:


Charles,   Could you please confirm that the County can or cannot retrieve Misty Hamptons emails prior to her leaving the County?   Or do we have them stored in any format for access to them in the event of any open records request or inquiry?

Tracie


Tracie Vickers
County Clerk
Coffee County Commissioners
101 South Peterson Avenue
Douglas, GA  31533
912-393-7108

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


--------------------------------------- End Of Message ---------------------------------------