# EXHIBIT G

**To:** Vickers, Tracie[Tracie.Vickers@coffeecounty-ga.gov]
**Cc:** Jennifer Dorminey Herzog[jherzog@hallboothsmith.com]
**From:** Charles Dial[charles.dial@coffeecounty-ga.gov]
**Sent:** Wed 4/13/2022 5:38:21 PM Eastern Daylight Time
**Subject:** Re: Change of email addresses for employees
**Attachment:** Email addresses.pdf

Yes all attached email was handled the same way. Once the license was removed the email was deleted after 30 days.

Thanks

Charles Dial
SGCCE, INC

Sent from my iPhone

> On Apr 13, 2022, at 3:30 PM, Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov> wrote:
>
> Charles,    Please send confirmation that these email addresses were treated the same as Misty's email address to Jennifer Herzog for her to respond to an open records request . She needs this response on Thursday at the latest.
>
> **From:** Vickers, Tracie
> **Sent:** Wednesday, April 13, 2022 9:37 AM
> **To:** Charles Dial <charles.dial@coffeecounty-ga.gov>
> **Subject:** Change of email addresses for employees
>
> Charles,  Please verify that the attached email addresses on these tickets were changed over to new employees in the same manner that Misty Hamptons email address was changed.
>
> Tracie
>
>
> Tracie Vickers
> County Clerk
> Coffee County Commissioners
> 101 South Peterson Avenue
> Douglas, GA  31533
> 912-393-7108
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.