IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING,<br><br>Plaintiffs,<br><br>v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION,<br><br>Defendant. | Civil Action No. 5:23-mc-00001-LGW-BWC<br><br>In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:17-CV-2989-AT |

### PLAINTIFF CGG'S NOTICE OF INTENT TO FILE REPLY BRIEF

Pursuant to Local Rule 7.6, Plaintiff Coalition for Good Governance hereby notifies the Court and the Clerk of Court of its intent to file a Reply in response to *Defendant's Response in Opposition to Plaintiff CGG's Motion for Sanctions Against Defendant CCBOE and Counsel* (Doc. 73).

Plaintiff intends to file said Reply on or before **April 12, 2024**. As set forth in *Plaintiff Coalition for Good Governance's Notice of Correction to Previously Filed Motion for Sanctions Brief and Proposed Briefing Schedule Regarding Motion for Sanctions* (Doc. 69), lead counsel for

1

Plaintiff Coalition for Good Governance is currently on Leave of Absence recovering from a surgical procedure and Defendant Coffee County Board of Elections and Registration has consented to the April 12, 2024, due date per email between counsel dated February 28, 2024, 3:40 p.m.  *See* Doc. 69, p. 3, FN 4.

Respectfully submitted this 22nd day of March 2024.

*/s/ William Daniel Davis*
WILLIAM DANIEL DAVIS
Georgia Bar No. 746811
CARY ICHTER, *Pro Hac Vice*
Georgia Bar No. 382515
ddavis@ichterdaivs.com
cichter@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE, Suite 860
Atlanta, Georgia 30339
(404) 869-7600

and

*/s/ Bruce P. Brown*
BRUCE P. BROWN
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Attorneys for Coalition for Good Governance*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, a copy of the foregoing *Plaintiff CGG's Notice of Intent to File Reply Brief* was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

/s/ *William Daniel Davis*
William Daniel Davis
Georgia Bar No. 382515
ddavis@ichterdavis.com
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
(404) 869-7600

*Attorneys for Coalition for Good Governance*