# EXHIBIT G

Civil Action File No. 5:23-mc-00001-LGW-BWC
*Plaintiff Coalition for Good Governance's Reply to Defendant's Response to Motion for Sanctions*

## Vickers, Tracie

**From:** Misty Hampton <mistyhampton3@yahoo.com>
**Sent:** Wednesday, March 31, 2021 5:32 PM
**To:** openrecordsrequest
**Subject:** Open Records

Pursuant to the Georgia Open Records Act (O.C.G.A. § 50-18-70 et seq.), I am requesting the following records:
1. A digital copy of all video recordings of the election office from October 1, 2020- until February 25, 2021.
2. Digital copy to all times sheets turned in and submitted for all employees, board members, and or staff for the Coffee County Board of Elections and Registration for the period of October 1, 2020 - present 3. A digital copy of all correspondence from any employee and or board member from Coffee County Board of Elections and Registration and or Coffee County Commissioners to any news source from October 1, 2020 to present in reference to the Coffee County Board of Elections and Registration office and or it employees and or staff.

You may contact me via email at mistyhampton3@yahoo.com

Misty

1

## OFFICE OF
# COFFEE COUNTY BOARD OF COMMISSIONERS

Coffee County Courthouse
**101 S. PETERSON AVENUE**
**DOUGLAS, GEORGIA 31533**

(912) 384-4799
Fax (912) 384-0291

OSCAR PAULK, CHAIRMAN
AJ DOVERS, VICE-CHAIRMAN
JOHNNY WAYNE JOWERS, COMMISSIONER
JIMMY KITCHENS, COMMISSIONER   April 5, 2021
TED O'STEEN, COMMISSIONER

WESLEY VICKERS, County Administrator
TRACIE VICKERS, County Clerk
TONY ROWELL, County Attorney
PRINCESS ZACHERY, HR Director
ABBY PAULK, Deputy Clerk
KELLY PRICE, Administrative Assistant

Misty Hampton
Mistyhampton3@yahoo.com

Good Afternoon Misty,

I have received your open records request dated March 31, 2021 and received by me on April 1, 2021.

1. We have the video of the front door that is saved but is not in a format that can yet be transferred to a digital storage device. We expect to have this part of your request available in the very near future and will inform you of the associated retrievable cost and the cost of the device, if any. The availability of the balance of the video footage requested will have to be researched and evaluated. We are immediately taking those steps to communicate with the Counties third party vendor regarding the balance of this request that relates to video footage. We will inform you of our findings as soon as possible.

2. A copy of the requested timesheets for the period of October 1, 2020 through the present time that are responsive to this request will be emailed by Princess Zachery under separate cover.

3. On March 2, 2021 Ms. Earnestine Clark returned a phone call from Kristen Kitchens with the Douglas Enterprise. Kristen was asking about the Elections office being closed. See the attached email from Ms. Clark. There has been no digital correspondence from any employee or Board Member of the Coffee County Elections and Registration office with any news source from Oct 1, 2020 to present in reference to the Coffee County Board of Elections and Registration office and/or its employees and /or staff. There is no digital correspondence from any employee or Board Member from the Coffee County Commissioners to any news source from October 1, 2020 to present in reference to the Coffee County Board of Elections and Registration office and /or its employees and /or staff other than the attached emails with the news media in response to open records request and the records that are responsive to their request.

Coffee County reserves all rights to objections that may exist to any objectional content that may be discovered in the requested in accordance if they exist and can be retrieved.

Sincerely,

*Tracie Vickers*

Tracie Vickers
County Clerk / Open Records Officer