# EXHIBIT H

Civil Action File No. 5:23-mc-00001-LGW-BWC
*Plaintiff Coalition for Good Governance's Reply to Defendant's Response to Motion for Sanctions*

**Vickers, Tracie**

| | |
|---|---|
| **From:** | Misty Hampton <mistyhampton3@yahoo.com> |
| **Sent:** | Thursday, July 15, 2021 1:57 PM |
| **To:** | Vickers, Tracie |
| **Subject:** | Re: Open Records Request |

I will be by tomorrow with cash to pick it up. Thank you

Misty

> On Jul 15, 2021, at 10:28 AM, Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov> wrote:
>
> Good Morning Misty, I have just received the downloaded media from Charles to complete your request. Due to the volume of the file, the data would not load on the previous drive that Charles downloaded and therefore we had to get this backup drive that could handle more data. Wesley is waiving the administrative fees for Charles' time that it took him to download the content, due to you having to wait longer than usual to receive your response. The only charge will be for the portable storage drive which is $59.39. The media with the camera footage is available to pick up at the Commissioner's Office. Again, we apologize for the delay. If you have any further questions, please contact me at 912-393-7108.
>
> Thanks
> Tracie
>
>
> **Tracie Vickers**
> **County Clerk**
> **Coffee County Commissioners**
> **101 South Peterson Avenue**
> **Douglas, GA  31533**
> **912-393-7108**
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.