# EXHIBIT I

Civil Action File No. 5:23-mc-00001-LGW-BWC
*Plaintiff Coalition for Good Governance's Reply to Defendant's Response to Motion for Sanctions*

SUMMARY

| | |
|---|---:|
| Misty Hours Claimed Period November 30, 2020 - February 19, 2021 | 505.5 |
| Hours Per Camera Footage | 417.75 |
| Difference | 87.75 |
| Rate of Pay | $17.60 |
| **Total Estimated Overpaid** | **$1,544.40** |

| | | Misty Per camera | Actual Hours | Per Timesheet | |
|---|---|---|---|---|---|
| Monday, November 30, 2020 | IN | 8:16 AM | | 8:00 | |
| | OUT | 6:19 PM | 9.00 | 5:00 | 8.00 |
| Tuesday, December 1, 2020 | IN | 9:15 AM | | 8:00 | |
| | OUT | 5:02 PM | 7.25 | 5:00 | 8.00 |
| Wednesday, December 2, 2020 | IN | 1:25 PM | | 8:00 | |
| | OUT | 7:05 PM | 5.50 | 5:00 | 8:00 |
| Thursday, December 3, 2020 | IN | 8:26 AM | | 8:00 | |
| | OUT | 4:58 PM | 7.50 | 5:00 | 8.00 |
| Friday, December 4, 2020 | IN | 8:43 AM | | 8:00 | |
| | OUT | 4:00 PM | 6.25 | 5:00 | 8.00 |
| Monday, December 7, 2020 | IN | 9:10 AM | | 8:00 | |
| | OUT | 7:32 PM | 9.25 | 5:00 | 8.00 |
| Tuesday, December 8, 2020 | IN | 9:07 AM | | 8:00 | |
| | OUT | 6:28 PM | 8.25 | 5:00 | 9.00 |
| Wednesday, December 9, 2020 | IN | 8:21 AM | | 8:00 | |
| | OUT | 7:47 PM | 10.50 | 5:00 | 9.00 |
| Thursday, December 10, 2020 | IN | 8:30 AM | | 8:00 | |
| | OUT | 8:22 PM | 11.00 | 5:00 | 9.00 |
| Friday, December 11, 2020 | IN | 8:42 AM | | 8:00 | |
| | OUT | 4:46 PM | 8.00 | 5:00 | 9.00 |
| **PAYROLL TOTALS** | | | 82.50 | | 84.00 |
| Monday, December 14, 2020 | IN | 7:46 AM | | 8:00 | |
| | OUT | 4:45 PM | 8.00 | 5:00 | 8.00 |
| Tuesday, December 15, 2020 | IN | 10:35 AM | | 8:00 | |
| | OUT | 1:45 PM | 3.00 | 5:00 | 8 |
| Wednesday, December 16, 2020 | IN | COVID | | | |
| | OUT | | 8.00 | | 8 |

| | | Misty Per camera | Actual Hours | Per Timesheet | |
|---|---|---|---|---|---|
| Thursday, December 17, 2020 | IN | COVID | | | |
| | OUT | | 8.00 | | 8 |
| Friday, December 18, 2020 | IN | COVID | | | |
| | OUT | | 8.00 | | 8 |
| Monday, December 21, 2020 | IN | COVID | | | |
| | OUT | | 8.00 | | 8 |
| Tuesday, December 22, 2020 | IN | COVID | | | |
| | OUT | | 8.00 | | 8 |
| Wednesday, December 23, 2020 | IN | COVID | | | |
| | OUT | | 8.00 | | 8 |
| Thursday, December 24, 2020 | | HOLIDAY | | | |
| | | | 8.00 | | 8 |
| Friday, December 25, 2020 | | HOLIDAY | | | |
| | | | 8.00 | | 8 |
| **PAYROLL TOTALS** | | | **75.00** | | **80.00** |
| Monday, December 28, 2020 | IN | 8:42 AM | | 8:00 | |
| | OUT | 5:18PM | | 5:30 | |
| | | | 8.50 | | 9 |
| Tuesday, December 29, 2020 | IN | 8:23 AM | | 8:00 | |
| | OUT | 6:03 PM | | 5:30 | |
| | | | 9.00 | | 9 |
| Wednesday, December 30, 2020 | IN | 8:54 AM | | 8:00 | |
| | OUT | 5:40 PM | | 5:30 | |
| | | | 8.50 | | 9 |
| Thursday, December 31, 2020 | IN | 9:18 AM | | 8:00 | |
| | OUT | 6:51 PM | | 5:30 | |
| | | | 9.00 | | 9 |
| Friday, January 1, 2021 | | HOLIDAY | 8.00 | | 8 |
| Saturday, January 2, 2021 | IN | 3:48 PM | | 1:00 | |
| | OUT | 5:52 PM | | 6:00 | |
| | | | 2.00 | | 5 |

