# EXHIBIT J

Civil Action File No. 5:23-mc-00001-LGW-BWC
*Plaintiff Coalition for Good Governance's Reply to Defendant's Response to
Motion for Sanctions*

COFFEE COUNTY BOARD OF ELECTIONS
SPECIAL CALLED WORK SESSION
THURSDAY, FEBRUARY 25, 2021
1:30 O'CLOCK P.M.
COMMISSIONERS MEETING ROOM

Coffee County Board of Elections met in a special called work session on Thursday, February 25, 2021 at 1:30 o'clock p.m. with the following present: Chairperson Ernestine Thomas-Clark, Vice-Chairman Matthew McCullough, Board members Eric Chaney, Wendell Stone and Andy Thomas; and County Attorney Tony Rowell.

Chairperson Ernestine Thomas-Clark called the meeting to order and welcomed everyone. Mr. Eric Chaney gave the invocation.

Mr. Eric Chaney made a motion to enter into executive session for the purpose of consultation with the County Attorney or other legal counsel to discuss pending or potential litigation, settlement, claims, administrative proceedings, or other judicial actions brought by or against the County or any officer or employee or in which the County or any officer or employee may be directly involved as provided in O.C.G.A. 50-14-2(1) and also discussion or deliberation on the appointment, employment, compensation, hiring, disciplinary action or dismissal, or periodic evaluation or rating of a County officer or employee as provided in O.C.G.A. 50-14-3(b)(2) and this was seconded by Mr. Wendell Stone. All board members unanimously agreed.

Mr. Wendell Stone made a motion to adjourn the executive session at 2:59 p.m. o'clock and this was seconded by Mr. Matthew McCullough. All board members unanimously agreed.

Mr. Matthew McCullough made a motion to adjourn the special called work session at 3 p.m. o'clock and this was seconded by Mr. Wendell Stone. All board members unanimously agreed.