# EXHIBIT K

Civil Action File No. 5:23-mc-00001-LGW-BWC
*Plaintiff Coalition for Good Governance's Reply to Defendant's Response to Motion for Sanctions*

Message # 1

| | |
|---|---|
| Message Key: | 000007E5ACBE00EC8C00F5D957620B006380054CB2858B4A72068ADC1F8E5B00 181A4A60 |
| From: | helpdesk@autotask.com |
| To: | bert@sgcce-inc.com,josh@sgcce-inc.com,charlie@sgcce-inc.com,tracie.vickers@coffeecounty-ga.gov,cdial@sgcce-inc.com |
| Addressed To: | tracie.vickers@coffeecounty-ga.gov,bert@sgcce-inc.com,josh@sgcce-inc.com,cdial@sgcce-inc.com,charlie@sgcce-inc.com |
| Subject: | Autotask Notification: T20210622.0002 - Charles, Did you get the video for Misty made yet ? |
| Date: | Tuesday, June 22, 2021 13:26 GMT |

Ticket Notification

---

Ticket Number:<a href="https://ww14.autotask.net/Autotask/AutotaskExtend/ExecuteCommand.aspx?Code=OpenTicketDetail&TicketId=13261">T20210622.0002</a>

Ticket Title:Charles, Did you get the video for Misty made yet ?
Ticket Description:Charles, Did you get the video for Misty made yet ?

- BACKGROUND QUESTIONS -
Q: When do you need a response for this request?
A: wednesday

Q: What is the best way to contact you with an update?
A: 393-7108

---

Account Name:Coffee County Board of Commissioners
Assigned To:
Queue Name:Client Portal

---

Installed Product Name:
Installed Product Serial Number:
Installed Product Reference Number:

---

Ticket Contact:Tracie Vickers
Source:Client Portal

---

Due Date:06/27/2021
Estimated Hours:
Priority:High
Status:New

---

Initiating Resource:Tracie Vickers

---------------------------------- End Of Message ----------------------------------

Message # 2

| | |
|---|---|
| Message Key: | 000007E5D044E236B280FF226139EAD48F45DE6FCF59EC3BF3C3E1FFF95DF943 89F933E5 |
| From: | "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov> |
| To: | Charles Dial <cdial@sgcce-inc.com> |
| Addressed To: | cdial@sgcce-inc.com |
| Subject: | Follow up on Misty's open records request |
| Date: | Friday, April 23, 2021 17:58 GMT |

Charles, Could you please give me an estimate as to when you will ==have the video ready for Misty?==

Tracie


Tracie Vickers
County Clerk
Coffee County Commissioners
101 South Peterson Avenue
Douglas, GA  31533
912-393-7108

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


-------------------------------------- End Of Message ---------------------------

Message # 3

| | |
|---|---|
| Message Key: | 000007E50F87D566CECD17E1DF5DC8ACAAF022DC5F83B1DB947899B381F19F3A22C9A247 |
| From: | helpdesk@autotask.com |
| To: | kyle@sgcce-inc.com,bert@sgcce-inc.com,josh@sgcce-inc.com,charlie@sgcce-inc.com,tracie.vickers@coffeecounty-ga.gov,cdial@sgcce-inc.com |
| Addressed To: | kyle@sgcce-inc.com,tracie.vickers@coffeecounty-ga.gov,bert@sgcce-inc.com,josh@sgcce-inc.com,cdial@sgcce-inc.com,charlie@sgcce-inc.com |
| Subject: | Autotask Notification: T20210405.0006 - Please get with me about the status of the video recording for the Elections office for the open records request.   Has there been any progress made on completing that? |
| Date: | Monday, April 05, 2021 21:22 GMT |

Ticket Notification

---

Ticket Number:<a href="https://ww14.autotask.net/Autotask/AutotaskExtend/ExecuteCommand.aspx?Code=OpenTicketDetail&TicketId=13109">T20210405.0006</a>

Ticket Title:Please get with me about the status of the video recording for the Elections office for the open records request.   Has there been any progress made on completing that?

Ticket Description:Please get with me about the status of the video recording for the Elections office for the open records request.   Has there been any progress made on completing that?

