# EXHIBIT L

Civil Action File No. 5:23-mc-00001-LGW-BWC
*Plaintiff Coalition for Good Governance's Reply to Defendant's Response to Motion for Sanctions*

**Vickers, Wesley**

| | |
|---|---|
| From: | Charles Dial <cdial@sgcce-inc.com> |
| Sent: | Friday, July 2, 2021 9:11 AM |
| To: | Vickers, Wesley |
| Subject: | Re: election email |

According to Microsoft there no recovery process. I will call them. I will check to see what on her computer. We have to get a mail archiver. I had it secured but I do not know when the license was removed. I guess josh or Kyle took the license off when we needed them a few months back for the SO. If the ost is on the old computer I can extract them from it unless she deleted all her emails before she left.

Thanks

Charles Dial
SGCCE, INC

Sent from my iPhone

> On Jul 2, 2021, at 9:05 AM, Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov> wrote:
>
> I told you when she left that we needed all the stuff off of her computer. That was within the 30 day period. All I need is access to her email. It is important.
>
> From: Charles Dial <cdial@sgcce-inc.com>
> Sent: Friday, July 2, 2021 8:59 AM
> To: Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
> Subject: Re: election email
>
> Ok so here the issue with Misty Email. When the license is removed from a mailbox this may leave the mailbox in a hard-deleted state. In order to recover the mailbox, the user must relicense the Azure user object. That will reconnect the mailbox as long as it's within 30 days from the disconnect date. When reapply the license but it was passed the 30 mark. We need to purchase a mail archive to hold all emails for the 7 year period. This will allow use to pull emails without having to deal with 0365 licenses being removed and reused and losing all the emails.
>
> Thanks
>
> Charles Dial
> SGCCE, INC
>
> Sent from my iPhone

1