# EXHIBIT N

Civil Action File No. 5:23-mc-00001-LGW-BWC
*Plaintiff Coalition for Good Governance's Reply to Defendant's Response to*
*Motion for Sanctions*

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late,**
**Relevance and Prejudice to CGG**

Never produced by CCBOER

CCBOER produced late during discovery

CCBOER Produced after Nov. 2022

CCBOER produced timely

Timeline Event

| Date | Event | Document | Location of Document | RFP/ ORR | Date/Method Obtained | Relevance and Prejudice to CGG | Exh # Doc. # |
|---|---|---|---|---|---|---|---|
| 12/31/20 | Initial request for election system access | Email/letter from Preston Halliburton to Hampton, Chaney | Election Office Desktop | RFP # 6 | 11/17/23 GBI Image | Source of breach initiation unknown to CGG until 11/2023 a year after discovery closed. | Exh. N-1 Doc.60-1 |
| 12/31/20 | Hampton responds to Haliburton ORR agreeing to visit by experts. | Email from Hampton on CCBOER letterhead | Election Office Desktop | RFP# 6 | 11/17/23 GBI Image | CCBOER communication that paves way for breach unknown to CGG until Oct. 2023 when publicly disclosed in Fulton DA case. | Exh. N-2 Doc. 34-14 |
| 1/7/21 | First System breach | Security Video recordings of participants and some of breach activities. | Coffee County control | RFP # 6,43 | 8/27/22-interior 9/16/22 CCBOER produced | Interior videos not produced until after CCBOER 30b6 and breach participants' depositions. Untruthful testimony given. | Video |
| 1/8/2021 | Date of Eric Chaney draft affidavit re: Dominion system operation complaints | Draft affidavit re: Dominion system operation complaints | Election Office Desktop | RFP # 12 | 11/17/23 GBI Image | CGG could not question Chaney or intended recipient about source of information and credibility of complaints of voting system. | N-3 |
| 1/18-19/2021 | Second breach- Logan, Lenberg | Security Video recordings of participants and some of breach activities. | Coffee County control | RFP # 6,10 | 8/27/22-exterior 9/16/22-interior CCBOER produced | Interior videos not produced until after CCBOER 30b6 and breach participants' depositions. Untruthful testimony given. | Video |

| Date | Event | Record | Location / Control | RFP# | Produced | Analysis | Exhibit |
|---|---|---|---|---|---|---|---|
| 1/25-29/2021 | Third breach—Lenberg | Security Video recordings of participants and some of breach activities. | Coffee County control | RFP# 6, 43,10 | 8/27/22-exterior 9/16/22-interior CCBOER produced | Interior videos not produced until after CCBOER 3006 and breach participants' depositions. Untruthful testimony given. | Video |
| 2/5/21-2/11/21 | Hampton prepares to draft affidavit for Sidney Powell re: voting system problems | Emails between Hampton and Carissa Keshel re: affidavit for Sidney Powell (Keshel was co-counsel with Powell) | Election Office Desktop | RFP# 12,13 | 11/27/23 GBI image | CGG deprived of knowledge of affidavit contents, and Hampton connection to Powell and Carissa Keshel, leader in election challenge effort | Exh N-4 |
| 2/5/21 | Hampton dated affidavit re: voting system problems | Affidavit for Powell re: voting system problems | Election Office Desktop | RFP# 12,13 | 11/27/23 GBI image | CGG deprived of knowledge of affidavit contents, and Hampton connection to Powell. | Exh N-5 |
| 2/19/21 | CC management completes video record time sheet analysis of Hampton's office entry and exit from 11/16//2020-2/19/21 | Timesheet records | Coffee County control | RFP #43 | Timesheet records produced 8/2022 | This record shows that CCBOER management knew that there was video recording of the entrance and exits that had been documented. Unlikely to have deleted given that it was basis for personnel action. | Exh I |
| 2/22/21 | Misty uses silver laptop on video record | Security video recording of Hampton using laptop. | Coffee County control | RFP# 6 | 9/16/22-interior CCBOER produced | Interior videos not produced until after James Barnes deposition. | Video |
| 2/24/21 | Board members discuss new threatened litigation in text messages. | Texts messages including Bd members and Misty | Hampton cell phone produced. Texts of Bd Members not produced. | RFP# 43 | 8/2021 from Hampton, not CCBOER (no board members produced) | CGG unaware of the board text communication during depositions of Chaney, Ridlehoover. CGG could not examine them on Board meeting contents, communications prior to Hampton termination, referenced pending litigation. | Exh N-6 |
| 2/25/21 | CCBOER meeting (including 3 non-member Cty. | Communication to board and BOC members for | Not produced to Unknown | | Not obtained | CGG could not examine witnesses about meeting | |

| Date | Event | Record | Source / Status | RFP# / ORR | Response | Significance | Exhibit |
|---|---|---|---|---|---|---|---|
| 2/25/21 | Commissioners conducting improper exec. session) when Hampton terminated | special meeting. Documented threatened litigation from potential litigant. | | | | contents, or related threatened litigation. | |
| 2/25/21 | Improper CCBOER Executive Session | Executive Session Minutes | Not produced and not on priv. log. HBS Rowell took minutes | RFP# 43 | Not obtained | CGG prevented from knowing the improper secret discussions concerning Hampton termination, and topics of newly threatened litigation | |
| 2/25/21 | Hampton attempts to delete docs on desktop after she was informed she would be terminated. | Eric Chaney affidavit re: voting system issues | CCBOE desktop in deleted files recovered by CGG | RFP# 12 | 11/17/23 Obtained on GBI image | CGG prevented from asking Chaney the background and use of the affidavit, and who was involved in the issue. CGG prevented from asking Hampton about such "deleted" documents. | N-3 N-5 Doc. 60-2 ¶ 15 |
| 3/8/21 | Tabitha Paulk files ORR for video related to Hampton termination | Open records request (numerous emails regarding progress of production @@-@@) | Coffee County Clerk | RFP# 43 | ORR response 4/21/23 | CGG did not have the information during depositions that county had been providing video copies in 2021. | See Paulk Decl. Exh. F |
| 3/31/21 | Misty Hampton files ORR for video related to her termination | Open records request | Coffee County Clerk | ORR | RFP responses 8/26/22 | | Exh. G |
| 4/5/21 | Misty Hampton notified that video security recording copy in progress | Exterior Video Recording | Coffee County Clerk | RFP# 43 ORR | RFP responses 8/26/22 | Demonstrates that CCBOER and Dial knew of existence and distribution of video record in 2021. | Exh H |
| 4/15/21 | Notification that video security recording (exterior) ready for delivery to Tabitha Paulk | Exterior Video Recording (11/15/2020-2/26/2021) | Coffee County Clerk | RFP #43 | RFP responses 8/26/22 | Demonstrates that CCBOER knew of existence and distribution of video in 2021. CCBOER knew that video was not overwritten in few days, but | Exh.F Paulk Decl. |

| Date | Event | Document | Location | RFP# | ORR/Image | Notes | Exhibit |
|---|---|---|---|---|---|---|---|
| 4/21/21 | Barnes asks Dial for access to Hampton emails at Rowell's request to get "complete picture." | Email from Barnes to Dial | Coffee County Archiver | | | was available in this case for 3 month period. CGG deprived of information during depositions that Barnes's request made within 60-day period when emails were accessible through Microsoft. | Exh N-7 |
| 5/6/21 | Dominion sends customer notice to Coffee (Barnes) re: alerting customers of efforts to compromise voting systems across US. | Email with pdf attached from Dominion and DHS. | Election Office Desktop and County archiver | RFP # 42 ORR | 11/17/23 GBI Image | Obtained via ORR from another county. CCBOER did not produce. | Exh N-8 |
| 5/7/21 | Barnes reports Cyber Ninja card to SOS | Barnes email to SOS | Election Office Desktop and County Archiver | RFP# 12,6 | ORR 4/2022 | Highly relevant to issue of Coffee response to topic of illegal "forensic audits" and voting system compromise. | Exh N-9 |
| 5/11/21 | SOS email stating that investigation may commence re: CyberNinja card | SOS email to Barnes | Election Office Desktop and County Archiver | RFP# 6, 10 | ORR 4/2022 | | Exh N-9 |
| 5/11/21 | SOS investigator internal email noting they asked Barnes to review Hampton email for CyberNinja contact | Internal SOS emails | | | | | Exh N-9 |
| 5/13/21 | Barnes emails 1/8/21 Hampton affidavit to Rowell concerning voting system issues | Barnes email to Rowell [Implies that Barnes was able to access Hampton's documents on computer] | HBS files; Election Office Desktop ; County Archiver | RFP# 12 | 11/17/23 GBI Image | CGG deprived of information in affidavit re: claimed voting system issues; intended use of affidavit; and whether sent to SOS. Was not available during depositions. | Exh. N-10 (Doc. 30-8 at 2) |

| Date | Description | Source | Location | RFP# | GBI/ORR | Relevance | Exhibit |
|---|---|---|---|---|---|---|---|
| 5/19/21 | Rowell, Wesley Vickers, Barnes all request access to Hampton email account | Emails from Vickers and Barnes to Dial | Election Office Desktop and County Archiver | RFP# 42 | ORR 4/2022 | | Exh. N-11 (Doc. 1-8 at 2) |
| 5/19/21 | Barnes and asst told to leave computers open at night for Dial access to find Hampton emails (no response produced) | Email from Wesley Vickers to Barnes | Election office Desktop and County Archiver | RFP# 42 | 11/17/23 GBI Image | Demonstrates that Dial management knew that emails were on desktop. | Exh. N-12 (Doc.1-8 at 2) |
| 5/24/21 | Barnes reports to SOS that he does not have system passwords | Barnes email to SOS | Election Office Desktop County Archiver | RFP# 19 | GBI image 11/17/23 | CGG could have further pursued this if disclosed timely. | Exh. N-13 |
| 6/8/21 | Coffee improperly permits SOS to take EMS server, ICC workstation, without court order or documentation, without retaining copy of contents. | No documentation | | RFP# 26 | | Highly relevant doc not available for any depositions. This event seemed to initiate steps that lead to seizing of server. Password information is inconsistent with SOS testimony. | Exh. N-14 Doc. |
| 7/1/21 | County Mgr. Wesley Vickers asks Dial whether Hampton emails are accessible | Wesley Vickers email to Dial | County archiver | RFP # 42 | | Majority of 2020 election records became unavailable for ORR or access prior to CGG's access to SOS copy of EMS server and forensic analysis beginning Oct. 2022, after most depositions had been taken. | Exh. N-14 Doc. |
| 7/1/21 | Wesley Vickers asks Dial again for access to Misty email | Tracie Vickers email to Dial | County archiver | RFP # 42 | | | Exh. N-14 |
| 7/1/21 | Nick Kinsley (HBS) says request | Email Kinsley to James Barnes | County archiver | RFP # 42 | 11/27/23 GBI image | Further indicates knowledge that Hampton emails were preserved. | Exh. N-15 |

