# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) ) |
| COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 5:23-mc-00001-LGW-BWC

In RE Subpoenas issued by the United States District Court For the Northern District of Georgia, Atlanta Division, Civil Action No. 1:17-CV-2989-AT

## NOTICE OF INTENT TO FILE SUR REPLY BRIEF

Pursuant to Local Rule 7.6 Defendant Coffee County Board of Elections and Registration (the "CCBOE") hereby notifies the Court and the Clerk of Court of its intent to file a Sur Reply Brief in Opposition to Plaintiff's Motion for Sanctions (doc. 60).

This 15th day of April, 2024.

**OLIVER MANER LLP**

*/s/ Benjamin M. Perkins*
BENJAMIN M. PERKINS
Georgia Bar No. 140997
WES P. RAHN
Georgia Bar No. 60391

Oliver Maner LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
bperkins@olivermaner.com
wrahn@olivermaner.com

*Attorneys for Defendant Coffee County Board of Elections & Registration*

**HALL BOOTH SMITH, P.C.**

*/s/ Jennifer D. Herzog*
JENNIFER D. HERZOG
Georgia Bar No. 109606
NICHOLAS A. KINSLEY
Georgia Bar No. 273862

1564 King Road
Tifton Georgia 31793
(229) 382-0515
jherzog@hallboothsmith.com
nkinsley@hallboothsmith.com

*Attorneys for Defendant Coffee County Board of Elections & Registration*

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day caused electronic notification of filing and service of the foregoing to be made upon counsel or record for the parties by filing the same using the court's CM/ECF filing system.

    This 15th day of April, 2024.

|  |  |
|---|---|
|  | **OLIVER MANER LLP** |
|  | */s/ Benjamin M. Perkins* |
| Oliver Maner LLP | BENJAMIN M. PERKINS |
| 218 West State Street | Georgia Bar No. 140997 |
| P.O. Box 10186 | WES P. RAHN |
| Savannah, GA 31412 | Georgia Bar No. 60391 |
| (912) 236-3311 |  |
| bperkins@olivermaner.com | *Attorneys for Defendant Coffee* |
| wrahn@olivermaner.com | *County Board of Elections &* |
|  | *Registration* |
|  | **HALL BOOTH SMITH, P.C.** |
|  | */s/ Jennifer D. Herzog* |
| 1564 King Road | JENNIFER D. HERZOG |
| Tifton Georgia 31793 | Georgia Bar No. 109606 |
| (229) 382-0515 | NICHOLAS A. KINSLEY |
| jherzog@hallboothsmith.com | Georgia Bar No. 273862 |
| nkinsley@hallboothsmith.com |  |
|  | *Attorneys for Defendant Coffee* |
|  | *County Board of Elections &* |
|  | *Registration* |

3