UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

CASE NO. 5:23-mc-1                                    DATE: 4/12/2024

TITLE: Coalition for Good Governance, et al. v. Coffee County Board of Elections and Registration

**HONORABLE BENJAMIN W. CHEESBRO    COURTROOM DEPUTY: GAIL HOLT**

**COURT REPORTER: BWC-CHAMBERS   TIME: 10:00-10:33    TOTAL: 33 minutes**

| MOVING PARTY: | COUNSEL: |
|---|---|
| Coalition for Good Governance<br>Donna Curling | Cary Ichter |

| RESPONDING PARTY: | COUNSEL: |
|---|---|
| Coffee County Board of Elections<br>and Registration | Benjamin Mason Perkins<br>Wes Parker Rahn |

**TELEPHONIC STATUS CONFERENCE**

Telephonic conference held regarding Plaintiffs' potential challenges to the Board of Elections privilege logs.
Plaintiffs contend the logs are deficient. Mr. Ichter gives update of the trial in Northern District of Georgia.
Mr. Perkins states Board of Elections submitted log information and then participated in an in-depth conferral process with Plaintiffs.
Court emphasizes no formal motion for challenge is before the Court to consideration.
Court reviews deadlines for filing challenges as well as motion for sanctions. Court will consider any motion in due course, but will not offer speculation about the timeliness of any forthcoming motion.
Mr. Ichter asks that Plaintiffs be allowed one additional page for the reply brief on the Motion for Sanctions. No opposition by defense. Court grants the request.
Defense requests an evidentiary hearing on the Motion for Sanctions, if the Court is inclined to grant the motion, so that the parties may present additional information the amount of such sanctions.
Court will take the request under advisement.