# EXHIBIT D

| | |
|---|---|
| **From:** | Vickers, Wesley |
| **To:** | Ben Perkins |
| **Subject:** | request |
| **Date:** | Wednesday, April 24, 2024 5:28:23 PM |

Ben,

You asked me to give you some information about the services Charles Dial and his company provides to Coffee County. As you know, I'm the County Administrator for Coffee County. Coffee County engages Southeast Georgia Computer Consulting & Engineering ("SGCCE") for IT services. Senior consultant/technician and owner Charles Dial is the County's main point of contact for SGCCE.

SGCCE and Charles Dial have served as Coffee County's IT consultant for over ten years.

Since becoming Coffee County's IT consultant, SGCCE and Charles Dial have routinely assisted Coffee County in a variety of information/computer technology related activities, including but not limited to data management, technology and security installation, and on occasion, searching the County's systems for documents requested by outside parties (open records requestors and parties to litigation).

Please let me know if you need anything else.


Wesley Vickers
County Administrator
Coffee County Board of Commissioners
101 South Peterson Ave
Douglas GA 31533
912-384-4799


CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.