IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, and DONNA CURLING,<br><br>      Plaintiffs,<br><br>   v.<br><br>COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION,<br><br>      Defendant. | CASE NO.: 5:23-mc-1 |

**O R D E R**

Plaintiff Coalition for Good Governance ("Coalition") filed a motion for sanctions against Defendant and counsel. Doc. 60. This motion is fully briefed, including Coalition's supplemental brief, doc. 70, Defendant's response, doc. 73, Coalition's reply, doc. 75, and Defendant's surreply, doc. 78. Coalition filed a notice of intent to file yet another supporting brief. Doc. 79. Coalition may file the intended brief. After Coalition replies, the briefing in this matter is **CLOSED**. The parties have extensive briefing and related materials. If the Court determines additional argument or evidence necessary, it will direct the parties accordingly. Otherwise, the Court shall rule on Coalition's Motion in due course.

**SO ORDERED**, this 2nd day of May, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA