# EXHIBIT 1

## Security Video Timeline

# **SECURITY VIDEO TIMELINE**

| | |
|---|---|
| 11/15/2020 | Start date of video produced to Plaintiff (Doc. 1-17 at 7) |
| 02/19/2021 | Hampton timesheets are finalized for period 11/15/20 through 02/19/21, based on video security tape for period 11/30/20-02/26/21—far longer than the 60-day overwriting period. (Doc. 75-8) Wesley Vickers performed the video review for the timesheets. (Doc.75-7, Tr pgs. 170-171) |
| 02/25/2021 | The 103-day old video is available for review by Board during meeting to terminate Misty Hampton and Jill Ridlehoover. |
| 02/26/2021 | Ending date of video produced to Plaintiff. (02/26/21 is one day after Hampton termination.) (Doc. 1-17 at 7) |
| 03/2021 | Paulk requests the exterior video (Doc.75-10 at 9) |
| 04/2021 | Video is supplied to Paulk (Exh. 2) (also referenced at 1-17 at 6) (Marks Decl. 75-4, pp.8,12) (Doc. 75-10 at 4-5) |
| 05/2021 | SOS begins to investigate whether CyberNinjas visited Coffee and SOS asks for video. SOS is told that tapes no longer exist. (Exh. 4; Sterling Tr. pp. 74:21-76:23, 80:12-85:10, 97:17-100:1, 110:16-112:11, and 114:15-19) |
| 07/15/2021 | Coffee prepares video for Hampton (Doc. 75-10 at 2) and notifies her (Doc. 75-6 at 3); (Exh. 3) |

| 03/2022 | Coffee represents to Marks that video does not exist (Doc. 1-3 at 3) |
|---|---|
| 08/01/2022 | Coffee represents to all plaintiffs the video does not exist (Doc 1-17, p. 6, last three paragraphs; Doc. 75-1 in numerous responses including #1, #2, #5; and Doc. 75-2 numerous responses) |
| 08/2022 | Coffee finds video for GBI. (Doc. 1-17 at 6, last 3 paragraphs) |
| 08/27/2022 | Coffee finds exterior video for plaintiffs. (Doc. 1-17 at 6, last 3 paragraphs) |
| 09/16/2022 | Coffee finds interior video for Plaintiffs. (Doc. 1-17 at 6-7) |