# EXHIBIT 2

## Emails dated April 15, 2021

# Vickers, Tracie

| | |
|---|---|
| **From:** | Tabitha Paulk <cjstowing@windstream.net> |
| **Sent:** | Thursday, April 15, 2021 1:43 PM |
| **To:** | Vickers, Tracie |
| **Subject:** | Re: Open Records Response for camera footage |

Thanks I'll come by tomorrow with a check.

Sent from my iPhone

> On Apr 15, 2021, at 11:46 AM, Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov> wrote:
>
> Good Morning Tabitha,   I have just received the receipt from Charles for the new drive that he had to purchase to download the camera footage.  Due to the volume of the file, the data would not load on the previous drive that Charles downloaded and therefore we had to get this backup drive that could handle more data.  Wesley is waiving the administrative fees for Charles' time that it took him to download the content, due to you having to wait longer than usual to receive your response.  The only charge will be for the portable storage drive for which I have attached the receipt for.  Charles purchased (2)  drives therefore your fee will be one half of the total on the receipt.  Your fee is $59.39.  The drive with the camera footage is available to pick up at the Commissioners Office.  Again, we apologize for the delay.  If you have any further questions, please contact me at 912-393-7108.
>
> Tracie Vickers
> County Clerk / Open Records Officer
>
>
> **Tracie Vickers**
> **County Clerk**
> **Coffee County Commissioners**
> **101 South Peterson Avenue**
> **Douglas, GA  31533**
> **912-393-7108**
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.
>
>
> <Best Buy Reciept for portable drive for Elections cameras.pdf>

1