**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| COALITION FOR GOOD GOVERNANCE and DONNA CURLING, | ) ) ) | |
| | ) | Civil Action No. 5:23-mc-00001-LGW-BWC |
| Plaintiffs, | ) | |
| | ) | In RE Subpoenas issued by the United States |
| v. | ) | District Court For the Northern District of |
| | ) | Georgia, Atlanta Division, Civil Action No. |
| COFFEE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | ) ) | 1:17-CV-2989-AT |
| | ) | |
| Defendant. | ) | |

---

**DEFENDANT'S CITATION TO SUPPLEMENTAL AUTHORITY**

---

Defendant Coffee County Board of Elections and Registration ("CCBOE") files this Citation to Supplemental Authority as it relates to Plaintiff Coalition for Good Governance's ("CGG") Motion for Sanctions (doc. 60).

On March 31, 2025, the United States District Court for the Northern District of Georgia issued its Opinion and Order in <u>Curling v. Raffensperger, et al.</u>, No. 1:17-CV-2989-AT. The United States District Court for the Northern District of Georgia found that the plaintiffs, including CGG, lacked standing to bring their claims and dismissed the case. A true and correct copy of the Opinion and Order is attached hereto as Exhibit 1.

The Court should deny CGG's Motion for Sanctions for the reasons stated in CCBOE's briefing (docs. 73 & 78). However, the Court should also deny CGG's Motion for Sanctions because CGG did not have standing to bring its claims in the underlying action, and therefore CGG cannot show any prejudice or harm as a result of CCBOE's alleged discovery violations.

1

This 2nd day of April, 2025.

**OLIVER MANER LLP**

Oliver Maner LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412
bperkins@olivermaner.com
wrahn@olivermaner.com

*/s/ Benjamin M. Perkins*
BENJAMIN M. PERKINS
Georgia Bar No. 140997
WES P. RAHN
Georgia Bar No. 609391
*Attorneys for CCBOE*

**HALL BOOTH SMITH, P.C.**

1564 King Road
Tifton Georgia 31793
(229) 382-0515
jherzog@hallboothsmith.com
nkinsley@hallboothsmith.com

*/s/ Jennifer D. Herzog*
JENNIFER D. HERZOG
Georgia Bar No. 109606
NICHOLAS A. KINSLEY
Georgia Bar No. 273862
*Attorneys for CCBOE*

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused electronic notification of filing and service of the foregoing to be made upon counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

This 2nd day of April, 2025.

**OLIVER MANER LLP**

Oliver Maner LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311
bperkins@olivermaner.com
wrahn@olivermaner.com

 */s/ Benjamin M. Perkins*
BENJAMIN M. PERKINS
Georgia Bar No. 140997
WES P. RAHN
Georgia Bar No. 609391

*Attorneys for Defendant Coffee County Board of Elections & Registration*

**HALL BOOTH SMITH, P.C.**

1564 King Road
Tifton Georgia 31793
(229) 382-0515
jherzog@hallboothsmith.com
nkinsley@hallboothsmith.com

*/s/ Jennifer D. Herzog*
JENNIFER D. HERZOG
Georgia Bar No. 109606
NICHOLAS A. KINSLEY
Georgia Bar No. 273862

*Attorneys for Defendant Coffee County Board of Elections & Registration*