| | | Misty Per camera | Actual Hours | Per Timesheet | |
|---|---|---|---|---|---|
| Monday, January 4, 2021 | IN | 9:14 AM | | 8:00 | |
| | OUT | 8:05 PM | | 8:30 | |
| | | | 10.50 | | 12 |
| Tuesday, January 5, 2021 | IN | 4:26 PM | | 5:45 AM | |
| | OUT | 1:10 AM | | 1:30 AM | |
| | | | 19.50 | | 19.5 |
| Wednesday, January 6, 2021 | IN | 11:27 AM | | 11:00 | |
| | OUT | 7:41 PM | | 5:00 | |
| | | | 7.25 | | 6 |
| Thursday, January 7, 2021 | IN | 8:39 AM | | 8:30 | |
| | OUT | 7:43 PM | | 5:00 | |
| | | | 10.00 | | 7.5 |
| Friday, January 8, 2021 | IN | 9:38 AM | | 8:30 | |
| | OUT | 4:44 PM | | 5:00 | |
| | | | 6.25 | | 7.5 |
| **PAYROLL TOTALS** | | | 98.50 | | 101.5 |
| | | | | | |
| Monday, January 11, 2021 | IN | 8:53 AM | | 8:00 | |
| | OUT | 3:29 PM | | 5:00 | |
| | | | 5.50 | | 8 |
| Tuesday, January 12, 2021 | IN | 9:04 AM | | 8:00 | |
| | OUT | 4:35 PM | | 5:00 | |
| | | | 6.50 | | 8 |
| Wednesday, January 13, 2021 | IN | 12:59 PM | | 8:00 | |
| | OUT | 3:46 PM | | 5:00 | |
| | | | 3.75 | | 8 |
| Thursday, January 14, 2021 | IN | 8:51 AM | | 8:00 | |
| | OUT | 10:46 AM | | 5:00 | |
| | | | 3.00 | | 8 |
| Friday, January 15, 2021 | IN | 9:21 AM | | 8:00 | |
| | OUT | 4:56 PM | | 5:00 | |
| | IN | | 6.50 | | 8 |
| Monday, January 18, 2021 | | HOLIDAY | 8.00 | | 8 |
| Tuesday, January 19, 2021 | IN | 8:52 AM | | 8:00 | |
| | OUT | 6:19 PM | | 5:00 | |
| | | | 8.50 | | 8 |
| Wednesday, January 20, 2021 | IN | 10:21 AM | | 8:00 | |
| | OUT | 2:56 PM | | 5:00 | |
| | | | 4.50 | | 8 |
| Thursday, January 21, 2021 | IN | 8:25 AM | | 8:00 | |