- BACKGROUND QUESTIONS -
Q: When do you need a response for this request?
A: wednesday

Q: What is the best way to contact you with an update?
A: 393-7108

---

Account Name:Coffee County Board of Commissioners
Assigned To:
Queue Name:Client Portal

---

Installed Product Name:
Installed Product Serial Number:
Installed Product Reference Number:

---

Ticket Contact:Tracie Vickers
Source:Client Portal

---

Due Date:04/10/2021
Estimated Hours:
Priority:High
Status:New

---

Initiating Resource:Tracie Vickers

---------------------------- End Of Message ----------------------------

Message # 4

| | |
|---|---|
| Message Key: | 000007E57D9CC92D58637EE00686E3B05953AA6311B07C9C684E958681D12C3B3 7699FF6 |
| From: | helpdesk@autotask.com |
| To: | kyle@sgcce-inc.com,bert@sgcce-inc.com,josh@sgcce-inc.com,charlie@sgcce-inc.com,tracie.vickers@coffeecounty-ga.gov,cdial@sgcce-inc.com |
| Addressed To: | kyle@sgcce-inc.com,tracie.vickers@coffeecounty-ga.gov,bert@sgcce-inc.com,josh@sgcce-inc.com,cdial@sgcce-inc.com,charlie@sgcce-inc.com |
| Subject: | Autotask Notification: T20210330.0002 - Charles,  Can I please get an update on the status of the video that we need to complete the open records request for Tabitha Paulk.  I need to send her an update on when we can expect to have the video ready for her.   Tracie |
| Date: | Tuesday, March 30, 2021 14:28 GMT |

Ticket Notification

---

Ticket Number:<a href="https://ww14.autotask.net/Autotask/AutotaskExtend/ExecuteCommand.aspx?Code=OpenTicketDetail&TicketId=13088">T20210330.0002</a>

Ticket Title:Charles,  Can I please get an update on the status of the video that we need to complete the open records request for Tabitha Paulk. I need to send her an update on when we can expect to have the video ready for her.  Tracie

Ticket Description:Charles,  Can I please get an update on the status of the video that we need to complete the open records request for Tabitha Paulk.  I need to send her an update on when we can expect to have the video ready for her.

Tracie


- BACKGROUND QUESTIONS -
Q: When do you need a response for this request?
A: today

Q: What is the best way to contact you with an update?
A: 393-7108

---

Account Name:Coffee County Board of Commissioners
Assigned To:
Queue Name:Client Portal

---

Installed Product Name:
Installed Product Serial Number:
Installed Product Reference Number:

---

Ticket Contact:Tracie Vickers
Source:Client Portal

---

Due Date:04/04/2021
Estimated Hours:
Priority:High
Status:New

---

Initiating Resource:Tracie Vickers

---------------------- End Of Message ----------------------

Export Date: 18-Apr-2023 17:39

Message # 5

| | |
|---|---|
| Message Key: | 000007E5E8402B58820CF5B1C0B65B692F0AADD469AE888ED97105DF91568E720CE9AF2E |
| From: | "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov> |
| To: | "Porter, Princess" <Princess.Porter@coffeecounty-ga.gov>,"Vickers, Wesley" <Wesley.Vickers@coffeecounty-ga.gov>,Charles Dial <cdial@sgcce-inc.com> |
| Addressed To: | cdial@sgcce-inc.com,wesley.vickers@coffeecounty-ga.gov,princess.porter@coffeecounty-ga.gov |
| Subject: | FW: Video for Tabitha Paulk's ORR |
| Date: | Tuesday, March 30, 2021 14:27 GMT |

From: Vickers, Tracie
Sent: Monday, March 29, 2021 10:06 AM
To: Charles Dial <cdial@sgcce-inc.com>; Porter, Princess <Princess.Porter@coffeecounty-ga.gov>; Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
Subject: Video for Tabitha Paulk's ORR

Charles,   Can I please get an update on the status of the video that we need to complete the open records request for Tabitha Paulk.   I need to send her an update on when we can expect to have the video ready for her.

Tracie


Tracie Vickers
County Clerk
Coffee County Commissioners
101 South Peterson Avenue
Douglas, GA  31533
912-393-7108

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


---------------------------------------- End Of Message ----------------------------------------

Message # 6

| | |
|---|---|
| Message Key: | 000007E537C19E6C3FF6B007ABFD58A729ABE5849C5C9C39E827FFA2545F3E90 118899FF |
| From: | "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov> |
| To: | Charles Dial <cdial@sgcce-inc.com>,"Porter, Princess" <Princess.Porter@coffeecounty-ga.gov>,"Vickers, Wesley" <Wesley.Vickers@coffeecounty-ga.gov> |
| Addressed To: | cdial@sgcce-inc.com,wesley.vickers@coffeecounty-ga.gov,princess.porter@coffeecounty-ga.gov |
| Subject: | Video for Tabitha Paulk's ORR |
| Date: | Monday, March 29, 2021 14:05 GMT |

Charles, Can I please get an update on the status of the video that we need to complete the open records request for Tabitha Paulk. I need to send her an update on when we can expect to have the video ready for her.