| Date | Description | Action | Location | RFP# | Reference | Notes | Exhibit |
|---|---|---|---|---|---|---|---|
| 7/2/21 | made to "unlock" Hampton emails. Dial states that he can extract Hampton's emails from .ost files on Hampton desktop unless she deleted | Email to Wesley Vickers | County archiver County mgr. emails | RFP# 42 ORR 4/2022 | ORR April 2022 | And HBS was aware of preservation CCBOER had reason to know that Dial thought that emails could be obtained directly from desktop. (not email account.) | Exh. N-16 Doc.1-6 at 2 |
| 7/15/21 | Coffee Clerk notifies Hampton that video security recording is ready to pick up | Email to Hampton | Clerk office | RFP# 43, 6 | RFP August 2022 | County clerk and Dial knew that videos had been saved, copied and prepared for ORR production, but claims lack of knowledge of video existence. | Exh. H |
| 8/24/21 | Barnes drafts requested email referencing SOS seizing EMS due to improper password change and improper equipment storage | Draft Email concerning security issues sent to Cox | Election Office Desktop and County Archive | RFP# 19, 12 | 11/17/23 GBI Image | CGG did not have this info in the depositions of Chaney, CBOER 3006, and SOS and could not subpoena Deb Cox | Exh. N-17 Doc. |
| 8/24/21 | Deb Cox responds to Barnes re SOS seizing EMS server and improper security conditions observed in Coffee | Email to Barnes | Election Office Desktop and County Archive | RFP# 12, 42 | 11/17/23 GBI Image | CGG did not have this info in the depositions of Chaney, CBOER 3006, and SOS, and could not subpoena Deb Cox timely | Exh. N-18 Doc. 30-3 |
| 8/24/21 | Barnes receives documentation of poor voting system security | Pictures made during office clean-up of poor equipment security conditions | Election office desktop | RFP# 12 | 11/17/23 GBI image | Pictures and information unavailable for depositions of CCBOER, Hampton, Sullivan Strickler, Chaney | Exh N-19 |
| 8/24/21 | Barnes sends email to SOS re: poor security of voting system and apparent tampering | Email from Barnes to SOS | Election Office Desktop and County Archive | RFP# 12 | 4/2023 Unrelated Citizen ORR | CGG did not have this info in the depositions of Chaney, CBOER 3006, and SOS and could not subpoena Deb Cox | Exh N-20 Doc.30-1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/27/21 | County Clerk asks Charles Dial whether Hampton's emails can be accessed. Dial answers that **account** cannot be accessed. | Emails between Clerk and Dial | Election Office Desktop and County Archive | RFP# 42 | 4/2022 | | Exh N-21 (Doc. 73-6 at 2) |
| 3/4/22 And 3/7/22 | CGG files request for video records and other breach-related records | Email to County Clerk and county manager | | | | (First of many ORRs made by CGG. By agreement, responses to ORR incorporated into both subpoenas RFPs.) | Exh. N-22 |
| 3/9/22 | Herzog claims videos do not exist and no other records exists related to breaches | Email Herzog to Marks | | | | Herzog inaccurately claims that no video exists because of limited data storage and "passage of time." | Exh. N-22 |
| 3/25/22 | Records of reported meetings between SOS and HBS concerning investigating breaches, stating that HBS is investigating. (No documents produced of such meetings or arrangements by CCBOER) | 8/2/22 Germany declaration | HBS control | RFP # 11,14 | 8/2/22 Germany Declaration | 30b6 Witness denied knowledge of any investigations or such communications with SOS | Exh-K p. 18 |
| 3/28/22 | Wash Post inquires of Herzog, Rowell, Wesley Vickers about reported copying of voting system, and Chaney's presence | Emails from Wash Post to Herzog, Rowell, Vickers | HBS files County archiver files | RFP# 4,6 | 4/17/23 ORR | CGG prevented from questioning witnesses Latham, Chaney, Hampton, Ridlehoover, | Exh N-23 (Doc. 60-4 at 12) |
| 3/28/22 | Wash Post call to Eric Chaney | Referenced in Wash Post email to Herzog | HBS files County archiver files | RFP# 4,6 | 4/16/23 | CGG prevented from examining witnessed including Chaney about information | Exh N-23 (Doc. |

| Date | Event | Document | File/Control | RFP# | ORR response | Notes | Exhibit |
|---|---|---|---|---|---|---|---|
| 3/30/22 | Wash Post Board V-Chair Stone re: the January breach they are investigating | Email from Wash Post | | | | Appears to be improperly withheld on privilege log. | 60-4 at 12) Exh-N-24 (Doc 60-4 at 15) |
| 4/6/22 | Herzog represents to Marks on phone she has heard nothing about breaches and breaches could not have happened | | HBS files Stone had original Stone sent copy sent to Herzog | | | This was untrue as demonstrated by emails Herzog had received from Wash Post in March 2022. (Exh N-23) Also SOS attorney Ryan Germany filed declaration that he was discussing breaches with Herzog by March 25, 2022 | |
| 4/11/22 | Ryan Germany (SOS) texts to Herzog re: article on breach Wash Post is about to publish, asking for call. And Herzog response | Text messages between SOS Germany and HBS Herzog | HBS control | RFP# 19, 14, | April 2023 via CGG ORR | | Exh N-25 |
| 4/12/22 | Wash Post writes Herzog concerning breaches and Eric Chaney involvement. | Email from Wash Post to Herzog others re: breaches | HBS County archiver Chaney files | ORR | | | Exh. N-26 |
| 4/12/ 22 | Chaney responds denying involvement in breach. | Email from Chaney to Herzog forwarded to Wash Post | HBS files County archiver Chaney files | ORR | | | Exh N-26 |
| 4/19/22 | Herzog represents there is no SOS investigation on access | Email to Marks | HBS files County archiver | ORR | 4/19/22 via email to CGG | Misrepresentation, given that SOS attorney Germany had been in conversations with Herzog. Exh K | Exh N-27 |

| Date | Description | | | | | Relevance | Exhibit |
|---|---|---|---|---|---|---|---|
| 5/14/22 | Wash Post breaks story of Coffee breaches | (CGG first learns of the date of the breaches and who was involved.) | | | | Highly relevant communication with SOS about equipment compromise and attempt to secure the equipment | Exh N-28 Doc. |
| 7/2/22 | Rachel Roberts asks SOS about compromised equipment and recertification | Emails Roberts to SOS staff | HBS files County archiver | RFP# 11 ORR | 4/28/23 ORR | | |
| 7/15/22 | Herzog instructs Roberts not to put voting system compromise in writing and says there is no evidence of breach | Email Herzog to Roberts | HBS files | | 11/17/23 GBI Image | | Exh N-29 |
| 8/30/22 | Herzog meets with GBI on breaches | Meeting arrangements and notes (Presumed) - none produced. | HBS Control | 30b6 deposition question RFP# 14 | 9/1/22 Stone claims that County rec'd. no contact w/ GBI | Misrepresentation and no documentation produced of contact with GBI, prevented CGG from obtaining information about GBI investigation, known to CCBOER | Exh N-30 |
| 8/30/22 | Roberts meets with GBI on breaches | Meeting arrangements and notes (Presumed) - none produced. | | RFP# 14 | 11/17/23 GBI Image | 30b6 witness claims no contact with GBI. Misrepresentation and no documentation produced of contact with GBI, prevented CGG from obtaining information about GBI investigation, known to CCBOER | Exh.N-31 |
| 8/24/22 | Charles Dial does not answer Vickers inquiry on whether desktop was reviewed for Misty emails. | Email concerning review of desktop for ost email files | HBS files County clerk files County archiver | RFP# 42 | 11/17/23 GBI image | Herzog represented that Dial had confirmed his desktop search, when he had not. Misrepresentation discouraged CGG from further 30b6 inquiry, and 2022 Motion to Compel. | Exh- R |

| | | | | | |
|---|---|---|---|---|---|
| 6/12/23 | GBI seizes Election Office Desktop (CCBOER chose not to keep copy of all files) | 13,000 emails and other ESI stored on Election Desktop. | Election Office Desktop | | 11/17/23 GBI image | CGG could not obtain relevant public documents stored only on Election Desktop, if officials willing to search for them. |
| 11/17/23 | GBI produces image of Election Office Desktop | | | | | |

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-1

**From:** Preston Ha burton ████████████
**Sent:** Thursday, December 31, 2020 3:19 PM EST
**To:** M sty Hampton ████████████
**Subject:** Open Records:
**Attachment(s):** "FILE_8668.docx"


Sent from my  Phone

CGGGBI0017505



**HALIBURTON**
L A W   F I R M   P . C .

December 31, 2020+


Misty Martin
Coffee County Registrar
224 W. Ashley Street
Douglas, Georgia 31533

Eric Chaney
Coffee County Board of Elections
224 W. Ashley Street
Douglas, Georgia 31533

`

Re: Open Records Request Pursuant to O.C.G.A. § 50-17-70 et seq.

Dear Records Custodian:

On Friday January 1, 2021 at 1:00 p.m., or the following Saturday/Sunday, please make available the following documents and things for physical, non-destructive inspection for testing and scanning, in their original form:

· All original, paper absentee mail-in ballots as well as the scanned/electronic copies that were counted towards the 2020 Presidential Election vote totals which were scanned; and

CGGGBI0017506

· All original, paper absentee mail-in ballots as well as the scanned/electronic copies for the 2020 Presidential Election that were discarded or otherwise not counted for the 2020 Presidential Election.

· The originals of the spoiled absentee mail-in ballots.

This request is made pursuant to O.C.G.A. § 50-18-71(b)(1)(A). Please contact me personally at ▮▮▮▮▮▮▮ or by email at ▮▮▮▮▮▮▮▮▮▮▮▮ or Robert Cheeley at ▮▮▮▮▮▮ to coordinate the location for the inspection. The undersigned will have experts accompanying to analyze the originals and the electronic stored version of these ballots.