|  |  | Misty<br>Per camera | Actual<br>Hours | Per<br>Timesheet |  |
|---|---|---|---|---|---|
|  | OUT | 5:32 PM |  | 5:00 |  |
|  |  |  | 8.00 |  | 8 |
| Friday, January 22, 2021 | IN | 12:28 PM |  | 8:00 |  |
|  | OUT | 1:55 PM |  | 5:00 |  |
|  |  |  | 1.50 |  | 8 |
| **PAYROLL TOTALS** |  |  | **55.75** |  | **80** |
| Monday, January 25, 2021 | IN | 11:39 AM |  | 8:00 |  |
|  | OUT | 5:34 PM |  | 5:00 |  |
|  |  |  | 6.00 |  | 8 |
| Tuesday, January 26, 2021 | IN | 10:11 AM |  | 8:00 |  |
|  | OUT | 5:06 PM |  | 5:00 |  |
|  |  |  | 6.00 |  | 8 |
| Wednesday, January 27, 2021 | IN | 9:22 AM |  | 8:00 |  |
|  | OUT | 5:00 PM |  | 5:00 |  |
|  |  |  | 8.00 |  | 8 |
| Thursday, January 28, 2021 | IN | 9:43 AM |  | 8:00 |  |
|  | OUT | 2:47 PM |  | 5:00 |  |
|  |  |  | 5.00 |  | 8 |
| Friday, January 29, 2021 | IN | 9:08 AM |  | 8:00 |  |
|  | OUT | 5:03 PM |  | 5:00 |  |
|  |  |  | 7.00 |  | 8 |
| Monday, February 1, 2021 | IN | 9:18 AM |  | 8:00 |  |
|  | OUT | 2:12 PM |  | 5:00 |  |
|  |  |  | 5.00 |  | 8 |
| Tuesday, February 2, 2021 | IN | 9:08 AM |  | 8:00 |  |
|  | OUT | 1:13 PM |  | 5:00 |  |
|  |  |  | 4.00 |  | 8 |
| Wednesday, February 3, 2021 | IN | 9:20 AM |  | 8:00 |  |
|  | OUT | 1:30 PM |  | 5:00 |  |
|  |  |  | 3.00 |  | 8 |
| Thursday, February 4, 2021 | IN | 9:46 AM |  | 8:00 |  |
|  | OUT | 4:49 PM |  | 5:00 |  |
|  |  |  | 6.00 |  | 8 |
| Friday, February 5, 2021 | IN | 9:46 AM |  | 8:00 |  |
|  | OUT | 4:59 PM |  | 5:00 |  |
|  |  |  | 6.00 |  | 8 |
| **PAYROLL TOTALS** |  |  | **56.00** |  | **80** |

|  |  | Misty Per camera | Actual Hours | Per Timesheet |  |
|---|---|---|---|---|---|
| Monday, February 8, 2021 | IN | 10:32 AM |  | 8:00 |  |
|  | OUT | 2:27 PM |  | 5:00 |  |
|  |  |  | 3.00 |  | 8 |
| Tuesday, February 9, 2021 | IN | 10:07 AM |  | 8:00 |  |
|  | OUT | 3:33 PM |  | 5:00 |  |
|  |  |  | 5.50 |  | 8 |
| Wednesday, February 10, 2021 | IN | 9:45 AM |  | 8:00 |  |
|  | OUT | 2:59 PM |  | 5:00 |  |
|  |  |  | 4.00 |  | 8 |
| Thursday, February 11, 2021 | IN | 11:39 AM |  | 8:00 |  |
|  | OUT | 4:42 PM |  | 5:00 |  |
|  |  |  | 5.00 |  | 8 |
| Friday, February 12, 2021 | IN | 11:03 AM |  | 8:00 |  |
|  | OUT | 1:28 PM |  | 5:00 |  |
|  |  |  | 2.50 |  | 8 |
| Monday, February 15, 2021 | IN | 8:49 AM |  |  |  |
|  | OUT | 5:40 PM |  |  |  |
|  |  |  | 8.00 |  | 8 |
| Tuesday, February 16, 2021 | IN | 10:17 AM |  | 8:00 |  |
|  | OUT | 5:13 PM |  | 5:00 |  |
|  |  |  | 6.00 |  | 8 |
| Wednesday, February 17, 2021 | IN | 10:37 AM |  | 8:00 |  |
|  | OUT | 4:58 PM |  | 5:00 |  |
|  |  |  | 5.50 |  | 8 |
| Thursday, February 18, 2021 | IN | 12:40 PM |  | 8:00 |  |
|  | OUT | 3:38 PM |  | 5:00 |  |
|  |  |  | 3.00 |  | 8 |
| Friday, February 19, 2021 | IN | 8:39 AM |  | 8:00 |  |
|  | OUT | 4:59 PM |  | 5:00 |  |
|  |  |  | 7.50 |  | 8 |
| **PAYROLL TOTALS** |  |  | 50.00 |  | 80 |
| **GRAND TOTALS** |  |  | 417.75 |  | 505.50 |