Tracie


Tracie Vickers
County Clerk
Coffee County Commissioners
101 South Peterson Avenue
Douglas, GA  31533
912-393-7108

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


---------------------------- End Of Message ----------------------------

Message # 7

| | |
|---|---|
| Message Key: | 000007E5C01EE9E6A2B064E65D1A2A005A32AC4E4A1B8212C71D6AFEA614458D5ECA8F58 |
| From: | "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov> |
| To: | Charles Dial <cdial@sgcce-inc.com>,"Porter, Princess" <Princess.Porter@coffeecounty-ga.gov> |
| Addressed To: | cdial@sgcce-inc.com,princess.porter@coffeecounty-ga.gov |
| Subject: | Follow up on video for Tabitha Paulk |
| Date: | Thursday, March 25, 2021 20:47 GMT |

Charles, I will be out of the office tomorrow. Please contact Princess about the status of obtaining the video for Ms. Tabitha Paulk. We need to respond to her and let her know if we will be able to produce the video and the expected date.

Thanks
Tracie


Tracie Vickers
County Clerk
Coffee County Commissioners
101 South Peterson Avenue
Douglas, GA 31533
912-393-7108

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

------------------------------- End Of Message -------------------------------

Message # 8

| | |
|---|---|
| Message Key: | 000007E59484EFE1913747A752B9117B16A9CEC4378148EF4981E9F9E90C6C443600523A |
| From: | "Vickers, Wesley" <Wesley.Vickers@coffeecounty-ga.gov> |
| To: | Charles Dial <cdial@sgcce-inc.com> |
| Addressed To: | cdial@sgcce-inc.com |
| Subject: | FW: Misty Hampton and Jil |
| Date: | Friday, March 12, 2021 19:38 GMT |

I need a copy of the invoice for the storage device and your time estimate on your letterhead to send to Ms. Paulk.

From: Porter, Princess <Princess.Porter@coffeecounty-ga.gov>
Sent: Friday, March 12, 2021 1:57 PM
To: Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
Subject: FW: Misty Hampton and Jil


From: Tabitha Paulk <cjstowing@windstream.net<mailto:cjstowing@windstream.net>>
Sent: Friday, March 12, 2021 1:55 PM
To: Porter, Princess <Princess.Porter@coffeecounty-ga.gov<mailto:Princess.Porter@coffeecounty-ga.gov>>
Subject: Re: Misty Hampton and Jil

Time and Cost
Under Georgia law, an agency may impose a reasonable charge for the search, redaction, and production or copying cost of records responsive to an Open Records Request. The time and cost will be calculated by using the hourly salary of the lowest paid employee qualified to conduct the research of an Open Records Request, with no charge for the first fifteen minutes of employee time expended.

In addition to charges for the search, redaction, and production of responsive records, the office will impose a fee for the copying of records or data at $.10 cents per page or, in the case of other documents, the actual cost of producing the copy. For electronic records, the office will charge the actual cost of the media on which the records or data are produced. O.C.G.A. § 50-18-71 (c).

If the estimated cost for production of the records exceeds $500.00, the office will insist on pre-payment before the Open Records Officer begins search, retrieval, review, or production of the records. The office may require pre-payment for a new request if the requestor has not paid for a prior Open Records Request. O.C.G.A. § 50-18-71 (d).

Please forward this to Westly. The cost is too high for the jump drive and for them to transfer it to it. I need a copy of the lowest paid person hourly salary in the IT department pay to verify the cost and a copy of how long it took to transfer the video to a jump drive.

Thanks,

---

From: "Porter, Princess" <Princess.Porter@coffeecounty-ga.gov<mailto:Princess.Porter@coffeecounty-ga.gov>>
To: "Tabitha Paulk" <cjstowing@windstream.net<mailto:cjstowing@windstream.net>>
Cc: "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov<mailto:Tracie.Vickers@coffeecounty-ga.gov>>
Sent: Wednesday, March 10, 2021 1:45:40 PM
Subject: RE: Misty Hampton and Jil

Our IT department has completed processing the video for production. The total cost will be $220.00.
Flash Drive - $50
Cost for Time for processing video - $170.00

In order to receive the video production, the County must receive $220.00 by check or money order made payable to Coffee County.

Please let me know if you have any questions,

Princess Zachery

From: Porter, Princess
Sent: Wednesday, March 10, 2021 8:43 AM
To: Tabitha Paulk <cjstowing@windstream.net<mailto:cjstowing@windstream.net>>
Cc: Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov<mailto:Tracie.Vickers@coffeecounty-ga.gov>>
Subject: RE: Misty Hampton and Jil