Thank you for your immediate attention to this matter

Sincerely,

Preston Lee Haliburton

CGGGBI0017507

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-2

**From:** **Misty Hampton** MAILER-DAEMON 
**Subject:** ORR
**Date:** January 1, 2021 at 2:06 AM
**To:** prestonhaliburton@gmail.com

Please see the attached and please let me know if you need anything else. My contact information is 912-850-4823

Thanks and Happy New Year

Letter NOT
Certifyi...nt.docx
18 KB

## COFFEE COUNTY BOARD OF
## ELECTIONS AND REGISTRATION

**Ernestine Thomas-Clark, Chairman**
**Wendell Stone, Vice-chairman**
**C.T. Peavy, Member**

**224 West Ashley Street**
**Douglas, GA 31533**
**(912) 384-7018**
**FAX (912) 384-1343**
E-Mail:  misty.hampton@coffeecounty-ga.gov

**Eric Chaney, Member**
**Matthew McCullogh, Member**
**Misty Martin**, Election Supervisor
**Jil Ridlehoover Elections Assistant**

12/31/2020

We have received your open record request, and I will be speaking with my board, and per Georgia Law I do not see any problem assisting you with anything y'all need accordance to Georgia Law. Y'all are welcome in our office any time. Coffee County Board of Elections and Registration and myself, are willing to work with anyone with accordance to the Georgia Law.

Misty Martin

Election Supervisor

Coffee County Board of Elections

224 West Ashley St

Douglas, Ga. 31533

912-384-7018 – Office

912-393-7181 – Direct

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-3

**Declaration of Eric Chaney**

Pursuant to 28 U.S.C Section 1746, I, Eric Chaney, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I am a member of the Coffee County Board of Elections.

3. I reside at 512 Pine Needle Rd, Douglas, Ga. 31535.

4. My affidavit highlights that during the ballot scanning on January 5, 2020 that the ICC was stopping on some ballots that had all Republican votes, and would give us an error of QR error, or could not read the QR code. After speaking with Scott Tucker on the telephone the ICC we did not have any more trouble with the ICC scanner.

5. On January 5, 2021 at 9:25 I asked Gary Gainous the IT Regional Tech with Dominion who he answered to, he told me Scott Tucker.  I asked him to please call him and get him on the phone.  I spoke with Mr. Tucker on Mr. Gainous' cell phone.  During our conversation, I told Mr. Tucker, he had 30 mins to get our scanner to working, and if he did not have it working in 30 mins, I was going to call every news station within an hour and half, and ask them to come to Coffee County and video the scanner not working. Mr. Tucker, replied to me, "I hear your threat", and I replied to him, "it is not a threat, it is a promise" and then I disconnected the phone call.  Mr. Gainous and Sam Challandes, the other IT Tech from Dominion, both went

outside on their phones. Mr. Gainous came back in and ask the Supervisor of Elections Misty Martin, to try scanning one more time. Mr. Ganious said "I really think it is going to work this time, just have faith". We decided as a board, to try one more time. From this point on, we did not have any trouble with the scanner.


Eric Chaney

January 8, 2021

Douglas, Georgia

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-4

**From:** Carissa Keshel carissa@federalappeals.com
**Subject:** Re: Declaration Format
**Date:** February 11, 2021 at 12:47 PM
**To:** Misty Hampton misty.hampton@coffeecounty-ga.gov



I know it will—it is an incredibly powerful declaration and video.

**From:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Date:** Thursday, February 11, 2021 at 11:46 AM
**To:** Carissa Keshel <carissa@federalappeals.com>
**Subject:** RE: Declaration Format

I really hope that helps.

Misty Martin
Election Supervisor
Coffee County Board of Elections
224 West Ashley St
Douglas, Ga. 31533
912-384-7018 - Office
912-393-7181 - Direct
misty.hampton@coffeecounty-ga.gov

**From:** Carissa Keshel <carissa@federalappeals.com>
**Sent:** Thursday, February 11, 2021 12:45 PM
**To:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Subject:** Re: Declaration Format

Thank you SO much Misty!   Very detailed and informative.  It is just unbelievable.

We really  appreciate you!  Please don't hesitate to contact me with any questions.

Hope you have a wonderful day!
~Carissa

**From:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Date:** Thursday, February 11, 2021 at 11:38 AM
**To:** Carissa Keshel <carissa@federalappeals.com>
**Subject:** RE: Declaration Format

See if this is better. If yall need me to testify I will  be more than happy to help in any way
I can.

Misty Martin
Election Supervisor
Coffee County Board of Elections
224 West Ashley St
Douglas, Ga. 31533
912-384-7018 - Office

912-393-7181 - Direct
misty.hampton@coffeecounty-ga.gov

**From:** Carissa Keshel <carissa@federalappeals.com>
**Sent:** Tuesday, February 9, 2021 8:22 AM
**To:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Subject:** Re: Declaration Format

Ok wonderful!  Thank you so much
~c

**From:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Date:** Monday, February 8, 2021 at 9:10 PM
**To:** Carissa Keshel <carissa@federalappeals.com>
**Subject:** Re: Declaration Format

Ok. I will work on this Tomorrow (Tuesday) at work

Get Outlook for iOS

**From:** Carissa Keshel <carissa@federalappeals.com>
**Sent:** Monday, February 8, 2021 8:52:18 PM
**To:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Subject:** Re: Declaration Format

Hi Misty,

I just heard back from Sidney, she says if you can think of any other details that would be wonderful.  Imagine you are telling a story to someone who knows nothing of the situation —I don't think you can have too many details. 😊.

And then if you could sign and return that would be wonderful!

Thank you so much!!
~Carissa

**From:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Date:** Friday, February 5, 2021 at 1:34 PM
**To:** Carissa Keshel <carissa@federalappeals.com>
**Subject:** RE: Declaration Format

I added some about the games, and Netflix.  See if I need to add anything else.

Doug, is being sweet. Thank you Doug.  I will help in any way I can!

Misty Martin
Election Supervisor
Coffee County Board of Elections

<span style="color:red">224 West Ashley St
Douglas, Ga. 31533
912-384-7018 - Office
912-393-7181 - Direct</span>
misty.hampton@coffeecounty-ga.gov

---

**From:** Carissa Keshel <carissa@federalappeals.com>
**Sent:** Friday, February 5, 2021 11:49 AM
**To:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Subject:** Re: Declaration Format

Yes ma'am that would be helpful as well.

Thank you!

---

**From:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Date:** Friday, February 5, 2021 at 10:39 AM
**To:** Carissa Keshel <carissa@federalappeals.com>
**Subject:** RE: Declaration Format

Do I need to include anything about the Poll Pads, I know they are from KnowInk. But I didn't know if it would help also.

<span style="color:red">Misty Martin
Election Supervisor
Coffee County Board of Elections
224 West Ashley St
Douglas, Ga. 31533
912-384-7018 - Office
912-393-7181 - Direct</span>
misty.hampton@coffeecounty-ga.gov

---

**From:** Carissa Keshel <carissa@federalappeals.com>
**Sent:** Friday, February 5, 2021 10:21 AM
**To:** Misty Hampton <misty.hampton@coffeecounty-ga.gov>
**Subject:** Declaration Format

Good Morning Mrs. Martin,

What a pleasure to speak with you!  Attached you will find a format for a declaration. Please fill it out to the best of your abilities regarding your personal experience with the voting system.  Please include as many details as possible and any applicable photos or other evidence if you have any.

Don't hesitate to call or email me with any questions.

Thank you so much for your time!
~Carissa Keshel
254-644-5523

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-5

**Declaration of (Misty Martin)**

Pursuant to 28 U.S.C Section 1746, I, (Misty Martin), make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I have been employed with Coffee County Elections and Registration since January 9, 2012. I have been the Supervisor of Elections since 2018.

3. I reside at 6658 Sinkhole Rd, Ambrose, Ga. 31512

4. My affidavit highlights the vulnerabilities of the Dominion Voting System.

5. On the Election Management System, you can access games. I was looking for a file I saved on the EMS and I found the section with the games.  So I decided to check and see what it was, that is where I found Solitaire, and a few more games.  This is allowing vulnerability for the outside world to hack the EMS

6. Dominion Voting system allows the administrator who is controlling the EMS, to set up the perimeters (Ambiguous Mark, Blank Ballot, Blank Contest, Overvote, Undervote, Write-in, or ALL BALLOTS) in which the administrator wants to adjudicate. There is **no** reason to adjudicate for blank ballot, blank contest, or undervote, so these choices should not be a choice. The  administrator could "vote" any blank race on the ballot, in which the voter did not vote, or the blank

ballot. During the Adjudication an administrator could change the vote of the any voter.   NO administrator should have the **Ability** to change any vote of a voter. This is why I chose in Coffee County to do the adjudication the old fashion way, Where I have 3 people, witness, agree, and sign the top tab of the ballot in which I am transferring the voters intent to.

7.  Ballots can be scanned thru the ICP or the ICC more than one time, and the Dominion system does not tell you the ballot has already been cast.

8.  Another feature that is unsafe is the fact that on the Poll Pads, which are from the Company KnowInk, you can connect to the internet.  After connecting to the internet, you can go to any site you wish.  I know this because at a polling place, my poll manager's laptop died, so the poll manager connected the poll pad to her hotspot and pulled up the ElectionNet system that each county office uses for the voter registration. After my poll manager told me she could access the internet on the Poll Pad, I decided to see what else I could access.  At this point I went to the Apple Play Store, then I checked to see if it would allow you to use google, yes you could go to Google on the Poll Pad.  Next, I decided to see if I could go to Netflix.  The poll pad would not only allow me to go to Netflix, it also allowed me to watch a movie on the poll pad.

X_____

Misty Martin

February 05, 2021

Douglas, Ga.

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-6

Messages - Andy Thomas & Ernestine Thomas-Clark & Eric Chaney &
Matthew McC & Wendell Stone

> Yelp. It has always been on the Friday after per the code, so I do not understand why it is different

1/11/21, 10:18 AM

> Reminder board meeting tomorrow at 9:30.
> Is there anything anyone would like on the agenda?

Ernestine Thomas-Clark
Chair/V. Chair election

Ernestine Thomas-Clark
New Board member Oath

> Picture of board meme era will be taken tomorrow

2/1/21, 10:46 AM

> Remember board meeting tomorrow at 930

Matthew McC



> Also, anything anyone would like put on the agenda

2/1/21, 1:05 PM

Ernestine Thomas-Clark
See you there.

2/23/21, 9:51 AM

> I am working on the agenda for next Tuesday, does anyone have something they would like to be put on the agenda

> We will also be swearing in ALL MEMBERS of the board and taking a picture. So dress accordingly lol

Matthew McC



2/24/21, 9:19 PM

> I have been asked to go speak at the rotary club tomorrow at noon. I was asked to talk about the election process

Matthew McC
Tony had mentioned us discussing any conversations about elections with him first, we have another new lawsuit and the possibility of another after that. So would prefer we check with him on any speaking engagements, interviews, etc.

> Oh, I did not know he had said that. I will ask him. Sorry

> I mentioned me speaking to ms Ernestine Tuesday when she signed the timesheets and she said ok

> But I will do what ever y'all as a board want me to do. Lol

CGGGBI0025162

Messages - Andy Thomas & Ernestine Thomas-Clark & Eric Chaney &
Matthew McC & Wendell Stone

Matthew McC

I think it's a good idea to check with him

I have not received anything about another lawsuit at the office

This is what I was going to discuss
I think I will start with the process of an election,
*Where we get the program
*How we decided how many machines
*How L&A is handled
*Absentee Ballots
*then advance voting
*Election Day
*then Elecrion night and the election night process

Matthew McC

I believe they sent it directly to Tony or possibly even verbally notified him. I'm not saying don't go, I'm just saying clear speaking engagements or interviews with him. But 4 other board members can certainly weigh in if I'm being too cautious

Ernestine Thomas-Clark

Now that I'm fully aware of the lawsuits, yes, you need to consult Tony before making a commitment.

Eric Chaney

With all that's going on I think you need to lay low.

I will tell Robert.

CGGGBI0025163

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-7



**From:** "James Barnes"
**Subject:** Elections
**Date:** April 21, 2021 at 1:44 PM
**To:** Charles Dial  charles.dial@coffeecounty-ga.gov

Charles,

I want to remind you I need information on how to submit a ticket. I definitely think that will prove useful. Tony Rowell stopped by to speak with me earlier. He needs a way to access Misty's old county email, so we have a more complete picture.

*James A. Barnes, Jr.*
*Coffee County*
*Supervisor of Elections*

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-8



May 6, 2021

# Customer Notification:  Maintaining Secure Chain of Custody for Your Dominion Voting System

Dominion has been alerted that customers are being approached with offers or requests to conduct a "forensic audit" of their voting equipment. It is critically important that only authorized, legal users be granted access to voting equipment in order to maintain secure chain of custody for your system. Please use this guidance to help you maintain the security and integrity of your voting system.

- Your Dominion voting system is installed in full compliance with federal and/or state certification requirements, with associated test reports from a federally accredited Voting System Test Lab ("VSTL"). In addition to undergoing U.S. Election Assistance Commission (EAC) certification, VSTL testing, state certification (as applicable by law), installation of the "trusted build" of approved software with hash calculations for security checks, the system is placed into a jurisdiction's custody where it must be protected/physically secured. If chain of custody is breached and the certification status of your equipment cannot be guaranteed, it may be rendered unqualified for official use.

- Your Dominion software-licensing agreement also provides important written guidance on permissions for who can legally access the system with the company's consent. Any unauthorized transfer of voting equipment to unaccredited, non-certified vendors can void this agreement and create financial impacts for your jurisdiction. While Dominion does not object to audits by federally accredited Voting System Test Labs ("VSTLs"), the agreement does not allow for the release of voting systems to unaccredited, non-certified third parties without prior written consent.[1]

- Should you feel the need to conduct further examination of your voting equipment for any reason, please feel free to consult with your legal advisors and Dominion about the appropriate options that are available. Your Secretary of State or State Elections Board can advise you on legal guidelines for the proper testing, use, and auditing of voting systems and elections processes. You can also find online guidance on post-election audits from the U.S. Election Assistance Commission (EAC).

- Remember, your voting system is deemed critical infrastructure by the U.S. government and should be utilized, maintained, and protected as such. Chain of custody breaches may require a separate forensic audit and software reinstallation by an accredited lab with experts trained to work with voting system technology according to industry best practices for auditing and security.

---

**CONTACT US:** If you have recently been approached by individuals offering their services for a "forensic audit" of your voting system, or if you have accepted a "forensic audit" of your voting system by a third party and have chain of custody concerns, please report this activity to:  security@dominionvoting.com.

**GET THE FACTS:** Thousands of fair and impartial recounts and audits conducted since the November 2020 election have confirmed the accuracy and reliability of Dominion voting systems. Paper ballot records also provide a failsafe for checking accuracy of machine vote totals.

**MORE:** www.dominionvoting.com. **THANK YOU** for your support!

---

[1] Some state election auditing programs also have similar restrictions for maintaining chain of custody protections.

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-9

**From:**          Watson, Frances
**Sent:**          Tuesday, May 11, 2021 3:30 PM
**To:**            Jones, Pamela
**Subject:**       Fwd: Coffee County

Can you contact the county and verify what if any contact cyber ninjas had with any election equipment

Thanks
Get Outlook for iOS

From: Harvey, Chris █████████████
Sent: Tuesday, May 11, 2021 2:58:33 PM
To: James Barnes ████████████████
Cc: Watson, Frances ████████████; Barnes, Michael ████████████
Subject: RE: Coffee County

James,
Thanks for sending this. I think it might be prudent to see if there has been any contact between the person on the card and anyone in your office and/or if they have had any access to any of your equipment.
I have let our investigations Division and CES know, and they might follow up with you.
Let me know if you have questions or concerns.

Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-**████
**Cell   404-**████



From: James Barnes ████████████████
Sent: Friday, May 7, 2021 3:57 PM
To: Harvey, Chris ████████████
Subject: Coffee County

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Mr. Harvey,

The Dominion email today, pertaining to Cyber Ninjas, was alarming to me. When I took over at the Coffee County office the attached business card was at the base of Misty Hayes' computer monitor. I

**SLIPSHEET**

**Vickers, Tracie**

| | |
|---|---|
| **From:** | James Barnes |
| **Sent:** | Friday, May 7, 2021 3:57 PM |
| **To:** | wharvey@sos.ga.gov |
| **Subject:** | Coffee County |
| **Attachments:** | cyber ninja.pdf |

Mr. Harvey,

The Dominion email today, pertaining to Cyber Ninjas, was alarming to me. When I took over at the Coffee County office the attached business card was at the base of Misty Hayes' computer monitor. I thought nothing of it until I heard about the situation in Arizona with the DOJ. If she did not use them, she was at the very least in contact.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

1



**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-10

From: "James Barnes"
Subject: Misty
Date: May 13, 2021 at 11:52:40 AM EDT
To: "arowell@hallboothsmith.com" <arowell@hallboothsmith.com>

Tony,

Here is a copy of the manifesto Misty sent off to the state. I figured
you might like a copy of the signed letter.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

## Declaration of Misty Martin

Pursuant to 28 U.S.C Section 1746, I, (Misty Martin), make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. Detail background and qualifications. I have worked for Coffee County Board of Elections since January 9, 2012.  I have been Supervisor of Elections since 2015.

3. I reside at 6658 Sinkhole Rd, Ambrose, Ga. 31512

4. My affidavit highlights that during the ballot scanning on January 5, 2020 that the ICC was stopping on some ballots that had all Republican votes, and would give us an error of QR error, or could not read the QR code.

5. During Advance Voting on December 23, 2020 at approximately 2:00pm the ICP (ICP 1), gave an error that the memory cards had been ejected, which they had not, the two compartments were still sealed.  At this time, I had to get another ICP (ICP 2) and program 2 new cards so that Advance voting could continue, and the voters could continue to scan their voted ballots.  At this time, I sealed ICP 1 and locked it, so that the approximately 5000 ballots would be secured.

6. On January 5, 2021 we unsealed ICP 1 and began to scan the ballots on the ICC.  I would scan a batch of 30 to 50 ballots at one time. The

ICC would stop scanning and give me an error of QR error, problem reading the QR code. I began noticing, that the ballots that the ICC was stopping on would be ballots that had all Republican votes. This issue happened at least 30 times. I had 3 Dominion techs in my office assisting me with the scanning of the ballots. I would not allow the Dominion Techs to touch any of the equipment. Every time it would stop one of the techs named Sam, he told look at the error code on the screen, at this time, I would take the ballots that would not scan and place them to the side, and run them at the end. Finally, Eric Chaney, one of my board members, had Gary one of the Techs to Call Scott Tucker with Dominion. At this time I witnessed Eric tell Scott Tucker, he had 30 mins to either get us a new scanner or fix our scanner, or Eric was going to call every news station within an hour and half from Coffee County, and ask the news station to come to Coffee County a record the problem with Dominion Scanner. Eric then disconnected the phone call. At this time, Gary received a text or phone call, walked outside for approx. 30 mins or so. Gary came back in and asked if I would like to try to begin scanning the ballots again, He said "I really think it is going to work this time". So, the board decided to give it one more tries. From this point forward, we did not have any more trouble with the ICC Scanner, which was very strange. The scanner even scanned the absentee by mail ballots GREAT.

7. The poll manager of Broxton, my second largest precinct in Coffee County, noticed that sometimes when the voter would try to scan

their ballot in the ICP, the ballot would go through the scanner and the scanner would then return the ballot back out, the voter would turn the ballot a different direction, and then the ICP would accept the ballot.  The poll manager noticed that the voters that this happen to all appeared to be white voters.

Misty Martin

Misty Martin

January 8, 2021

Douglas, Georgia

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-11

**Vickers, Wesley**

| | |
|---|---|
| **From:** | James Barnes |
| **Sent:** | Wednesday, May 19, 2021 1:50 PM |
| **To:** | Vickers, Wesley |
| **Subject:** | IT and maintenance |

Wesley,

I wanted to remind you that having Charles give Tony access to Misty's email account is on the to do list. Also, it would be helpful if Jonathan could check that light switch connection problem. It could be as simple as a new light switch. Thank you for the budget explanation. I made notes and highlighted the extra line items.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

1

## Vickers, Wesley

| | |
|---|---|
| **From:** | Vickers, Wesley |
| **Sent:** | Wednesday, May 19, 2021 2:00 PM |
| **To:** | Charles Dial |
| **Subject:** | election email |

Charles,

Tony needs access to MIsty's email.  Are you working on this for him?

Wesley

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-12

Message # 3

Message Key: ─ ─ ─ ─ ─ 000007E5C1136B0408797308F0800075593BD0AF225287B1421F1FE3F2BB6B3707
711FC4

From:          "Vickers, Wesley" <Wesley.Vickers@coffeecounty-ga.gov>
To:            James Barnes <james.barnes@coffeecounty-ga.gov>
Addressed To:  james.barnes@coffeecounty-ga.gov
Subject:       RE: IT and maintenance
Date:          Wednesday, May 19, 2021 19:50 GMT

James

Please leave your PC and your assistant's PC turned on over the next week.  Charles will need to log in at night, don't know what day.

Thanks
Wesley

From: James Barnes <james.barnes@coffeecounty-ga.gov>
Sent: Wednesday, May 19, 2021 1:50 PM
To: Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
Subject: IT and maintenance

Wesley,

I wanted to remind you that having Charles give Tony access to Misty's email account is on the to do list. Also, it would be helpful if Jonathan could check that light switch connection problem. It could be as simple as a new light switch. Thank you for the budget explanation. I made notes and highlighted the extra line items.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
██████████

──────────── End Of Message ────────────

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-13

**From:** James Barnes
**Sent:** Monday, May 24, 2021 4:19 PM
**To:** ces@sos.ga.gov
**Subject:** credentials

Good afternoon,

I need to obtain an Election Summary Report for the November 3rd election. Unfortunately, I do not know the ICC or EMS password and did not see it in the server room.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-14

## Vickers, Wesley

| | |
|---|---|
| **From:** | Charles Dial <cdial@sgcce-inc.com> |
| **Sent:** | Friday, July 2, 2021 9:11 AM |
| **To:** | Vickers, Wesley |
| **Subject:** | Re: election email |

According to Microsoft there no recovery process. I will call them. I will check to see what on her computer. We have to get a mail archiver. I had it secured but I do not know when the license was removed. I guess josh or Kyle took the license off when we needed them a few months back for the SO. If the ost is on the old computer I can extract them from it unless she deleted all her emails before she left.

Thanks

Charles Dial
SGCCE, INC

Sent from my iPhone

> On Jul 2, 2021, at 9:05 AM, Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov> wrote:
>
> I told you when she left that we needed all the stuff off of her computer. That was within the 30 day period. All I need is access to her email. It is important.
>
> **From:** Charles Dial <cdial@sgcce-inc.com>
> **Sent:** Friday, July 2, 2021 8:59 AM
> **To:** Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
> **Subject:** Re: election email
>
> Ok so here the issue with Misty Email. When the license is removed from a mailbox this may leave the mailbox in a hard-deleted state. In order to recover the mailbox, the user must relicense the Azure user object. That will reconnect the mailbox as long as it's within 30 days from the disconnect date. When reapply the license but it was passed the 30 mark. We need to purchase a mail archive to hold all emails for the 7 year period. This will allow use to pull emails without having to deal with O365 licenses being removed and reused and losing all the emails.
>
> Thanks
>
> Charles Dial
> SGCCE, INC
>
> Sent from my iPhone

1

On Jul 1, 2021, at 9:03 PM, Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
wrote:

Mistys email

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Charles Dial <cdial@sgcce-inc.com>
**Sent:** Thursday, July 1, 2021 6:04:45 PM
**To:** Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
**Subject:** Re: election email

You talking about musky email.

Thanks

Charles Dial
SGCCE, INC

Sent from my iPhone

> On Jul 1, 2021, at 4:55 PM, Vickers, Wesley
> <Wesley.Vickers@coffeecounty-ga.gov> wrote:
>
> Charles,
>
> Have we been able to access the email from elections prior to James
> being named?
>
> W

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-15

From: "Nick Kinsley" <NKinsley@hallboothsmith.com>
Subject: FW: notice: Litigation hold letter/ non spoliation
Date: July 1, 2021 at 3:41:15 PM EDT
To: "James Barnes" <james.barnes@coffeecounty-ga.gov>
Cc: "Anthony A. Rowell" <ARowell@hallboothsmith.com>, "Vickers, Wesley"
<Wesley.Vickers@coffeecounty-ga.gov>

Good afternoon James,

I just received the attached litigation hold letter from Plaintiff's
counsel in a lawsuit against Coffee County (and many others).
Tony had expected this, so he has already requested that Misty's
email be unlocked so that any relevant communications can be
retrieved.

In short, this is a list of evidence that Plaintiff's counsel believes is
relevant.  The purpose is to notify you of the anticipated evidence
so that it will not be destroyed.  To the extent your office or the
boardmembers possess any of this information, please make sure
it is not discarded or deleted.

However, I expect that some of this evidence is no longer in your
possession.  Please take time to review the letter and assess what
evidence you have.  Let's plan to touch base within the next week
to discuss.

Of course, if you have any questions, feel free to give me a call.


**Nick Kinsley**

**Hall Booth Smith, P.C.**
1564 King Road
Tifton, GA  31793
Office: 229-382-0515; Fax: 229-382-1676
nkinsley@hallboothsmith.com  www.hallboothsmith.com

**From:** Maddox Harding <maddoxharding@yahoo.com>
**Sent:** Thursday, July 01, 2021 3:14 PM
**To:** Nick Kinsley <NKinsley@hallboothsmith.com>

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-16

**Vickers, Wesley**

| | |
|---|---|
| **From:** | Charles Dial <cdial@sgcce-inc.com> |
| **Sent:** | Friday, July 2, 2021 9:11 AM |
| **To:** | Vickers, Wesley |
| **Subject:** | Re: election email |

According to Microsoft there no recovery process. I will call them. I will check to see what on her computer. We have to get a mail archiver. I had it secured but I do not know when the license was removed. I guess josh or Kyle took the license off when we needed them a few months back for the SO. If the ost is on the old computer I can extract them from it unless she deleted all her emails before she left.

Thanks

Charles Dial
SGCCE, INC

Sent from my iPhone

> On Jul 2, 2021, at 9:05 AM, Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov> wrote:
>
> I told you when she left that we needed all the stuff off of her computer. That was within the 30 day period. All I need is access to her email. It is important.
>
> **From:** Charles Dial <cdial@sgcce-inc.com>
> **Sent:** Friday, July 2, 2021 8:59 AM
> **To:** Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
> **Subject:** Re: election email
>
> Ok so here the issue with Misty Email. When the license is removed from a mailbox this may leave the mailbox in a hard-deleted state. In order to recover the mailbox, the user must relicense the Azure user object. That will reconnect the mailbox as long as it's within 30 days from the disconnect date. When reapply the license but it was passed the 30 mark. We need to purchase a mail archive to hold all emails for the 7 year period. This will allow use to pull emails without having to deal with 0365 licenses being removed and reused and losing all the emails.
>
> Thanks
>
> Charles Dial
> SGCCE, INC
>
> Sent from my iPhone

1

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-17



"James Barnes"
Statement
To: Deb Cox

Good morning,

Investigator Blanchard has asked me for a statement concerning the improper storage of election equipment/files and other things I observed when I took office. Is this sufficient?

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

COFFEE CO BOARD OF
ELECTIONS & REGISTRATION
224 W Ashley St.
DOUGLAS, GA  31533
(912) 384-7018    James Barnes, Election Supervisor
FAX (912) 384-1343

Ernestine Thomas-Clark, Chairman
Andy Thomas, Board        Wendell Stone, Board
Eric Chaney, Board        Matthew McCullough, Board

To whom it may concern,

I took over operations at the Coffee County Board of Elections & Registration on April 1st 2021. It had been vacated by Misty Hampton and Jil Riddlehoover since late February 2021. I observed elections materials from a wide range of years that had never been properly transferred to the Clerk, of Court. Documents dating as far back as 2010 had never been properly shredded and were stored in a dump room lacking any central air. Thousands of precinct cards were found unmailed dating back as far as 2019. All, save one, of the Coffee ICP's were stored beside an unsecure exterior access door that was mut weatherproof. ICP's were observed with a thick coat of pollen and dust that had blown in from outside. Battery UPS units were stored with 2 and 3 units stacked on top of one another. Multiple pre-2020 CP cards and DHL voter cards were located and turned over to CFS. CFS also brought a new server because Ms. Hampton had changed the server password.

Regards,

James A Barnes, Jr.
Coffee County
Board of Elections & Registration

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-18



**From:** Deb Cox dcox@lowndescounty.com
**Subject:** RE: Statement Suggestions and additions
**Date:** August 24, 2021 at 9:50 AM
**To:** James Barnes james.barnes@coffeecounty-ga.gov

**"It had been vacated…"** The office had been closed and locked since Feb 2021.

**"I observed…"** Election materials that should have been turned over to the Clerk of Court dating from 2019 were scattered throughout the office.

**"Documents dating as far back…"** stored in a room with a leaking roof and walls with no environmental controls.

**"Thousands"** ? Is this accurate? Make sure you are not over-estimating. Credibility is important.

**"All, save one of the Coffee ICPs…"** ICPs were stored in a room with an unlocked door to the outside of the building, a leaking roof and plank walls with sunlight streaming through them. Pollen and dust coated the equipment and there was evidence of water accumulation.

**"Battery UPS units…"** Back-up battery UPSs were stacked two, three and four high, with the faces of the units detached, and all units stacked on a cart tied with the power cord to the cart.

**"Multiple pre-2020…"** memory cards from the previous voting equipment had not been turned over to CES.

**"CES also brought a new server…"** Not correct – delete this line. They took it, but not because the password had changed…

Additional items:

Voting equipment, UPSs, etc. had not been inventoried or taken out of the shipping boxes, Equipment had not been charged or routine re-occurring maintenance performed or documented. Most of the equipment was not sealed. Confirmation cards, precinct cards, and a large number of drivers licenses were found, that had not been mailed to voters.

Voted ballots from multiple elections were mixed together

**and scattered in stacks and piles throughout the office.**
**AB Envelopes from multiple elections, were mixed together**
**in piles throughout the office.**
**Voter ID system – no blue backdrop, no TVICs, no camera.**
**Voter registration forms were scattered all over the office,**
**mixed with junk, clothing and other debris.**
**Rat droppings were on top of the equipment.**
**Memory cards from the Nov election were in a scanner**
**(ICP), with a Nov tape hanging out of the scanner, and the**
**scanner was plugged into an outlet and on. The unit was**
**not sealed or secured.**
**Lots of documents requested through official Open**
**Records Requests, that should have been in the office,**
**were not found.**

---

**From:** James Barnes <james.barnes@coffeecounty-ga.gov>
**Sent:** Tuesday, August 24, 2021 9:14 AM
**To:** Deb Cox <dcox@lowndescounty.com>
**Subject:** Statement

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning,

Investigator Blanchard has asked me for a statement concerning the improper storage of election equipment/files and other things I observed when I took office. Is this sufficient?

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-19



**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-20

| | |
|---|---|
| From: | James Barnes |
| Sent: | Tuesday, August 24, 2021 10:17 AM |
| To: | jblanchard@sos.ga.gov |
| Subject: | Statement |
| Attachments: | barnes.pdf |

Good morning,

I have attached a detailed statement on the state in which I found the Coffee elections office in April.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018

# COFFEE CO BOARD OF
# ELECTIONS & REGISTRATION

## 224 W Ashley St
## DOUGLAS, GA  31533

Ernestine Thomas-Clark, Chairman     (912) 384-7018     James Barnes, Election Supervisor
Andy Thomas, Board     FAX (912) 384-1343     Wendell Stone, Board
Eric Chaney, Board     Matthew McCullough, Board

To whom it may concern,

I took over operations at the Coffee County Board of Elections & Registration on April 1st 2021. The office had been closed, and locked, since February 2021. Election materials that should have been turned over to the Clerk of Court dating from 2019 were scattered throughout the office. Documents dating as far back as 2010 were stored in a room with a leaking roof, walls and no environmental controls. Confirmation cards, precinct cards, and a large number of drivers licenses were found that had not been mailed to voters.

Coffee ICPs were stored in a room with an unlocked door to the outside of the building, a leaking roof, and walls with sunlight streaming through crevices. Pollen and dust coated the equipment and there was evidence of water accumulation. Back-up battery UPSs were stacked two, three, and four high. The faces of units were detached, and all units were tied to carts using their power cord. Memory cards from the previous voting equipment had not been turned over to CES.

Cast ballots from multiple elections were mixed together in stacks and piles throughout the office. Absentee by mail envelopes from multiple elections were similarly strewn about the office in scattered piles. Most of the BMDs, printers, and UPSs had never been unboxed or inventoried. The routine maintenance, and charging, of equipment had not been performed and documented. There was also no color printer, camera, blue back drop, or TVIC sheets for the Voter ID system.

Regards
James A Barnes, Jr.
Coffee County
Board of Elections & Registration

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-21

**From:** Charles Dial <cdial@sgcce-inc.com>
**Sent:** Wednesday, October 27, 2021 1:51 PM
**To:** Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>
**Cc:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>; James Barnes
<james.barnes@coffeecounty-ga.gov>
**Subject:** Re: Misty Hampton's emails


Tracy at the time she left I was not told to persevere the emails so once we remove the office 365
License it removed her email.  The county does not have a mail Archiver so there's no way to retrieve
old emails once the mailbox is removed by o365.

Thanks

Charles Dial
SGCCE, INC

Sent from my iPhone


On Oct 27, 2021, at 1:46 PM, Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov> wrote:


Charles,  Could you please confirm that the County can or cannot retrieve Misty Hamptons emails prior
to her leaving the County?  Or do we have them stored in any format for access to them in the event of
any open records request or inquiry?

Tracie


**Tracie Vickers**
**County Clerk**
**Coffee County Commissioners**
**101 South Peterson Avenue**
**Douglas, GA  31533**
**912-393-7108**

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-22

**Thursday, April 11, 2024 at 22:43:11 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Response to Coalition for Good Governance's 3/4/2022 Open Records Request to Coffee County |
| **Date:** | Wednesday, March 9, 2022 at 4:19:55 PM Eastern Standard Time |
| **From:** | Jennifer Dorminey Herzog |
| **To:** | marilyn@uscgg.org |
| **CC:** | Vickers, Tracie, Rachel Roberts, Anthony A. Rowell, Vickers, Wesley |
| **Attachments:** | twitter.png, facebook.png, linkedin.png, HBS_Email_Signature_1.19.22.jpg, 1317_001.pdf |

Ms. Marks,

My name is Jennifer Herzog and I serve as Assistant County Attorney for Coffee County.  Please accept the following as Coffee County's response to your open records request dated and received Friday March 4, 2022.

1) Security video recordings for the period 8 am November 16, 2020 through 6 pm November 20, 2020 for the following areas:

    a. Elections office (including the server room)

    b. Election equipment storage area

    c. Election office parking lot

The video may be sent by removable media, dropbox or ftp site.

**Response:** Because of data storage limitations, security video recordings are copied over in the regular course of county business and therefore because of the passage of time there are no records in existence responsive to this request.

2) Election Office visitors logs for the period November 16,  2020 through November 20, 2020.

**Response:** There are no documents in existence of which current Elections' staff is aware responsive to this request.

3) All documents, including communications, relating to requested, alleged or actual imaging or copying of electronic files of Dominion Voting System equipment conducted by individuals who are not authorized Coffee County officials. (Records to include those created beginning November 1, 2020 through the date of  response to this request.)

**Response:** Although this request is vague and somewhat confusing, based on our understanding of what you are seeking, there are no documents in existence of which current Elections' staff is aware responsive to this request.

4) All communications with Georgia Secretary of State's office beginning November 1, 2020 through the date of your response to this request regarding investigations of Coffee County by the Secretary of State.

**Response:** We object to certain documents responsive to this request under the authority of

O.C.G.A 50-18-72(40) and (41).  Subject to said objection and without waiving same, please find attached letter responsive to this request. We are communicating with IT to determine whether there are any further documents responsive to this request in existence and able to be accessed. The former Election Supervisor Misty Hampton and Elections Clerk Jill Riddlehoover who were employed during the November 2020 election are no longer employed with Coffee County Board of Elections and Registration.  After Ms. Hampton, James Barnes was briefly employed as the Election Supervisor with Coffee County and he likewise is no longer employed with the County. As a result, we have communicated with IT to determine ability to access these former employee's county email accounts as they would have contained emails during the time period requested.  It is our belief that once the users were removed the emails are now no longer able to accessed; however, we are taking all steps to confirm whether there is any way to access those emails at this time. You may also seek to obtain the requested correspondence from the Secretary of State's office.

There is no charge for responding to this request. Thank you,

Jennifer


**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.



**O:** 229.382.0515
**D:** 229.339.8856

1564 King Road
Tifton, GA 31793

hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Marilyn Marks <Marilyn@USCGG.org>
**Sent:** Friday, March 4, 2022 12:43 AM
**To:** openrecordsrequest <openrecordsrequest@coffeecounty-ga.gov>
**Cc:** Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
**Subject:** Public records request

This is a public records request filed under Georgia  Code Section 21-2-72 and Article 4 of Chapter 18 of Title 50. I am making this request in my individual capacity and on behalf or Coalition for Good Governance, a 501(c)(3) organization.

Please supply the following records:

1) Security video recordings for the period 8 am November 16, 2020 through 6 pm November

20, 2020 for the following areas:

      d. Elections office (including the server room)

      e. Election equipment storage area

      f. Election office parking lot

The video may be sent by removable media, dropbox or ftp site.

2) Election Office visitors logs for the period November 16,  2020 through November 20, 2020.

3) All documents, including communications, relating to requested, alleged or actual imaging or copying of electronic files of Dominion Voting System equipment conducted by individuals who are not authorized Coffee County officials. (Records to include those created beginning November 1, 2020 through the date of  response to this request.)

4) All communications with Georgia Secretary of State's office beginning November 1, 2020 through the date of your response to this request regarding investigations of Coffee County by the Secretary of State.

If any records are withheld or denied, please cite the legal authority on which you rely to deny the records request.

Please contact me if you have questions.  Thank you for your assistance.

Marilyn Marks
Executive Director
Coalition for Good Governance


Follow me @MarilynRMarks1

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-23

**Jennifer Dorminey Herzog**

| | |
|---|---|
| **From:** | Brown, Emma <Emma.Brown@washpost.com> |
| **Sent:** | Friday, April 8, 2022 5:00 PM |
| **To:** | Anthony A. Rowell; Jennifer Dorminey Herzog |
| **Subject:** | Re: Washington Post inquiry // Coffee County |
| | |
| **FilingDate:** | 4/11/2022 10:53:00 AM |

Dear Mr. Rowell and Ms. Herzog,
I'm just checking back with you to see if you have any comment on either of the emails below. In one I asked about what I am told was Eric Chaney's presence during the copying of equipment in Coffee County. In the other, I asked if you had been contacted by the secretary of state's office regarding an allegation of a security breach in Coffee County's election department following the 2020 election, and more specifically, an allegation that individuals copied voting equipment.
I'd appreciate the chance to hear from you!
Thank you,
Emma Brown
202-674-5394

**From:** Brown, Emma <Emma.Brown@washpost.com>
**Sent:** Monday, March 28, 2022 5:12 PM
**To:** Anthony A. Rowell <ARowell@hallboothsmith.com>; jherzog@hallboothsmith.com <jherzog@hallboothsmith.com>
**Subject:** Re: Washington Post inquiry // Coffee County

Mr. Rowell, I just spoke briefly to Eric Chaney, who I am told was present at the Coffee County elections office when the alleged copying of voting machines occurred. He said he didn't have anything to say and told me to direct my questions to you.
I would appreciate the chance to speak with you.
I am at 202-674-5934. Please call me at your earliest convenience.
Thank you,
Emma Brown

**From:** Brown, Emma
**Sent:** Monday, March 28, 2022 12:53 PM
**To:** Anthony A. Rowell <ARowell@hallboothsmith.com>; jherzog@hallboothsmith.com <jherzog@hallboothsmith.com>
**Subject:** Washington Post inquiry // Coffee County

Dear Mr. Rowell and Ms. Herzog,
I am a reporter at the Washington Post and I am reaching out to you in your capacity as lawyers for Coffee County, Georgia.
I am wondering if you are aware of allegations that people accessed Coffee County's voting machines at some point after the 2020 election, and I'm wondering whether you have been contacted by the secretary of state's office about that.
Please give me a call.
Sincerely,
Emma Brown
202-674-5934

From: Brown, Emma <Emma.Brown@washpost.com>
Sent: Friday, April 8, 2022 10:23 AM
To: Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
Cc: Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>
Subject: Re: Washington Post inquiry

Thank you Mr. Vickers for your response here. I want to ask you about one other thing, and you may not want to comment but I would like to make sure you have the opportunity.
I spoke to Misty Martin, now Misty Hampton, and she told me when she was forced to resign, the reason she was given was that she had falsified time sheets. But she believed the real reason was the issues she had raised with Dominion voting machines.
Could you comment on why she was asked to resign and whether the issues she raised with voting machines was the reason and/or a contributing factor?
Thank you,
Emma Brown
202-674-5934

_____

From: Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
Sent: Monday, March 28, 2022 1:07 PM
To: Brown, Emma <Emma.Brown@washpost.com>
Cc: Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>
Subject: RE: Washington Post inquiry

CAUTION: EXTERNAL SENDER
Ms. Brown,

Our county records custodian has informed me that you have made an official open records request concerning possible communications with the secretary of state's office.  She will respond to your request in a timely manner.  I have no comment otherwise.

Thank you,

Wesley

From: Brown, Emma <Emma.Brown@washpost.com>
Sent: Monday, March 28, 2022 12:52 PM
To: Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>
Subject: Washington Post inquiry

Dear Mr. Vickers,
I'm reaching out again in the hopes that we can connect. I just left you a voice mail and would be grateful for the chance to speak with you.
I'm wondering if you are aware of allegations that voting machines in Coffee County were accessed by people who copied hard drives and other data. I am also curious whether you have heard anything from the secretary of state's office about this.
Please give me a call.

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-24

----- Forwarded Message -----
From: Brown, Emma <emma.brown@washpost.com>
To: wendellstone2000@yahoo.com <wendellstone2000@yahoo.com>
Sent: Monday, May 2, 2022, 10:00:02 PM EDT
Subject: Washington Post inquiry

Dear Mr. Stone,

I'm a reporter for the Washington Post and I am reaching out about a story I am working on.

As you are probably aware, Georgia businessman Scott Hall was recorded saying that he arranged for people to go to Coffee County to help investigate the 2020 election results. He said that they "went in there and imaged every hard drive of every piece of equipment" and scanned ballots. He also said: "We basically had the entire elections committee there. And they said, 'We give you permission. Go for it."

Were you present when Scott Hall and other non-county employees came to the elections department to investigate the election results and/or copy voting equipment? Did you give your permission? If so, why?

When and how did you become aware of the claim that voting equipment in Coffee County was imaged?

I'd be grateful if you could get back to me by tomorrow afternoon.

Sincerely,
Emma Brown
202-674-5934

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-25

**Mavis C. Williams-Little**

| | |
|---|---|
| **From:** | Jennifer Dorminey Herzog |
| **Sent:** | Friday, April 28, 2023 11:06 AM |
| **To:** | Mavis C. Williams-Little |



CGG annotation:
Message from Ryan
Germany (SOS)
4/11/22
to Jennifer Herzog,
Coffee County attorney



10:23                              5G

New iMessage                    Cancel

To: Secretary Of State - Evan Germany

I'll be driving home tonight about 630
if that isn't too late or tomorrow
afternoon fine too. (Tony will be tied
up in Tift meeting Tonight so he won't
be available until tomorrow but I can
relay to him)..

I'm tied up until about 7 but could talk
after that. Tomorrow afternoon is
good for me too.

Trying to fly home tonight to catch
the tail end of my kids soccer game.
I'm in the car now. But totally fine it
sounds like schedules won't match
up tonight so we can make tomorrow
afternoon work. Then Tony can
attend also.

Thanks

Tony said 2 PM tomorrow works for
him if it does for you.

Works for me. Talk to y'all then.

Wed, Jun 29 at 5:00 PM



Sent from my iPhone

**Jennifer Dorminey Herzog**

Attorney at Law | Hall Booth Smith, P.C.

**O:** 229.382.0515
**D:** 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

3

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-26

## Jennifer Dorminey Herzog

| | |
|---|---|
| **From:** | Jennifer Dorminey Herzog |
| **Sent:** | Tuesday, April 12, 2022 3:50 PM |
| **To:** | rgermany@sos.ga.gov |
| **Cc:** | Anthony A. Rowell |
| **Subject:** | FW: Response to 4/12/22 Emma Brown Washington Post inquiry |

FYI

**From:** Jennifer Dorminey Herzog
**Sent:** Tuesday, April 12, 2022 3:43 PM
**To:** Emma.Brown@washpost.com
**Cc:** Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>; Anthony A. Rowell <ARowell@hallboothsmith.com>
**Subject:** Response to 4/12/22 Emma Brown Washington Post inquiry

Dear Ms. Brown,

We are in receipt of your correspondence this morning at 5:05 a.m. which is below. The specific details set forth therein were unknown to the Coffee County Board of Commissioners until receipt of your email. Accordingly, we forwarded your communication to Mr. Chaney. I have provided below Mr. Chaney's response to Ms. Hampton's statement.

Having now received this information, we request that you forward to us your entire investigative file with regard to any information you have about 2020 elections in Coffee County, including the primary and general election and the January 2021 runoff election, as well as any related recounts or audits, to include but not be limited to the following: all written or recorded statements, video, documents, papers, letters, photographs, computer-based or generated information, data, or any other record related thereto. We also request you forward the same information to the Georgia Secretary of State immediately for investigation as they deem necessary.

Thank you for bringing this matter to our attention.

Tony Rowell, County Attorney, Coffee County Georgia
Jennifer Herzog, Assistant County Attorney, Coffee County Georgia

**From:** Eric Chaney <ericchaney80@gmail.com>
**Sent:** Tuesday, April 12, 2022 2:29 PM
**To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Subject:**

Tony and Jennifer,

I do not know Scott Hall and, to my knowledge, I am not aware of nor was I present at the Coffee County Board of Elections and Registration's office when anyone illegally accessed the server or the room in which it is contained. Misty told me that she had contacted someone from the Secretary of State's office who was going to come down and investigate the November 2020 election. I do recall going by the office sometime after the recount in November 2020 and there were people present unknown to me. I believed those people to be associated with the Secretary of State's office. I have no knowledge whether or not Misty allowed anyone without authorization to access the server room (which remains locked and because of the layout of the Elections' office which is very small, you have to walk through Misty's office to access that room. Therefore, it is highly unlikely if not impossible for her not to know who did or did not enter the server room). I have no personal knowledge that anyone without authorization accessed the server room nor knowledge of any other statements or allegations in Ms. Brown's email.

Eric Chaney

On Tue, Apr 12, 2022, 8:58 AM Jennifer Dorminey Herzog <jherzog@hallboothsmith.com> wrote:

Eric, we received the below correspondence at 5:05am today. Please give Tony Rowell and myself a call as soon as possible to discuss.

**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

| | |
|---|---|
| **O:** 229.382.0515 | 1564 King Road |
| **D:** 229.339.8856 | Tifton, GA 31793 |
| | hallboothsmith.com |

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

-----Original Message-----
From: Brown, Emma <Emma.Brown@washpost.com>
Sent: Tuesday, April 12, 2022 5:05 AM
To: Wesley Vickers <wesley.vickers@coffeecounty-ga.gov>; Anthony A. Rowell <ARowell@hallboothsmith.com>; Jennifer Dorminey Herzog <jherzog@hallboothsmith.com> Subject: Time sensitive Washington Post inquiry

Dear Mr. Vickers, Mr. Rowell and Ms. Herzog,

As you know from my previous inquiries to each of you, I have been reporting on the claim that businessman Scott Hall arranged after the 2020 election to ferry a team of people to Coffee County, where — he says in a recorded phone call — that they made copies of Dominion election equipment with permission from local elections officials.

The county's former election supervisor, Misty Hampton (previously Martin) told me that Scott Hall did visit her office with other people after she reached to someone on the "federal level" seeking help investigate the election.

She said she did not remember how many people or who they were, or when they visited or what they did. She said Eric Chaney was present with her and she did nothing without his knowledge.

Hampton said the group passed through the locked door between the building foyer and the election department, which she described as an area off limits to the general public but a place where non-county employees - such as candidates, anyone seeking to meet with her, even her mother - could go and did go.

She also said that while she was sure that Hall and the team he brought did not enter a locked room housing the touch screen voting machines, she did not know whether they entered the room housing the EMS server, as that room was often unlocked during the day and she wasn't watching their every movement. (I understand that the state election board found fault with the county's security protocol, including the unlocked door to the EMS room, and referred it to the AG for possible civil penalties in Dec 2021.)

So while we have not confirmed that Hall and the team he accompanied did actually copy equipment, Hampton's description, as I understand it, leaves open the possibility that they could have accessed and copied the EMS server.

I am laying this out for you because I would really appreciate the chance to include the county's perspective in the story, particularly a response to our conclusion that Hall and his team could have had access to the EMS because they were in the election office area, behind a locked door meant to keep out the general public, and in the vicinity of a usually unlocked EMS room with no one keeping a close eye on them.

If there is something we should be aware of that makes this conclusion unfair or inaccurate, I would really appreciate you letting me know. I'm not just asking as an exercise, but because we are preparing a story and I'm trying to present a clear and accurate picture.

My deadline is this afternoon and I would very much appreciate the chance to hear back from you at your earliest convenience today. Feel free to call or email and please let me know if anything I've written here needs clarification.

Thank you for your consideration.

Sincerely,
Emma Brown
202-674-5934

Sent from my iPhone

3

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-27

**Subject:**        Coffee County 4/19/2022 Response to Marks

**Date:**            Tuesday, April 19, 2022 at 3:48:52 PM Eastern Daylight Time

**From:**            Jennifer Dorminey Herzog

**To:**              Marilyn Marks

**CC:**              Vickers, Tracie, Rachel Roberts, Vickers, Wesley, Anthony A. Rowell

**Attachments:**     HBS_Email_Signature_1.19.22.jpg, image001.png, image002.png, image003.png,
                     image004.jpg, image005.png, image006.png, image007.png, image008.jpg

Marilyn,

I have been tied up working on time sensitive matters for other clients yesterday and this morning but
this afternoon have again turned my attention to your most recent request for supplementation of Coffee
County's response to your consolidated open records request, which also contains other new requests
for records imbedded therein.  Your request to supplement was received late Thursday 4/14/22 with
follow up/further requests on Friday 4/15/22 (to which I responded to advise of certain members'
absence from work as the result of Good Friday before Easter) and then your follow up email yesterday
Monday 4/18/22 and today 4/19/22, followed by your additional ORR received moments ago this
afternoon. I again reassure you that I on behalf of Coffee County am doing my best to fully and
properly respond with the documents provided to me. If there are documents requested in the County's
possession that were not previously produced that are in fact in existence, responsive to your requests,
and not otherwise privileged, I assure you I will be following up to obtain and produce them to you. To
date, I am not aware of any documents being withheld from being produced to you outside of attorney
client privileged communications and attorney client work product under the authority of OCGA 50-18-
72(a)(41) and (42). In the past, I have not provided privilege logs for these type of records. If you desire
a detailed privilege log of what communications may be in existence between the various attorneys in
my office and the various staff at Coffee County, that will take significant time and expense to locate
the documents and create the logs.

As far as the ballot images, you and I have discussed that topic at length both verbally and in writing
and you are aware the server is in the Georgia Secretary of State office's possession. As you also are
aware, the County has requested to obtain those images from the SOS, but has been notified the server
is unable to be accessed (which is what prompted it being in the SOS's possession). If you believe you
will be more successful if these efforts, we again give direction and permission for you to seek to obtain
those images directly from the SOS' office.

I am going through your latest requests and working with Coffee County to determine what documents
are in its possession responsive to same and hope to have an answer, along with any responsive
documents, to you tomorrow.  As communicated to you during my last correspondence, the County has
spent significant time and expense responding to your prior requests at no cost to you in a good faith
effort to resolve any concerns you had, but it unfortunately appearing we may be continuing this pattern
for the foreseeable future, I have been directed that any further costs for collection and production will
be charged.  Therefore, as provided by O.C.G.A. § 50-18-71, the estimated cost to search, retrieve,
copy, redact, and/or supervise access to the requested documents is $85.52. This fee includes a charge
of $21.38 per hour to cover the administrative costs of assisting you with your request (e.g., staff time
searching for, retrieving, copying, etc.) to access county records as authorized by O.C.G.A. § 50-18-71.
This fee represents the hourly rate of the lowest-paid, full-time employee with the necessary skill and
training to respond to your request. There is no charge for the first 15 minutes. Please confirm you
desire to obtain the records at this cost and we proceed with the steps necessary to collect and produce.

Lastly, I am prepared at this time to go ahead and respond to your (#2) request below that we have no
responsive documents related to a "new investigation of Coffee County alleged server access which the

Secretary of State's investigation that began approximately February 24, 2022 as represented by SOS counsel to Court in the Curling v Raffensperger case."

Thanks,

Jennifer

**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 229.382.0515        1564 King Road
**D:** 229.339.8856        Tifton, GA 31793
                           hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Marilyn Marks <Marilyn@USCGG.org>
**Sent:** Tuesday, April 19, 2022 1:50 PM
**To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Cc:** Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>; Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>; Vickers, Wesley <Wesley.Vickers@coffeecounty-ga.gov>; Anthony A. Rowell <ARowell@hallboothsmith.com>
**Subject:** Re: Coffee County's 4/12/22 Response to Marks' 4/11/22 Consolidated Open Records Request

Jennifer,
We are disappointed still not to have heard from Coffee County on the documents not produced, although it is clear that the County and its representatives and vendors have responsive records, but are withholding them.  The County has an obligation to provide specific legal authority for the withholding of each specific record requested. (OCGA § 50-18-71(d)). The county has not identified documents for which it is asserting the legal authority to withhold from records production. The deadline for such disclosure is 3 business days after the request for the documents was made. Of course that time period has passed.

When can we expect a response to our open records requests, some of which have been outstanding since the first week of March? For example, the county is required by federal and state law to preserve electronic ballot images for 24 months after the election. If the County chose not to preserve them, it is the county's duty (not the requestor's duty) if the county improperly transferred them to another custodian. When will the requested ballot images be produced?

Please respond to our public records requests.

Marilyn Marks

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-28

## Jennifer Dorminey Herzog

**From:** Jennifer Dorminey Herzog
**Sent:** Friday, July 15, 2022 8:24 AM
**To:** Germany, Ryan
**Subject:** Re: Voting Machines

**FilingDate:** 7/15/2022 12:10:00 PM

Bless. Not accurate obviously. I will speak with her.

Sent from my iPhone

On Jul 15, 2022, at 6:40 AM, Germany, Ryan <rgermany@sos.ga.gov> wrote:

FYI.

—

Ryan Germany
678-672-9230

**From:** Evans, Blake <bevans@sos.ga.gov>
**Sent:** Friday, July 15, 2022 5:51:45 AM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Sterling, Gabriel <gsterling@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>
**Cc:** Harris, Jesse <jharris@sos.ga.gov>
**Subject:** FW: Voting Machines

**Blake Evans**
*Elections Director*
Georgia Secretary of State
**Direct: 470-312-2777**
**Cell: 470-701-6901**



**From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Sent:** Thursday, July 14, 2022 8:53 AM
**To:** Harris, Jesse <jharris@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>
**Subject:** Voting Machines

EXTERNAL EMAIL: Do not click any links or open any attachments unless you trust the sender and know the content i
safe.

Since it's been published that the former Election Supervisor gave access to the voting machines do they
need to be recertified?

Thanks


**Rachel Roberts**
*Coffee County Georgia*
*Elections Supervisor*
*912-384-7018*
*rachel.roberts@coffeecounty-ga.gov*

**<u>Exhibit N</u>**
**<u>Timeline of Coffee Breach-Related Events</u>**
**<u>Documents Misrepresented, Withheld, and Produced Late</u>**
**<u>Relevance and Prejudice to CGG</u>**

# Exhibit N-29

From: **Jennifer Dorminey Herzog** jherzog@hallboothsmith.com 📎
Subject: RE: Voting Machines
Date: July 18, 2022 at 10:59 AM
To: Rachel Roberts Rachel.Roberts@coffeecounty-ga.gov



You are fine and don't stress about it – we are all doing our best!!

## Jennifer Dorminey Herzog
Attorney at Law | Hall Booth Smith, P.C.

**O:** 229.382.0515
**D:** 229.339.8856

1564 King Road
Tifton, GA 31793
hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Sent:** Friday, July 15, 2022 12:36 PM
**To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Subject:** Re: Voting Machines

Okay Will do
Sorry for the email

Get Outlook for iOS

**From:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Sent:** Friday, July 15, 2022 12:17:22 PM
**To:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Subject:** FW: Voting Machines

Rachel,

I understand your intent in sending the below email, but please be very cautious when putting things in writing to the SOS or anyone else other than our office as those will have to be produced in response to discovery requests to the SOS as part of litigation and produced in response to an open records request to the county – this reads as if the former election supervisor gave improper access to the voting machines, when that has only been alleged and there is no evidence at this time that would support that such an access happened.

Please send this to them in follow up if you think it is accurate:

Jesse and Blake,

I wanted to clarify my below email – I am just trying to do anything and everything to be sure we have all i's dotted and t's crossed for the upcoming election(s). I do not have anything that would suggest that the former election supervisor gave improper access to any voting machines and understand that has only been alleged by others outside the county, and further that Coffee County nor SOS has any information at this time as far as I am aware that would support that such an access happened.

Thanks,

Rachel

**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 229.382.0515           1564 King Road
**D:** 229.339.8856           Tifton, GA 31793
                              hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Sent:** Thursday, July 14, 2022 8:53 AM
**To:** Harris, Jesse <jharris@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>
**Subject:** Voting Machines

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Since it's been published that the former Election Supervisor gave access to the voting machines do they need to be recertified?

Thanks

*Rachel Roberts*
*Coffee County Georgia*
*Elections Supervisor*
*912-384-7018*
*rachel.roberts@coffeecounty-ga.gov*

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-30

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Tuesday, August 30, 2022, at approximately 3:58 p.m., Special Agent CHRIS BALDWIN was located at the Burger King parking lot in Fitzgerald, Ben Hill County, Georgia for the purpose of collecting evidence from Hall Booth Smith Attorneys At Law employee DENISE PAULK, in reference to the computer trespass investigation of the Coffee County Elections and Registration Office.   It should be noted that SA BALDWIN had previously spoken with JENNIFER HERZOG, an attorney with Hall Booth Smith, PC, who represented the Coffee County Government.   HERZOG had coordinated the delivery of the evidence to SA BALDWIN by PAULK in response to a verbal open records request that was made by SA BALDWIN earlier that day.   SA BALDWIN received one (1) external hard drive containing video surveillance video of the Coffee County Elections and Registration Office.

SA BALDWIN maintained custody of the hard drive until Thursday, September 8, 2022 at 10:08 a.m. when he handed over custody of the evidence to Special Agent JERRI LYNN COODY.   SA COODY would be handling examining the surveillance video.   SA BALDWIN completed a GBI Form 20 for the hard drive.   A copy of that form has been attached to this summary.

Investigative act concluded.

**ATTACHMENTS**

EVIDENCE RECEIPT (OTHER AGENCY) GBI                    (Attachments)
Form 20

**EVIDENCE**

MY PASSPORT EXTERNAL HARD DRIVE CONTAINING        CC07861-Evidence.pdf

Page 1 of 2

903781

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___ 61 ___

FCDA00139060

**Exhibit N**
**Timeline of Coffee Breach-Related Events**
**Documents Misrepresented, Withheld, and Produced Late**
**Relevance and Prejudice to CGG**

# Exhibit N-31

# GEORGIA BUREAU OF INVESTIGATION
# OFFICE OF SPECIAL INVESTIGATIONS
# INVESTIGATIVE SUMMARY

**46-0001-42-23**

On Tuesday, August 30, 2022, at approximately 12:12 p.m., Special Agent CHRIS BALDWIN was located at the Coffee County Elections and Registration Office (CCERO) in Douglas, Georgia for the purpose of conducting an interview with RACHEL ROBERTS, current Elections Supervisor for Coffee County.   The interview was in reference to the Coffee County computer trespass investigation.   The interview with ROBERTS was audio recorded.   The recording has been attached to this summary. For a verbatim account of the interview, refer to the recording.   ROBERTS agreed to speak with the Agent and essentially stated the following:

ROBERTS gave SA BALDWIN a tour of the CCERO.   ROBERTS pointed out the location of the Georgia Elections Management Systems (GEMS) room and the equipment room.   The GEMS room and equipment room require a log book to document who accesses those rooms and when.

ROBERTS worked for the CCERO the first time from October, 2007 to November, 2011. ROBERTS came back to work for the CCERO as the Election Supervisor on December 13, 2021.   ROBERTS responsibilities as the Coffee County Election Supervisor are to maintain voting records and managing the operation of the elections in Coffee County. ROBERTS' Assistant Elections Supervisor was DEBRA NIPPER.   NIPPER became employed by the CCERO in March, 2022.

ROBERTS advised there was no directive, nor anything that she had signed, that governed who she did and did not allow access to the CCERO GEMS or equipment room.   ROBERTS advised it was just common sense.

904564

**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ____ 49 ____

FCDA00139026

**46-0001-42-23**

ROBERTS advised Oaths of Office were held in personnel files that were maintained by the Coffee County Board of Commissioners HR Manager PRINCESS PORTER. ROBERTS also provided SA BALDWIN the names and phone numbers of the Coffee County attorneys (TONY ROWELL, ███████ JENNIFER HERZOG, ███████ to assist SA BALDWIN in scheduling interviews with current CCBOE board members.

ROBERTS provided SA BALDWIN with a notebook containing the last several years of Coffee County Board of Elections (CCBOE) meeting minutes.  SA BALDWIN made a copy of the minutes for the only meeting to occur in January of 2021 (1/12/2021).   A copy of that document has been attached to this summary.

Investigative act concluded at approximately 12:36 p.m.


**ATTACHMENTS**

AUDIO                                                              (Attachments)
COPY OF NOTE(S) CCBOE Meeting Minutes            (Attachments)
1/12/2021


**ID DATA:**

**ROBERTS, RACHEL**   (DIRECTOR)



**PROPERTY OF GBI**
Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___49___

FCDA00139027